UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
SKYLINE SOFTWARE SYSTEMS, INC.
        Plaintiff,

        v.                              CIVIL ACTION
                                        NO. 06-10980-DPW
KEYHOLE INC. ET AL
     Defendant
-----------------------------------------------------------

SKYLINE SOFTWARE SYSTEMS, INC.
        Plaintiff,

        v.                              CIVIL ACTION
                                        NO. 04-11129-DPW
KEYHOLE CORPORATION
        Defendant,
```

**ORDER RE: CONSOLIDATION**

WOODLOCK, District Judge

After a hearing held on November 3, 2006, it is hereby ORDERED that Civil Action No.06-10980-DPW Skyline Software Systems, Inc. v. Keyhole Inc. et al and Civil Action No. 04-11129-DPW Skyline Software Systems, Inc. v. Keyhole Corporation be, and they hereby are, CONSOLIDATED. Civil Action No. 04-11129-DPW will be administratively closed and any further filings in these cases shall indicate the lead docket as Civil Action No. 06-10980-DPW.

```
                                BY THE COURT,

                                /s/ Michelle Rynne
DATED:  November 27, 2006       Deputy Clerk
```