# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

## DEFENDANTS KEYHOLE, INC. AND GOOGLE INC.'S
## ASSENTED TO MOTION TO FILE UNDER SEAL

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L.M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

DEFENDANTS' MOTION TO SEAL
CASE NO. 06-10980 DPW

Pursuant to Local Rule 7.2, Defendants Keyhole, Inc. and Google Inc. respectfully submit this Motion to Seal the following documents in support of Defendants' Motion for Summary Judgment of Noninfringement and Motion for Summary Judgment of Invalidity: (1) Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment of Noninfringement; (2) Separate Statement of Undisputed Facts in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity; (3) Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity; (4) Exhibits B and C to the Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity; and (5) Exhibits 3, 6-13, 15-19, 29 and 36 to the Declaration of Carolyn Chang in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity.

As grounds for this Motion, Defendants state that, in accordance with the Stipulated Protective Order entered by the Court on May 22, 2006, these documents contain deposition excerpts and technical information that have been designated confidential or highly confidential by Defendants and Google Inc. and/or by Skyline.

**WHEREFORE,** Defendants request that the Court grant this Motion to Seal.

Dated: January 19, 2007                    Respectfully submitted,

By:     /s/ Saundra L. M. Riley
Saundra L. M. Riley
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: sriley@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants' contacted counsel for Plaintiff regarding the filing of this Motion, and Plaintiff has assented to this Motion.

Dated: January 19, 2007                Respectfully submitted,

By:  /s/ Saundra L. M. Riley
Saundra L. M. Riley
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350
email: sriley@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

**Certificate of Service**

I hereby certify that, on January 19, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:  /s/ Saundra L. M. Riley
Saundra L. M. Riley