# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 06-10980 DPW |

### [PROPOSED] ORDER GRANTING DEFENDANTS KEYHOLE, INC.'S AND GOOGLE INC.'S ASSENTED TO MOTION TO FILE UNDER SEAL

Defendants Keyhole, Inc.'s and Google Inc.'s ("Google's") Assented to Motion to File under Seal having come before the Court based upon the papers submitted by the parties, the Court finds that the following documents shall be filed under seal:

　　1.　　Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment of Noninfringement;

　　2.　　Separate Statement of Undisputed Facts in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity;

　　3.　　Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity;

　　4.　　Exhibits B and C to the Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity; and

/ / /

/ / /

5. Exhibits 3, 6-13, 15-19, 29 and 36 to the Declaration of Carolyn Chang in Support of Defendants' Motions for Summary Judgment of Noninfringement and Invalidity.

IT IS HEREBY ORDERED THAT

Google's Motion to File Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007        By: _____
                                            The Honorable Douglas P. Woodlock
                                            United States District Judge