# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

**[PROPOSED] ORDER GRANTING DEFENDANTS KEYHOLE, INC.'S AND GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

Defendants Keyhole, Inc.'s and Google Inc.'s ("Google's") Motion for Summary Judgment of Noninfringement having come before the Court based upon the papers submitted by the parties and the argument of counsel, the Court finds that:

1. The Google Earth client software does not infringe any of the asserted claims of U.S. Patent No. 6,496,189 ("the '189 patent"), either literally or under the doctrine of equivalents;

2. Google Earth Fusion does not infringe any of the asserted claims of the '189 patent, either literally or under the doctrine of equivalents;

3. Google Earth Server does not infringe any of the asserted claims of the '189 patent, either literally or under the doctrine of equivalents; and

4. The Geo Coder Server does not infringe any of the asserted claims of the '189 patent, either literally or under the doctrine of equivalents.

IT IS HEREBY ORDERED THAT

Google's Motion for Summary Judgment of Noninfringement is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007     By: _____
                                    The Honorable Douglas P. Woodlock
                                    United States District Judge