# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  06-10980-DPW |
| ) | |
| KEYHOLE, INC. and GOOGLE INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S
## ASSENTED-TO
## MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Skyline Software Systems, Inc. ("Skyline") respectfully submits this Motion to Seal the following documents in support of Plaintiff's Motion for Summary Judgment on Infringement and Motion for Summary Judgment on Validity of the Patent-in-Suit:

(1) Skyline Software Systems, Inc.'s Memorandum In Support of its Motion for Summary Judgment on Infringement;

(2) Skyline Software Systems, Inc.'s Memorandum In Support of its Motion for Summary Judgment on Validity of the Patent-in-Suit;

(3) Declaration of Aharon (Ronnie) Yaron in Support of Skyline's Motions for Summary Judgment on Validity of the '189 Patent and on Infringement;

(4) Declaration of Geri L. Haight in Support of Skyline's Motions for Summary Judgment on Validity of the '189 Patent and on Infringement, with Exhibits;

(5)    Plaintiff Skyline's Statement of Undisputed Facts in Support of its Motion for Summary Judgment on Validity of the Patent-in-Suit; and

(6)    Plaintiff Skyline's Statement of Undisputed Facts in Support of its Motion for Summary Judgment on Infringement.

As grounds for this Motion, Plaintiff states that, in accordance with the Stipulated Protective Order endorsed by the Court on May 22, 2006, these documents contain deposition excerpts and technical information that has been designated confidential or highly confidential by one or more of the parties hereto.

**WHEREFORE**, Skyline requests that the Court grant this Motion to Seal.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that the undersigned conferred with counsel for Defendants in an attempt to resolve the issues raised by this motion and Defendants have assented hereto.

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
January 19, 2007                    (617) 542-6000

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic File ("NEF") and paper copies will be sent to those indicated as non-registered participants, if any, on January 19, 2007.

/s/ H. Joseph Hameline
H. Joseph Hameline

LIT 1601166v.1

3