# EXHIBIT 6

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

            Plaintiff,

   v.

KEYHOLE, INC., and GOOGLE INC.,

            Defendants.

**CONSOLIDATED CIVIL ACTION
NO. 06-10980-DPW**

[Consolidated with Civil Action
No. 04-11129-DPW]

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### EXHIBIT 6 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____/s/_____
           Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

Plaintiff,

v.

KEYHOLE, INC., and GOOGLE INC.,

Defendants.

**CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**

[Consolidated with Civil Action No. 04-11129-DPW]

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### EXHIBIT 7 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____/s/_____

Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**<br><br>[Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### EXHIBIT 8 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____/s/_____
                    Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

       Plaintiff,

    v.

KEYHOLE, INC., and GOOGLE INC.,

       Defendants.

**CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**

[Consolidated with Civil Action No. 04-11129-DPW]

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

### EXHIBIT 9 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____/s/_____
             Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

Plaintiff,

v.

KEYHOLE, INC., and GOOGLE INC.,

Defendants.

**CONSOLIDATED CIVIL ACTION
NO. 06-10980-DPW**

[Consolidated with Civil Action
No. 04-11129-DPW]

---

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only:

### EXHIBIT 10 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF
### MOTIONS FOR SUMMARY JUDGMENT

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____ /s/ _____
          Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 11

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

       Plaintiff,

   v.

KEYHOLE, INC., and GOOGLE INC.,

       Defendants.

**CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**

[Consolidated with Civil Action No. 04-11129-DPW]

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 11 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007

By: _____/s/_____

     Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC., <br><br> Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW** <br><br> [Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 12 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007

By: _____ /s/ _____
           Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

        Plaintiff,

   v.

KEYHOLE, INC., and GOOGLE INC.,

        Defendants.

**CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**

[Consolidated with Civil Action No. 04-11129-DPW]

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 13 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007

By: _____/s/_____

        Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.