# EXHIBIT 14

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--


SKYLINE SOFTWARE SYSTEMS, INC.,

     Plaintiff,

   vs.               No. 04-11129 DPW

KEYHOLE, INC., and GOOGLE, INC.,

     Defendants.

     ————       /

**CERTIFIED COPY**

**CONFIDENTIAL**


VIDEOTAPED DEPOSITION OF STEPHEN LAU, JR.

Volume I (Pages 1-150)

Wednesday, June 21, 2006


HIGHLY CONFIDENTIAL -- OUTSIDE COUNSEL ONLY


REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

**U.S. LEGAL Support**

*Certified Shorthand Reporters*

180 Montgomery Street, Suite 2180
San Francisco, CA 94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

Page 18

1    A.    Yes.                                                  02:18:44

2    Q.    Okay.    And did you write any computer               02:18:45

3 source code for TerraVision?                                   02:18:47

4    A.    Yes.    I -- the original version of                  02:18:49

5 TerraVision I probably wrote somewhere around                  02:18:52

6 between 80 to 90 percent of the original source code           02:18:56

7 for TerraVision.                                               02:18:58

8    Q.    Yeah.    It's natural to talk fast when               02:19:00

9 we're --                                                       02:19:03

10    A.    Yeah.    Sorry about that.                           02:19:03

11    Q.    -- in conversation.    No, no, no.    It's           02:19:04

12 okay.    It's just for the court reporter, you know.          02:19:05

13 It helps to slow down just a little bit --                    02:19:07

14    A.    Okay.                                                02:19:10

15    Q.    -- because then she can get it down better.          02:19:10

16    A.    Yeah.    I tend to talk fast.    I'm sorry.          02:19:11

17    Q.    We all do so that's okay.                            02:19:14

18         Now, you say that you wrote about 80 to              02:19:18

19 90 percent of the original version of TerraVision.            02:19:36

20    A.    Yep.                                                 02:19:39

21    Q.    Was there a work in progress for                     02:19:39

22 TerraVision when you first arrived at SRI?                     02:19:41

23    A.    No.    There was not one piece of source code        02:19:44

24 for TerraVision when I joined the project, and the            02:19:46

25 reason for that was that the group that I joined,             02:19:50

Page 19

1 which was the artificial intelligence group,                    02:19:53

2 actually the machine vision portion of the                      02:19:55

3 artificial intelligence group at SRI, the people                02:19:57

4 there were LISP programers and not C programers.                02:20:00

5       Q.  When did you first start working on the              02:20:05

6 TerraVision project?                                            02:20:07

7       A.  August of 1992.  Pretty much the first day           02:20:08

8 I got there was off and running.                                02:20:10

9       Q.  And who else wrote the other 10 to                   02:20:12

10 20 percent?                                                     02:20:16

11      A.  There was Len Schlegal who worked on the             02:20:17

12 initial part, the first few months, but he came down           02:20:21

13 with an illness, and he passed away soon after.                02:20:25

14      Q.  Oh.

15      A.  People who worked on it later on, we had a           02:20:30

16 student much later on who worked on a -- one                   02:20:33

17 component of it called TeReVision which essentially            02:20:36

18 did screen captors.  That was much later in the                02:20:40

19 project.  And another person was Nathaniel Bletter,            02:20:43

20 also worked on TerraVision.                                    02:20:47

21         Later on in the project starting probably             02:20:50

22 around 1995, '94, he did some small components of              02:20:52

23 TerraVision, and he took over a lot of the                     02:20:58

24 developments after I left.  I left SRI in 1996.               02:21:01

25         So he took over all of that.  And then                02:21:05

Page 20

1  after that I guess -- and there was other people        02:21:08

2  after that.  I don't know if you want me to --          02:21:10

3     Q.  No, no, no.  That's fine.                        02:21:11

4     A.  Okay.                                            02:21:13

5     Q.  As of the time you left SRI in 1996, did         02:21:13

6  you consider the work on the development of             02:21:17

7  TerraVision complete?                                   02:21:21

8          MR. HAMELINE:  Objection.                       02:21:23

9          THE WITNESS:  What do I do?                      02:21:26

10         MR. HAMELINE:  So that you understand --        02:21:27

11         THE WITNESS:  Yeah.                             02:21:28

12         MR. HAMELINE:  -- since there isn't a judge     02:21:28

13  present --                                             02:21:30

14         THE WITNESS:  Yeah.                             02:21:30

15         MR. HAMELINE:  -- and there are issues in       02:21:30

16  terms of just objections that we're preserving for a   02:21:31

17  future record --                                       02:21:34

18         THE WITNESS:  Okay.                             02:21:34

19         MR. HAMELINE:  -- in case this is used in a     02:21:34

20  courtroom --                                           02:21:35

21         THE WITNESS:  Okay.                             02:21:36

22         MR. HAMELINE:  -- I may say "objection" or      02:21:36

23  voice some sentence or two.                            02:21:37

24         THE WITNESS:  Okay.                             02:21:40

25         MR. HAMELINE:  If you would just wait until     02:21:40

1  I'm done --                                           02:21:42

2        THE WITNESS:  Okay.                             02:21:42

3        MR. HAMELINE:  -- and then answer the          02:21:42

4  question, and that's just preserving this for the    02:21:43

5  record --                                            02:21:45

6        THE WITNESS:  Okay.                             02:21:45

7        MR. HAMELINE:  -- okay?                         02:21:46

8        BY MR. WOO:  Q.  He's just preserving this     02:21:46

9  for the record so --                                 02:21:47

10     A.  Okay.                                         02:21:48

11     Q.  -- you can just, you know, answer the        02:21:48

12  question after he's done.                            02:21:49

13        MR. HAMELINE:  But just one point in          02:21:51

14  connection with what we were saying before, for the  02:21:53

15  court reporter's ease, just wait until I'm done      02:21:55

16  talking until you begin.                             02:21:57

17        THE WITNESS:  Okay.                            02:21:58

18        MR. HAMELINE:  Okay, thanks.                   02:21:59

19        MR. WOO:  Thanks.                              02:22:01

20        THE WITNESS:  I'm a newbie in terms of        02:22:01

21  depositions.                                         02:22:03

22        MR. HAMELINE:  Well --                         02:22:04

23        BY MR. WOO:  Q.  That's fine.  So where was   02:22:04

24  I?  Let's see.  Let me ask a different question.     02:22:07

25  Well, let me ask the same question.  As of the time  02:22:34

Page 22

1  you left SRI in 1996, did you consider the work of                02:22:37

2  on the development of TerraVision complete?                       02:22:40

3          MR. HAMELINE:  Objection.                                 02:22:42

4          THE WITNESS:  Yes.  The project, the first                02:22:42

5  phase of the MAGIC 1 project was completed by the                 02:22:45

6  time I left SRI, and we were looking for funding for              02:22:49

7  MAGIC 2, the continuation of this project.  And that              02:22:53

8  funding had not been secured by the time that I left              02:22:58

9  SRI, so yes.                                                      02:23:01

10          By the end of the project because the MAGIC              02:23:03

11  project ended, TerraVision was complete and                      02:23:06

12  fulfilled the requirements of the original MAGIC                 02:23:08

13  project.                                                         02:23:11

14          BY MR. WOO:  Q.  Tell us a little bit more              02:23:11

15  about what the MAGIC project was.                                02:23:12

16      A.  The MAGIC project was a DARPA-funded                     02:23:15

17  program to create a high-speed network test bed.  At             02:23:18

18  the time there were several other high-speed network             02:23:26

19  test beds being created via other agencies, and this             02:23:29

20  was DARPA's own high-speed network test bed.  It was             02:23:32

21  to create an Internet spanning multiple cities and               02:23:37

22  multiple locations to test new technologies that                 02:23:42

23  eventually would become part of the Internet to do               02:23:46

24  groundbreaking research in that area.  And one of                02:23:50

25  the areas of this groundbreaking research that they              02:23:53

Page 23

1 were funding was to develop applications that could          02:23:56

2 run over this network and utilize the bandwidth that          02:23:58

3 was being created, and the concept was to develop             02:24:01

4 TerraVision.  That was TerraVision's component to             02:24:05

5 fit into it.                                                   02:24:08

6        Q.  So were there any particular reasons why           02:24:09

7 TerraVision was developed?                                    02:24:11

8             MR. HAMELINE:  Objection.                         02:24:14

9             THE WITNESS:  The original concept, it --         02:24:17

10 the original reason for the MAGIC project since it           02:24:20

11 was a DARPA-related project was to provide or                02:24:24

12 consider what's called situational awareness for             02:24:29

13 military commanders down in the field.  And one of           02:24:30

14 the problems at the time was there was difficulty in         02:24:33

15 providing people out in the field with up-to-date            02:24:36

16 satellite imagery or aerial photo imagery.                   02:24:39

17            So the concept was eventually someday             02:24:44

18 anyone could go to any computer they possibly have           02:24:47

19 access to, use this application and be able to               02:24:50

20 download maps, look for directions, enter in                 02:24:53

21 coordinates, find your way point from how to find            02:24:57

22 directions from this address to that address and             02:24:58

23 have up-to-date aerial images, okay?  Also be able           02:25:01

24 to do searches and also be able to do -- tie this            02:25:05

25 into something that was relatively new at the time           02:25:08

Page 25

1 called digital elevation model, which is elevation          02:26:25

2 height of the entire contiguous United States, and          02:26:29

3 they also had aerial photos which they took.  I             02:26:33

4 forgot what the program was back then, but they             02:26:36

5 would take these aerial photos of major metropolitan        02:26:38

6 areas and also of all the United States.  These were        02:26:42

7 in photographic format, not digital format at the           02:26:47

8 time.                                                        02:26:51

9      Q.  Was part of the project to convert that            02:26:51

10 photographic format to something that was digital?          02:26:55

11     A.  Yes.                                                02:26:57

12     Q.  Now, you mentioned DARPA and the military.          02:26:58

13 Was -- in developing TerraVision, was there any             02:27:03

14 desire to keep the resulting TerraVision project            02:27:05

15 secret?                                                     02:27:09

16     A.  No.                                                 02:27:10

17         MR. HAMELINE:  Objection.                           02:27:10

18         THE WITNESS:  Sorry.                                02:27:12

19         No.  This was a -- from this get-go was an          02:27:13

20 unclassified project.  The partners that we had, we         02:27:16

21 partnered with commercial entities.  Sprint was one         02:27:20

22 partner.  We partnered with an educational                  02:27:26

23 institution, Minnesota Supercomputing Center; a             02:27:30

24 department of energy laboratory which was completely        02:27:37

25 unclassified, Lawrence Berkeley National Labs; and          02:27:40

Page 26

1 we also partnered with a public agency, U.S.                 02:27:44

2 Geological Survey, which all of their data is also           02:27:48

3 readily available and free.  Well, not free but             02:27:51

4 available to the public.                                     02:27:54

5          BY MR. WOO:  Q. What do you mean by                02:27:54

6 "readily available"?                                         02:27:55

7      A.   Anyone at the time -- and it is still true        02:27:57

8 today -- anyone could order these images, and they           02:28:00

9 would receive them.  At the time they were                   02:28:04

10 photographic.  You would get real photos, or you            02:28:06

11 would also get tapes at the time.                            02:28:09

12     Q.   Who funded the development of TerraVision?         02:28:11

13     A.   DARPA did.                                         02:28:14

14     Q.   Could you just explain, please, what DARPA        02:28:15

15 is.                                                          02:28:19

16     A.   DARPA is a research branch of -- see if I         02:28:20

17 get this right now -- research branch of the                02:28:25

18 department of defense.  Their mission was to do              02:28:28

19 forward thinking and develop technologies that may          02:28:30

20 come in useful in the future.  I think the classic          02:28:35

21 example what they developed was the Internet.  They         02:28:39

22 were the ones that initially funded the Internet.            02:28:42

23 In fact, SRI was the -- SRI and UCLA were a                  02:28:45

24 combination of the first two nodes on the Internet.          02:28:49

25 So they typically funded these projects to do out --        02:28:52

Page 28

1         BY MR. WOO:   Q.   How public, if they were,   02:30:31

2 were these symposia?   02:30:34

3     A.   They were held in public locations.   They   02:30:36

4 were held at -- we varied the locations from   02:30:39

5 University of Kansas in Overland [sic], Kansas; held   02:30:43

6 it at Sprint headquarters in Overland Park, Kansas   02:30:48

7 City.   Actually, it wasn't -- it was one of the   02:30:52

8 buildings of Sprint headquarters.   We also held one,   02:30:54

9 I believe, at Minnesota Supercomputing Center.   02:30:58

10     Q.   In order for people to attend these   02:31:01

11 symposia, did they have to sign any kin of   02:31:03

12 confidentiality or --   02:31:06

13     A.   No.

14     Q.   -- nondisclosure agreements?   02:31:08

15     A.   No.   02:31:10

16     Q.   As part of the MAGIC project, did SRI also   02:31:10

17 have to provide periodic reports to the rest of the   02:31:14

18 team?   02:31:18

19     A.   Yeah, many.   We --   02:31:18

20     Q.   Let me ask it.   02:31:22

21     A.   Yeah.   02:31:23

22     Q.   What was the purpose of doing that?   02:31:23

23     A.   It was a share information to -- I mean, we   02:31:25

24 were all tasked together to work on this project,   02:31:29

25 and we had to have real close collaborations.   One   02:31:31

1 he was the project lead of the project, of the    02:35:57

2 entire MAGIC project.  His main component for the    02:36:00

3 project, though, was there was another aspect of the    02:36:04

4 MAGIC project for SRI International which was a    02:36:10

5 concept called orthorectification.    02:36:15

6     Q.  What was orthorectification?  Kind of a    02:36:19

7 mouthful too.    02:36:23

8     A.  Orthorectification is when you take an    02:36:23

9 image from a -- any type of camera of a terrain or    02:36:27

10 of anything.  You have distortions based upon, you    02:36:32

11 know, the angle of the camera, location of the    02:36:35

12 camera in order to do what is called texture mapping    02:36:39

13 or mapping of this image onto terrain.  What you    02:36:42

14 want to do is you want to correct for these    02:36:44

15 distortions, okay?  And there's a whole area of    02:36:47

16 research of doing that in -- via computers and    02:36:52

17 recreating digitally, doing orthorectification    02:36:57

18 digitally.    02:37:02

19     Q.  So is that technique important or that    02:37:02

20 subject important to creating databases?    02:37:04

21     A.  Yes.  Well, in creating databases for    02:37:08

22 terrain modeling.    02:37:12

23     Q.  Yes.    02:37:13

24     A.  Because otherwise you have distortion.    02:37:14

25     Q.  Could you describe, please, what    02:37:29

1 TerraVision was.                                             02:37:31

2      A.   TerraVision was an application that allowed        02:37:32

3 the user to manipulate or fly through, do aerial fly         02:37:35

4 throughs of terrain in real time over a network or           02:37:46

5 the Internet, and what you would see of what were            02:37:50

6 all the imagery was potentially located on a                 02:37:56

7 separate system or separate server.  As depended             02:38:00

8 upon the viewpoint of the person, TerraVision would          02:38:07

9 request from servers spread out on a network in              02:38:12

10 arbitrary locations imagery of different resolutions        02:38:15

11 based upon the location of the viewer where                 02:38:23

12 higher-resolution imagery, you would want                   02:38:25

13 higher-resolution imagery for images close to the           02:38:28

14 user and lower resolution far off in the distance,          02:38:32

15 in the horizon.                                             02:38:35

16        It had a 2D component where you could pan            02:38:40

17 and zoom and also the three-dimensional component           02:38:43

18 where you could actually do a real-time fly through.        02:38:48

19 Later on in the project it was expanded.  The               02:38:51

20 application was expanded such that you could do it          02:38:55

21 in stereoscopic views -- stereographic views.              02:38:57

22     Q.   Can I stop you right there?                        02:39:02

23     A.   I'm sorry.  What?                                  02:39:04

24     Q.   Yeah.  So before the time you had the             02:39:06

25 stereoscopic addition --                                    02:39:08

Page 34

1    A.  Stereographic, stereographic.                02:39:10

2    Q.  Stereoscopic.                                 02:39:11

3    A.  -graphic.                                     02:39:13

4    Q.  Sorry, -graphic.  Sorry.  Before you had     02:39:13

5 this stereographic feature, let's just focus on the  02:39:15

6 way you've just described it.  At or about what time  02:39:19

7 were all these features included in the TerraVision   02:39:22

8 software?                                             02:39:26

9         MR. HAMELINE:  Objection.                    02:39:27

10        THE WITNESS: The features were in place      02:39:31

11 initially during the design phase which happened     02:39:33

12 around '92 or so.  By 1994, early 1994, all the      02:39:35

13 components were in there.  Actually, it's probably a 02:39:44

14 little earlier than that.  Probably late '93.        02:39:50

15        BY MR. WOO:  Q.  So by all components,       02:39:53

16 you're referring to the things you've mentioned in   02:39:55

17 your answer a few minutes ago, the ability to fly    02:39:59

18 through terrain in real time over the network,       02:40:00

19 seeing the images from a separate server and so      02:40:02

20 forth?                                               02:40:05

21    A.  Yes.                                          02:40:05

22    Q.  Would you tell us, please, how TerraVision   02:40:06

23 operated in terms of what the user would see?        02:40:15

24    A.  What the user would see, depending on        02:40:17

25 either the two-dimensional -- for the                02:40:19

Page 35

1 two-dimensional view, the user would start off with          02:40:21

2 an area of a high -- very low resolution, far away           02:40:25

3 image of the actual terrain that was available, and          02:40:30

4 they would have a user interface where they could            02:40:32

5 zoom into the map or zoom out of the map, some of            02:40:35

6 the images, and they could pan, move around.                 02:40:38

7        They could remove the actual satellite               02:40:41

8 imagery or aerial imagery and instead show the               02:40:45

9 shaded relief elevation map there.  You could                02:40:49

10 combine the two and do a shaded elevation map               02:40:51

11 combined with the actual imagery there.                     02:40:55

12        What they would see when they would first           02:40:57

13 start off is, as you zoom in, you would see a low           02:41:00

14 resolution of the version of the image.  As                 02:41:04

15 TerraVision was requesting information over the             02:41:06

16 network, it would sharpen the image up with higher          02:41:08

17 resolution imagery.                                         02:41:14

18        In the three-dimensional view, what you             02:41:18

19 start off with was very similar to like a flight            02:41:21

20 simulator type of view, you know, standard                  02:41:26

21 three-dimensional view, and the user had a user             02:41:27

22 interface where they could do -- pitch up and down,         02:41:30

23 sideways motion, and essentially had freedom of             02:41:35

24 flight wherever they wanted to.  Or they could              02:41:38

25 actually -- could click a demo mode, and they would         02:41:40

1 actually be taken a tour around the actual terrain    02:41:43

2 itself. And as the user was flying across the    02:41:46

3 terrain, the imagery would be loaded into the    02:41:49

4 system.    02:41:56

5        Now, if you were on a slow network link, it    02:41:56

6 would choose the -- it would have the lower    02:42:03

7 resolution. It would try to draw whatever it had in    02:42:05

8 local memory.    02:42:09

9        MR. HAMELINE: I move to strike.    02:42:10

10        BY MR. WOO: Q. Let me -- did TerraVision    02:42:14

11 work over a slow network link?    02:42:24

12    A. Yes. We designed it such that one of the    02:42:26

13 issues that we had from the beginning was the    02:42:28

14 original concept that we had was to actually render    02:42:32

15 the images far away and ship them across the    02:42:34

16 network. But what we wanted to do is we wanted to    02:42:37

17 have low latency. In other words, we wanted to have    02:42:41

18 the user as they moved around to have instantaneous    02:42:43

19 response, so . . .    02:42:47

20    Q. So how was that problem resolved?    02:42:47

21    A. The actual rendering was decoupled from the    02:42:49

22 actual requesting of the imageries, and the    02:42:52

23 rendering was done locally on the actual person's    02:42:56

24 system that they had sitting in front of them. In.    02:42:58

25    Q. By local you mean the user's computer?    02:43:02

Page 37

1    A.   User's computer, yeah --                    02:43:04

2    Q.   Okay.                                        02:43:06

3    A.   -- wherever they were at.                    02:43:06

        In terms of slow network links, we tested     02:43:10

5 it on everywhere from a 56K modem to a ISDN modem    02:43:14

6 all the way up to an Internet backbone all the way   02:43:25

7 up to the MAGIC speed which is gigabit-speed         02:43:29

8 network.

9        The reason for that, during 1994 I had a --   02:43:35

10 I took a little bit of a leave of absence, and I had 02:43:37

11 to work from home, and I -- routinely would use      02:43:39

12 TerraVision at home to attach to servers located on  02:43:44

13 the Internet over an ISDN line.                      02:43:49

14       MR. HAMELINE:  Move to strike.                02:43:52

15       BY MR. WOO:  Q.  Did you personally use       02:43:57

16 TerraVision over a slow network link?               02:43:59

17    A.   Yeah.                                        02:44:01

18       MR. HAMELINE:  Objection.                     02:44:02

19       THE WITNESS:  I'm sorry.                      02:44:03

20       Yes, I did.                                    02:44:06

21       BY MR. WOO:  Q.  Under what circumstances      02:44:08

22 did you do so?                                       02:44:09

23    A.   I did it from home.  Did it from home and    02:44:09

24 also just to -- actually did it from various hotel   02:44:12

25 rooms just to prove that we could do it.             02:44:15

Page 38

| | |
|---|---|
| 1    Q.   And when you did this, what kinds of modems | 02:44:18 |
| 2 did you use in terms of the speed? | 02:44:21 |
| 3    A.   56K modems.  Actually I think it was at | 02:44:23 |
| 4 that time also a 2,400 baud modem.  Or 9,600 baud. | 02:44:27 |
| 5 I'm sorry.  9,600 baud modem. | 02:44:31 |
| 6    Q.   And approximately what year did these -- | 02:44:38 |
| 7    A.   Things occur? | 02:44:42 |
| 8    Q.   Yes. | 02:44:43 |
| 9    A.   Yeah.  1993, 1994, 1995. | 02:44:43 |
| 10    Q.   When did you personally use TerraVision | 02:44:46 |
| 11 over the Internet? | 02:45:01 |
| 12        MR. HAMELINE:  Objection. | 02:45:02 |
| 13        THE WITNESS:  Use it from -- pretty much | 02:45:03 |
| 14 from day one.  As soon as we started, I hooked it up | 02:45:05 |
| 15 to a -- to one of the -- what was called the ISS | 02:45:10 |
| 16 Image Server System I think was the acronym. | 02:45:12 |
| 17 That -- as soon as we could get that up and running, | 02:45:16 |
| 18 as soon as LBL could get that up and running, we | 02:45:19 |
| 19 started running TerraVision over the Internet | 02:45:22 |
| 20 between SRI and Lawrence Berkeley National Labs. | 02:45:24 |
| 21 That was probably starting probably '93 or so.  I | 02:45:28 |
| 22 don't exactly remember the date or the time. | 02:45:39 |
| 23    Q.   And in that use in the 19- -- in the -- let | 02:45:51 |
| 24 me start over. | 02:46:16 |
| 25        In that use in the 1993 time frame over the | 02:46:17 |

Page 39

1  Internet, were the images -- where did the images          02:46:21

2  come from?          02:46:25

3          MR. HAMELINE:  Objection.          02:46:26

4          THE WITNESS:  In terms of the actual -- in          02:46:27

5  terms of where did the images really come from or          02:46:28

6  where did they come --

7      Q.  Yes.  Well, no.  I mean where was the          02:46:32

8  server, yes.          02:46:32

9      A.  Most servers very located primarily at          02:46:32

10  Lawrence Berkeley National Labs at that time mainly          02:46:37

11  because the MAGIC network was still in developmental          02:46:41

12  phase at that point.  In late 1993 we did -- that          02:46:46

13  was for the day-to-day development of TerraVision.          02:46:50

14  We also ran it -- during 1993, '94, we also ran it          02:46:55

15  on the MAGIC network where the servers were located          02:47:00

16  in Sioux Falls, South Dakota at the USGS's          02:47:04

17  facilities there in Lawrence, Kansas; and also          02:47:15

18  Minnesota Supercomputing Center; and also          02:47:17

19  Overland Park.          02:47:20

20      Q.  And where were you running this from at the          02:47:21

21  time?          02:47:24

22      A.  I'm sorry.  Say again?  Oh, the          02:47:24

23  application?          02:47:27

24      Q.  Yes.          02:47:27

25      A.  Ran it from a variety of locations from          02:47:27

Page 40

1 Menlo Park, California, SRI International.  We also    02:47:30

2 ran it in -- at the different meetings we had out at    02:47:34

3 the midwest.  We'd run it at -- in Kansas City;    02:47:36

4 Lawrence, Kansas; Sioux Falls, South Dakota; and    02:47:41

5 also Minneapolis, Minnesota during '93, '94 time    02:47:44

6 frame.    02:47:49

7     Q.  Okay.  So during the 1993, 1994 time frame    02:47:49

8 when you, for example, were running the TerraVision    02:47:52

9 application in Menlo Park, California, the imagery    02:47:54

10 would be coming from other locations such as Kansas    02:47:58

11 and so forth --    02:48:02

12    A.  Yeah.    02:48:02

13    Q.  -- is that right?    02:48:03

14    A.  Yes.    02:48:04

15    Q.  Now, when the user would start up    02:48:08

16 TerraVision and wanted to see an image, where would    02:48:20

17 that -- first of all, what -- was that a relatively    02:48:25

18 low-resolution image or a relatively high-resolution    02:48:29

19 image?    02:48:33

20        MR. HAMELINE:  Objection.    02:48:33

21        THE WITNESS:  I'm sorry.    02:48:34

22        The actual imagery itself that we had    02:48:35

23 ranged down to one meter resolution.  So what we did    02:48:38

24 is we built multiresolutions, multiresolution    02:48:41

25 hierarchy for the images, took the original    02:48:44

1          THE WITNESS:  '93, '94.                    03:08:57

2          MR. WOO:  We've been going about an hour   03:08:58

3 now, so why don't we take a short break.            03:09:51

4          THE WITNESS:  Sure.  Thanks.               03:09:53

5          THE VIDEOGRAPHER:  The time is 3:09, and   03:09:55

6 we're off the record.                               03:09:56

7          (Recess taken from 3:09 p.m. to 3:22 p.m.) 03:09:57

8          (Whereupon, Exhibit 86 was marked for      

9 identification.)                                     03:22:17

10         THE VIDEOGRAPHER:  All right.  Time is      03:22:17

11 3:24, and we're back on record.                     03:24:11

12         MR. WOO:  During the break I've had marked  03:24:13

13 as Exhibit 86 a multipage document bearing Control  03:24:17

14 Nos. GOOG 358 through 370.  It's entitled MAGIC     03:24:27

15 Final Report, Yvan G. Leclerc, SRI International.   03:24:34

16         BY MR. WOO:  Q.  Mr. Lau, do you recognize  03:24:45

17 Exhibit 86?                                          03:24:48

18     A.  Yes.                                         03:24:48

19     Q.  Can you tell me what it is?                  03:24:48

20     A.  It's the final report for the MAGIC project 03:24:50

21 that was written by SRI for the SRI component of     03:24:53

22 MAGIC project.                                       03:24:56

23     Q.  Did this report have to do with            03:24:57

24 TerraVision?                                         03:25:00

25     A.  Yes.  It was our final report on our        03:25:01

Page 58

1 component of the MAGIC project.                    03:25:06

2    Q.  What was the purpose of this report?        03:25:07

3    A.  Was to show DARPA that we had completed the  03:25:10

4 project and to show all of our progress and things  03:25:16

5 that we learned about the -- during the MAGIC      03:25:19

6 project and . . .                                  03:25:21

7    Q.  Notwithstanding the -- let me just -- let   03:25:25

8 me start over.                                      03:25:28

9        Let me direct your attention to the bottom  03:25:28

10 corner of each page, the right-hand corner.  It    03:25:31

11 bears a date of 12/23/2004.                        03:25:36

12   A.  Yep.                                         03:25:39

13   Q.  Do you recognize that as an artifact of the 03:25:39

14 process of printing a document from the Internet?  03:25:42

15       MR. HAMELINE:  Objection.                    03:25:45

16       THE WITNESS:  No.  This was -- I believe     03:25:47

17 this was the original -- that was actually part of 03:25:49

18 the actual report itself without the date that it  03:25:51

19 was -- date and time that it was written or        03:25:52

20 published, made available.                         03:25:54

21       BY MR. WOO:  Q.  On December 23, 2004?       03:25:56

22   A.  I believe so, yeah.                          03:25:58

23   Q.  Now, I can -- well, I --                     03:26:00

24   A.  Huh?                                         03:26:02

25   Q.  Maybe we can --                              03:26:03

1    A.  Oh, I'm sorry.  No.  2004.  I'm sorry.    03:26:04

2 Yeah, 2004.    03:26:06

3    Q.  So let's back up for a second so we can    03:26:08

4 clear this up.  So that date in 2004, do you    03:26:10

5 recognize that as not being --    03:26:13

6    A.  Not being -- yes, yes.  That is today's --    03:26:16

7 that is not today's date but yes.    03:26:18

8    Q.  Okay.  So let me just clear for the record,    03:26:21

9 and let me see if I can just straighten this up.    03:26:23

10   A.  Yeah.  Sorry about --    03:26:24

11   Q.  So the date of 12/23/2004 was not a part of    03:26:25

12 the original report submitted to DARPA in May    03:26:29

13 of 1996?    03:26:34

14   A.  Yes.    03:26:34

15       MR. HAMELINE:  Objection.    03:26:34

16       MR. WOO:  Okay.    03:26:36

17       THE WITNESS:  Sorry about that.    03:26:36

18       BY MR. WOO:  Q.  Let me ask you the    03:26:37

19 question the other way.  When -- let me start over.    03:26:44

20       Was -- to your knowledge, was the MAGIC    03:26:48

21 final report, Exhibit 86, submitted to DARPA?    03:26:51

22   A.  Yes.    03:26:53

23   Q.  When was it submitted to DARPA?    03:26:53

24   A.  1996 because that was the end of the    03:26:56

25 project and which is -- I don't know why.  I don't    03:26:58

Page 60

1  know what I was thinking what I was seeing 2004.          03:27:03

2      Q.   Okay.  And if you could leaf through it          03:27:11

3  briefly and tell me whether or not it accurately          03:27:14

4  describes the status of the TerraVision project as        03:27:17

5  of May of 1996.                                           03:27:20

6          MR. HAMELINE:  Objection.                         03:27:22

7          THE WITNESS:  Yes.                                03:27:24

8          BY MR. WOO:  Q.  Was Exhibit 86 prepared as       03:27:45

9  part of SRI's duties to DARPA under the MAGIC             03:27:48

10 project?                                                  03:27:55

11     A.   Yes.                                             03:27:55

12     Q.   Was this report, Exhibit 86, prepared on or      03:28:00

13 about May of 1996?                                        03:28:05

14     A.   Yes.                                             03:28:06

15         MR. HAMELINE:  Objection.                         03:28:08

16         BY MR. WOO:  Q.  What has become of               03:28:09

17 Yvan Leclerc?                                             03:28:12

18     A.   He passed away.                                  03:28:14

19     Q.   When approximately?                              03:28:16

20     A.   You know, in the early 2000s.  I'm not sure      03:28:17

21 exactly sure what date or what year it was.              03:28:20

22     Q.   Okay.  Is this one of the -- strike that.        03:28:22

23         Is Exhibit 86 one of the reports to DARPA         03:28:34

24 that we talked about earlier that -- where you had a      03:28:37

25 practice of providing these periodic reports?            03:28:42

1    Q.   Okay.   The next page, GOOG 359, at the top    03:37:06

2 of the page the first paragraph says TerraVision    03:37:26

3 uses aerial or satellite images combined with    03:37:31

4 elevation data to create real-time synthetic 3D    03:37:34

5 views of a site.    03:37:38

6         True, safe with respect to TerraVision as    03:37:40

7 of May 1996?    03:37:43

8    A.   Yes.    03:37:44

9    Q.   In that same paragraph at the end there is    03:37:55

10 reference to something called a multiresolution    03:38:01

11 pyramid.    03:38:05

12         What was that?    03:38:06

13    A.   Multiresolution pyramid was we created    03:38:06

14 subsamples of the underlying images.   We would    03:38:11

15 subsample them down so that the higher -- lower    03:38:15

16 resolution tiles would cover a wider area.   So in    03:38:21

17 other words we would take four images and combine    03:38:25

18 them into one image, subsample down, and then take    03:38:27

19 four of those lower-resolution images, combine them    03:38:31

20 into -- subsample them down into yet another lower    03:38:35

21 resolution.    03:38:38

22         And we also did that with the elevation    03:38:39

23 also.   Elevation was the same way.   So not only was    03:38:41

24 it the images but also the underlying elevation.    03:38:43

25    Q.   The third paragraph in that same page it    03:38:46

Page 68

1 says, "The collection of processed imagery,                03:39:07

2 elevation data, and coordinate information for a           03:39:09

3 given site is called a GeoPyramid tile set."               03:39:13

4       True statement with respect to TerraVision           03:39:16

5 as of May 1996?                                            03:39:18

6     A.   Yes.                                              03:39:19

7     Q.   What was a GeoPyramid tile set?                   03:39:20

8     A.   GeoPyramid tile set was essentially all          03:39:23

9 the -- all the data related to that one area of            03:39:27

10 interest.  It was the actual elevation model which        03:39:31

11 was a digital elevation model; was all of the either      03:39:35

12 satellite or photographic or combination of the two       03:39:38

13 that had been mosaicked together and then subsampled      03:39:40

14 for the different resolutions, combined together,         03:39:44

15 and also the coordinate information for that area         03:39:47

16 usually either lat/long or Universal Transverse           03:39:50

17 Mercator, also known as UTM coordinates.                  03:39:55

18     Q.   When you say lat/long, that means                03:39:58

19 latitude/longitude?                                       03:40:01

20     A.   Latitude/longitude, yeah.                        03:40:01

21     Q.   And those are the coordinates in the earth       03:40:02

22 terrain?                                                  03:40:05

23     A.   Yeah.  Same with the Universal Transverse        03:40:06

24 Mercator.                                                 03:40:10

25     Q.   And the tile set, is that the same thing as      03:40:10

Page 69

1 a data block?                                           03:40:12

2    A.   Yeah.                                           03:40:16

3         MR. HAMELINE:  Objection.                       03:40:17

4         BY MR. WOO:  Q.  And then it says, Each         03:40:18

5 individual image is called a pyramid tile set.          03:40:20

6         What does that mean?                            03:40:24

7    A.   When we had all these different aerial          03:40:26

8 photos around -- as the report says, it would be        03:40:30

9 mosaic with the one giant high-resolution image,        03:40:34

10 okay?  And what it was was that this giant image was    03:40:36

11 then cut up, sliced up, sliced and diced into small     03:40:43

12 images that would fit into texture memory.  So that     03:40:46

13 was why it says the single image is created into a      03:40:49

14 series of smaller images and also with different        03:40:52

15 resolutions.                                            03:40:55

16    Q.   And this pyramid tile set, that was            03:41:03

17 something that resided where?                           03:41:06

18    A.   It resided on the ISS systems, the remote      03:41:08

19 server systems.  The remote servers.                    03:41:14

20    Q.   Is another way to describe it the way that     03:41:15

21 was organized -- well, strike that.                     03:41:21

22         A tile, an individual tile is a data block?    03:41:51

23         MR. HAMELINE:  Objection.                      03:41:54

24         BY MR. WOO:  Q.  Or is it?                     03:41:56

25    A.   Yes, it would be considered that.              03:41:58

Page 70

1    Q.  Is it true that the -- strike that.                03:42:00

2         Is it or is it not true that the tiles of         03:42:09

3 the pyramid for the TerraVision database were             03:42:13

4 organized into multiple levels of resolution where        03:42:17

5 each level contained data blocks at the same              03:42:21

6 resolution, and each successive level contained data      03:42:24

7 blocks of a higher resolution than those in the           03:42:28

8 preceding level?                                           03:42:31

9    A.  Yes.                                                03:42:31

10        MR. HAMELINE:  Objection.                          03:42:31

11        THE WITNESS:  Sorry.                               03:42:32

12        Yes.                                               03:42:36

13        BY MR. WOO:  Q.  Exhibit 86, the MAGIC             03:42:37

14 final report, where was it kept in terms of being         03:42:51

15 stored?                                                   03:42:55

16        MR. HAMELINE:  Objection.                          03:42:56

17        THE WITNESS:  I'm not exactly sure what you        03:42:57

18 mean by that question.                                    03:42:58

19        BY MR. WOO:  Q.  Well, was it accessible by        03:42:59

20 the public?                                               03:43:03

21    A.  Yes.                                               03:43:03

22        MR. HAMELINE:  Objection.                          03:43:04

23        THE WITNESS:  Sorry.                               03:43:05

24        I believe it was actually available on the        03:43:05

25 Web.                                                      03:43:11

Page 72

1          BY MR. WOO:   Q.   The next paragraph on that          03:45:03

2 page, the last sentence of that paragraph says,          03:45:15

3 TerraVision requests these tiles -- referring to the          03:45:18

4 pyramid tiles -- from the ISS by specifying the          03:45:21

5 level and the x,y coordinates of the tiles that it          03:45:26

6 needs.          03:45:30

7          True statement with respect to TerraVision          03:45:30

8 as of May of 1996?          03:45:32

9     A.   Yes.          03:45:35

10     Q.   What is it -- what did you mean by          03:45:36

11 requesting the tiles by specifying the level and the          03:45:40

12 coordinates?          03:45:44

13     A.   The level would be actually the resolution          03:45:45

14 level that you need and that TerraVision needed to          03:45:47

15 render or wanted to render -- wanted to use to          03:45:52

16 render.   And the x,y coordinate would be the          03:45:54

17 geospatial coordinates of where that tile was          03:45:58

18 located.          03:46:01

19     Q.   When you say "geospatial coordinates,"          03:46:01

20 you're talking about the earth's terrain?          03:46:05

21     A.   Yeah.          03:46:08

22     Q.   Okay.   And then dropping down to the next          03:46:09

23 to last paragraph on that same page, there's a          03:46:17

24 reference in the last portion of that paragraph to          03:46:20

25 something called an HTTP server?          03:46:24

Page 75

1  because, you know, it's too far away.  And that was          03:49:07

2  one of the reasons why we did the multiresolution --        03:49:11

3  another reason why we did the multiresolution               03:49:15

4  hierarchy.                                                  03:49:18

5      Q.  In the seventh paragraph down it says, The         03:49:18

6  tile visibility thread is, in some sense, the heart         03:49:53

7  of the TerraVision system.                                  03:49:57

8          What did you mean by that?                          03:49:58

9      A.  One, two -- third -- seventh paragraph down         03:49:59

10 from Design Goal 1?                                          03:50:04

11     Q.  Actually, well, easier.  It's the second           03:50:05

12 paragraph up from the page, bottom of the page.             03:50:08

13     A.  Okay.  And what was the question again?            03:50:10

14     Q.  Let me repeat the question.  It says, The          03:50:11

15 tile visibility thread is, in some sense, the heart         03:50:14

16 of the TerraVision system.                                  03:50:17

17         What did you mean by that?                          03:50:18

18     A.  It was -- it actually did a lot of the             03:50:19

19 heavy lifting.  It would try to figure out what             03:50:23

20 portion of the terrain was visible, which tiles were        03:50:26

21 needed to display the actual terrain.  So it would          03:50:28

22 be the one, it would be the key component of it to          03:50:33

23 determine what it needs to request from any remote          03:50:36

24 servers necessary.                                          03:50:43

25     Q.  And it did that by level of resolution and         03:50:44

Page 76

1 coordinates?                                           03:50:48

2      A.   Yeah.   It would traverse a tree structure   03:50:49

3 internally, internal tree structure going to low       03:50:52

4 resolution to high resolution, trying to determine     03:50:54

5 which tiles were already in memory, which tiles were   03:50:57

6 necessary for it to render.                            03:51:00

7      Q.   How did it do that in terms of level of      03:51:01

8 resolution of coordinates?                             03:51:04

9           MR. HAMELINE:   Objection.                   03:51:05

10           THE WITNESS:   It -- we had what's called a  03:51:06

11 data structure called a tree, a quadtree and where     03:51:08

12 the high -- the top of the tree was of the lowest      03:51:11

13 resolution, had the bounds for the lowest             03:51:16

14 resolution, when it would traverse the tree -- In      03:51:20

15 other words, it would go down and try to figure out    03:51:22

16 from the high resolution -- from low resolution the    03:51:23

17 top node go down to the lower nodes which would have   03:51:26

18 higher resolution, determine whether or not it's       03:51:29

19 visible or not and progress all the way down until     03:51:32

20 it reached the highest resolution.                     03:51:35

21           Does that make sense?                        03:51:37

22           BY MR. WOO:   Q.   Okay.   Turn to the next  03:51:39

23 page, please, GOOG 364.   Now, under the heading       03:51:58

24 3.2.2 it says, "Since the terrain database is much     03:52:06

25 too large to be kept in main memory, TerraVision       03:52:11

Page 80

1 are probably going to be next, most likely going to          03:56:46

2 be coming -- going to be needed next and would              03:56:48

3 request -- would use those as part of the request          03:56:52

4 list that would be sent over to ISS.                       03:56:54

5    Q.  And when the requests were sent, what would         03:56:58

6 happen next?                                               03:57:01

7    A.  The images, if the network was uncongested          03:57:02

8 ideally the images would come across and be stored          03:57:07

9 locally in the local memory cache such that, you           03:57:10

10 know, when it was needed, it would automatically be        03:57:13

11 there, and then you wouldn't have any latency where        03:57:15

12 you were waiting for the network to respond, and it        03:57:19

13 would try to fill in as much of the memory cache as        03:57:23

14 possible.                                                  03:57:26

15        MR. HAMELINE:  I'll move to strike.               03:57:32

16        BY MR. WOO:  Q.  What, if anything, would         03:57:33

17 the system try to do in terms of the memory cache          03:57:57

18 being filled?                                              03:58:00

19    A.  It would --                                        03:58:01

20        MR. HAMELINE:  Objection.                          03:58:01

21        THE WITNESS:  It would try to prefetch            03:58:03

22 tiles based upon where the user was and try to fill        03:58:07

23 up memory, open memory.                                    03:58:10

24        BY MR. WOO:  Q.  Moving down to the last          03:58:13

25 paragraph of that section right before the heading         03:58:27

1 of 3.2.3 it says, "An interesting convention of the          03:58:29

2 coarse-to-fine request strategy is that TerraVision          03:58:35

3 can also run over relatively slow networks."                 03:58:37

4        What did you mean by "relatively slow                 03:58:40

5 networks"?                                                   03:58:43

6    A.   Well, relatively slow network was -- at the         03:58:43

7 time was like an ISDN line.                                  03:58:46

8    Q.   TerraVision, as of May of 1996, could work          03:58:50

9 across a dial-up modem?                                      03:58:55

10   A.   Yes, it could.                                       03:58:57

11        MR. HAMELINE:  Objection.                            03:58:57

12        THE WITNESS:  Sorry.                                 03:58:58

13        Yes, it could.                                       03:58:59

14        BY MR. WOO:  Q.  And by dial-up modem, what          03:59:03

15 speed would that be as of that time frame?                  03:59:07

16        MR. HAMELINE:  Objection.                            03:59:09

17        THE WITNESS:  Probably somewhere between             03:59:10

18 9,600-baud and 56K baud.                                    03:59:12

19        BY MR. WOO:  Q.  Does the rest of this               03:59:14

20 paragraph about coarse-to-fine request strategy             03:59:52

21 accurately describe the function of TerraVision as          03:59:55

22 of May of 1996?                                             03:59:58

23   A.   Yes.                                                 04:00:00

24        MR. HAMELINE:  Objection.                            04:00:00

25        THE WITNESS:  Sorry.                                 04:00:02

Page 82

1          Yes.                                                04:00:04

2          BY MR. WOO:   Q.   And going over to the next       04:00:08

3 page, page 8 of 13, GOOG 365, top paragraph, first          04:00:31

4 full paragraph, it talks about -- again, more about          04:00:37

5 the coarse-to-fine strategy.                                 04:00:40

6          Is that paragraph an accurate description           04:00:44

7 of how TerraVision worked in May of 1996?                    04:00:46

8          MR. HAMELINE:   Objection.                          04:00:49

9          THE WITNESS:   Yes.                                 04:00:50

10         BY MR. WOO:   Q.   Turn to page 11, please,         04:00:51

11 of this document, Exhibit 86.   If I could direct           04:01:03

12 your attention to the heading "4.3 Demonstrations in        04:01:13

13 1995," the first one refers to TerraVision being            04:01:16

14 demonstrated at SIGGRAPH '95 in Los Angeles and a          04:01:21

15 couple other places.                                        04:01:26

16         Let's talk about SIGGRAPH '95 first.   First        04:01:29

17 of all, was TerraVision, in fact, demonstrated at           04:01:31

18 SIGGRAPH '95?                                                04:01:36

19    A.   Yes.                                                04:01:37

20    Q.   Can you describe how the system was                 04:01:39

21 configured at that time of that -- for that                 04:01:43

22 demonstration?                                               04:01:46

23    A.   The system -- I'm not exactly sure what you         04:01:46

24 mean by that.   Could you rephrase that?                    04:01:51

25    Q.   So were there remote servers?   Were there         04:01:54

Page 83

1 clients?  That sort of thing.                              04:01:57

2    A.  Oh, yeah.  Okay.                                    04:01:58

3        MR. HAMELINE:  Objection.                           04:01:59

4        THE WITNESS:  Sorry.                                04:02:00

5        Yeah, the client, local client was located         04:02:01

6 on the show floor, demonstration floor at SIGGRAPH         04:02:03

7 at the Los Angeles Convention Center in Los Angeles,       04:02:06

8 and the servers were located both -- we actually had       04:02:10

9 one locally.  Locally and also remotely on the MAGIC       04:02:14

10 network in Sioux Falls, South Dakota, and I believe       04:02:19

11 we also had one at -- in Kansas City.                     04:02:22

12        BY MR. WOO:  Q.  Did that version of               04:02:28

13 TerraVision at that time in -- at the SIGGRAPH            04:02:36

14 conference demo, did that have the coarse-to-fine         04:02:39

15 strategy?                                                 04:02:44

16    A.  Yeah.  Pretty much all of TerraVision was          04:02:44

17 in place at that point.                                   04:02:46

18    Q.  Was SIGGRAPH a public show?                        04:02:47

19    A.  Yes.                                               04:02:50

20    Q.  Do you have any estimate of how many people        04:02:50

21 attended that show?                                       04:02:54

22    A.  Yeah.  That was SIGGRAPH's heyday was in           04:02:55

23 the mid '90s, and I believe that their typical           04:02:58

24 attendance numbers was somewhere around 20,000 or         04:03:01

25 so.  Upper range of 20- -- mid range, 25,000, 20,000      04:03:04

Page 84

1 or so.                                                          04:03:07

2      Q.  Did people have to sign confidentiality               04:03:08

3 agreements to get into the show?                                04:03:11

4      A.  No, no.                                                04:03:13

5      Q.  Were you personally present at the SIGGRAPH           04:03:19

6 '95 show?                                                       04:03:23

7      A.  Yes, I was.                                            04:03:24

8      Q.  Did you actually run any of the                       04:03:25

9 demonstrations?                                                 04:03:26

10     A.  I pretty much ran every single one of them,           04:03:27

11 yeah, with not very much sleep either.                         04:03:30

12     Q.  Was this the show where the Germans with              04:03:34

13 the similar system were across the aisle?                      04:03:37

14     A.  Yeah, they were across the aisle, and                 04:03:39

15 neither of us got very much sleep; so we got to know           04:03:41

16 each other pretty well.                                        04:03:45

17     Q.  A few minutes ago you said that pretty much           04:03:47

18 all of TerraVision was in place at that point by the           04:04:11

19 time of the SIGGRAPH '95 conference demo?                      04:04:14

20     A.  Yes.                                                   04:04:18

21     Q.  What did you mean by that?                             04:04:18

22     A.  The three-dimensional fly-through, the                04:04:19

23 two-dimensional pan and zoom of it, the ability to             04:04:22

24 request tiles from remotely over the network, the             04:04:27

25 ability for user to move around the terrain                    04:04:30

1 arbitrarily.                                              04:04:33

2     Q.  Did that demonstration system also use the       04:04:41

3 coarse-to-fine strategy?                                  04:04:43

4     A.  Yes.                                              04:04:45

5     Q.  Okay.  In that same paragraph there's            04:04:45

6 reference to the Supercomputing '95 conference in         04:04:57

7 San Diego?                                                04:05:00

8     A.  Yes.                                              04:05:01

9     Q.  What was that?                                    04:05:01

10    A.  Supercomputing is a conference for                04:05:02

11 high-performance computing and networking.  It's         04:05:05

12 held annually, and that year it was held in -- I         04:05:07

13 believe, in November, fall of 1995 in San Diego at       04:05:10

14 the San Diego Convention Center.  It's a publicly        04:05:13

15 open conference, so anyone can attend.                   04:05:18

16    Q.  Do you have any estimate of how many people       04:05:20

17 might have attended that conference?                     04:05:22

18    A.  It was typically -- I think at that time it       04:05:23

19 was below 10,000, but I'm not exactly sure what the      04:05:26

20 numbers were.                                            04:05:29

21    Q.  How did the system -- strike that.                04:05:36

22        How did the TerraVision system demonstrated       04:05:39

23 at the Supercomputing '95 conference in San Diego        04:05:44

24 compare to the one that was demonstrated at SIGGRAPH     04:05:47

25 '95 in Los Angeles?                                      04:05:52

Page 86

1      A.   By that time everything pretty much was          04:05:52

2  in -- exactly the same.  We requested tiles from         04:05:54

3  over a network to display -- to render locally, but      04:05:57

4  we also added a component that you could view it in       04:06:00

5  stereographic and was considered what's called the        04:06:03

6  ImmersaDesk, the I-Desk and also the CAVE, which was       04:06:06

7  a giant room with one, two, three -- one, two,             04:06:09

8  three, four -- four sides to it that one could step        04:06:16

9  into and be -- wearing these stereo glasses,               04:06:18

10 shutter -- LCD shutter glasses.  They could view the       04:06:23

11 terrain in 3D and perceive three dimensions, and it        04:06:26

12 was completely surrounding you and be immersive.           04:06:31

13 And some people got very nauseous.  Not that I did         04:06:34

14 that on purpose, but --                                    04:06:39

15         THE VIDEOGRAPHER:  Counsel.                         04:06:44

16         MR. WOO:  Oh, we're almost out of tape?             04:06:45

17         BY MR. WOO:  Q.  Did -- the tiles that were         04:06:47

18 requested over the -- strike that.                         04:06:51

19         Was the Internet used at all with respect          04:06:56

20 to the SIGGRAPH '95 demo?                                  04:06:59

21      A.   Yes.                                             04:07:03

22         MR. HAMELINE:  Objection.                          04:07:04

23         THE WITNESS:  Sorry.                               04:07:05

24         Yes.                                               04:07:05

25         BY MR. WOO:  Q.  What that used to                 04:07:06

Page 87

1 demonstrate TerraVision?                                04:07:08

2     A.  Yes.  Some components, yes.                      04:07:08

3     Q.  Was that also true with respect to              04:07:09

4 San Diego?                                               04:07:10

5     A.  Yes.                                             04:07:11

6          MR. HAMELINE:  Objection.

7          MR. WOO:  Let's change --

8          THE WITNESS:  Wait.  You said                   04:07:13

9 Supercomputing?  I mean --                               04:07:14

10         BY MR. WOO:  Q.  Yes.                            04:07:15

11    A.  You said Supercomputing, and then you said       04:07:16

12 San Diego, I thought.                                   04:07:18

13    Q.  I did, but I --

14    A.  Yeah.

15    Q.  Let me restate the question.                     04:07:20

16         Was the Internet also used for the demo at      04:07:22

17 the Supercomputing conference in San Diego --           04:07:26

18         MR. HAMELINE:  Objection.

19         BY MR. WOO:  Q.  -- '95?                         04:07:27

20         THE WITNESS:  Yes.                               04:07:27

21         MR. WOO:  Let's go off the record so we         04:07:28

22 could change tapes.                                      04:07:30

23         THE VIDEOGRAPHER:  Okay.  The time is 4:07.     04:07:32

24 This marks the end of Tape No. 1 of Volume I of the     04:07:33

25 deposition of Stephen Lau, and we're off the record.    04:07:36

Page 88

1          MR. WOO:  Actually, why don't we take a          04:07:39

2 break.  It's been another hour.          04:07:41

3          (Recess taken from 4:07 p.m. to 4:19 p.m.)          04:07:44

4          THE VIDEOGRAPHER:  The time is 4:19.  This          04:19:12

5 is the beginning of Tape No. 2, Volume I of the          04:19:54

6 deposition of Stephen Lau, and we're back on the          04:19:57

7 record.          04:20:00

8          BY MR. WOO:  Q.  Before the break we were          04:20:01

9 talking about demonstrations of TerraVision at          04:20:02

10 various conferences, and I don't remember if I asked          04:20:06

11 this or not.  Well, let's just move on to the next          04:20:15

12 one.          04:20:20

13          How did -- so -- let's see.  Let me start          04:20:20

14 over.          04:20:24

15          The next demonstration listed in this          04:20:27

16 document, Exhibit 86 is the Second MAGIC Symposium          04:20:31

17 in Minneapolis.          04:20:37

18          What was that?          04:20:38

19     A.  I'm sorry.  Where were you again?  I'm          04:20:39

20 sorry.          04:20:42

21     Q.  That same paragraph just right under the --          04:20:42

22     A.  Oh, okay.          04:20:45

23     Q.  -- "Demonstrations in 1995."          04:20:45

24     A.  Yeah.  It was a symposium or like a mini          04:20:46

25 conference get-together to demonstrate the          04:20:50

Page 89

1  technology of -- that was available of MAGIC, the          04:20:54

2  MAGIC network of TerraVision and also to share             04:20:58

3  information with outsiders and also third-party            04:21:02

4  people essentially to showcase where -- what we have       04:21:05

5  done and where we are, the status of the project.          04:21:11

6       Q.  When did that take place?                         04:21:13

7       A.  You know, I don't remember the exact dates        04:21:15

8  right now.                                                 04:21:18

9       Q.  Was it also in 1995?                              04:21:19

10      A.  Yeah.                                              04:21:20

11      Q.  How did the system demonstrate -- strike          04:21:23

12 that.                                                      04:21:27

13          Was the TerraVision system demonstrated at        04:21:27

14 the Second MAGIC Symposium?                                04:21:30

15      A.  Yes.                                               04:21:32

16      Q.  How did that demonstration compare to the         04:21:32

17 system demonstrated at the SIGGRAPH '95 conference         04:21:35

18 in Los Angeles?                                            04:21:40

19          MR. HAMELINE:  Objection.                         04:21:42

20          THE WITNESS:  You could actually have two         04:21:42

21 viewers to view TerraVision simultaneously.                04:21:44

22          BY MR. WOO:  Q.  What do you mean by two          04:21:50

23 viewers?                                                   04:21:52

24      A.  What you could do is you could have               04:21:53

25 multiple users manipulating and viewing --                 04:21:55

Page 90

1 manipulating the terrain at the same time.                   04:22:00

2      Q.   Two users acting independently of each             04:22:05

3 other --                                                     04:22:09

4      A.   Yeah.                                              04:22:10

5      Q.   -- but using the same database?                   04:22:10

6      A.   Yeah.                                              04:22:12

7      Q.   Couple paragraphs down there's reference to        04:22:15

8 a DS3 link?                                                  04:22:17

9      A.   Yes.                                               04:22:19

10     Q.   What's that?                                       04:22:19

11     A.   DS3 link is a type of network, network            04:22:20

12 connection.  I don't remember exactly what the              04:22:20

13 speeds are, but it is slower than gigabit speed             04:22:27

14 network and slower -- compared to these days it's           04:22:31

15 considered extremely slow.                                  04:22:34

16     Q.   And for SIGGRAPH '95 in Los Angeles, that          04:22:37

17 was an Internet connection?                                 04:22:41

18     A.   Yes.                                               04:22:42

19          MR. HAMELINE:  Objection.                          04:22:42

20          BY MR. WOO:  Q.  And in the next sentence          04:22:43

21 it refers to something called the I-Way high-speed          04:22:48

22 link.                                                       04:22:48

23          What was that?                                     04:22:52

24     A.   The I-Way was a network that was kind of           04:22:52

25 cobbled together from a bunch of different research         04:22:56

Page 91

1 networks overlayed on top of the Internet, and they    04:22:58

2 tried to bring in high-speed network into San Diego    04:23:02

3 to connect with these different type of research    04:23:07

4 networks.  That was called the I-Way.    04:23:09

5    Q.  By the way, how well did you know    04:23:13

6 Yvan Leclerc?    04:23:17

7    A.  Very well.  Saw each other pretty much    04:23:18

8 every working day.    04:23:22

9    Q.  What was his representation for    04:23:24

10 truthfulness and honesty?    04:23:27

11      MR. HAMELINE:  Objection.    04:23:29

12      THE WITNESS:  Good, I guess.  I don't know.    04:23:29

13 I don't know, but -- you know his reputation.  No    04:23:31

14 one seemed to think he was a liar.    04:23:35

15      BY MR. WOO:  Q.  But I mean, you know, as    04:23:37

16 far as you knew, he would attempt to provide    04:23:39

17 truthful and accurate reports?    04:23:41

18    A.  Yes.    04:23:43

19    Q.  I know it's a funny question, but we have    04:23:50

20 to ask these things for evidential reasons.    04:23:52

21      When we were off the record during the    04:24:07

22 break, we were sort of talking about how the CAVE    04:24:10

23 demonstration worked.    04:24:13

24      What was -- and how did that compare, if it    04:24:14

25 did, to the fictional deck of the Enterprise in    04:24:18

| | | |
|---|---|---|
| 1 | We also use it on the ImmersaDesk which | 04:25:36 |
| 2 | were much more effective.  The ImmersaDesk was kind | 04:25:39 |
| 3 | of like an architect's easel, tilted panel display, | 04:25:43 |
| 4 | huge about this big, and you would stand in front of | 04:25:48 |
| 5 | it, and you would wear these LCD glasses, look at | 04:25:51 |
| 6 | it, and it would look like you were actually looking | 04:25:55 |
| 7 | out a window into the terrain itself, and you can | 04:25:59 |
| 8 | move around with the little joystick and fly around | 04:26:00 |
| 9 | the terrain. | 04:26:01 |
| 10 | Q.  In terms of how users might get a little | 04:26:01 |
| 11 | ill, did that same problem manifest itself with a | 04:26:04 |
| 12 | regular computer screen version of TerraVision? | 04:26:07 |
| 13 | A.  No.  What happened was because you would | 04:26:10 |
| 14 | get ill because you would lose what was called frame | 04:26:11 |
| 15 | of reference.  I think it's called preperception I | 04:26:14 |
| 16 | guess was the term because it was immersive where | 04:26:20 |
| 17 | your entire field of view was encompassed by the | 04:26:21 |
| 18 | synthetic imagery.  You would lose frames of | 04:26:25 |
| 19 | reference. | 04:26:29 |
| 20 | Q.  Is was the Second MAGIC Symposium in | 04:26:31 |
| 21 | Minneapolis in 1995 also open to the public? | 04:26:46 |
| 22 | A.  I believe so. | 04:26:50 |
| 23 | Q.  And did the TerraVision system demonstrated | 04:26:57 |
| 24 | at the Second MAGIC Symposium in 1995 in Minneapolis | 04:27:01 |
| 25 | have all the other attributes of the systems that | 04:27:05 |

Page 94

1 were demonstrated at SIGGRAPH '95 in Los Angeles in    04:27:09

2 San Diego?    04:27:12

3        MR. HAMELINE:  Objection.    04:27:14

4        THE WITNESS:  I'm sorry.  Could you repeat

5 the question?    04:27:17

6        BY MR. WOO:  Q.  Yeah.  Let me rephrase it.    04:27:17

7 Did the system -- did the TerraVision system    04:27:17

8 demonstrated at the Second MAGIC Symposium in    04:27:20

9 Minneapolis in 1995 have the same attributes of the    04:27:23

10 system demonstrated at SIGGRAPH '95 in Los Angeles?    04:27:26

11        MR. HAMELINE:  Objection.    04:27:29

12        BY MR. WOO:  Q.  Apart from the    04:27:31

13 stereographic thing.    04:27:33

14     A.  Yeah.  I do not -- well, yeah.  We didn't    04:27:33

15 have the CAVE type of -- because there was no CAVE    04:27:36

16 in Minneapolis, and I do not believe we had the    04:27:38

17 collaborative aspects at TerraVision SIGGRAPH that    04:27:44

18 we did have at Minneapolis.  I know that we did not    04:27:45

19 demonstrate the -- any collaborative aspects at    04:27:49

20 SIGGRAPH '95.  I'm trying to remember when that    04:27:52

21 actual component became part of TerraVision.    04:27:56

22 Actually, it may have been at TerraVision at that    04:27:58

23 point, but we just never demonstrated at SIGGRAPH.    04:28:00

24     Q.  So the flyover and coarse-to-fine strategy    04:28:03

25 attributes that were part of the demonstration at    04:28:07

Page 95

1  SIGGRAPH '95 were also present at the MAGIC                    04:28:10

2  Symposium in Minneapolis?                                      04:28:13

3      A.  Yes.                                                   04:28:15

4          MR. WOO:  Let me have marked as Exhibit 87             04:28:49

5  a multipage document bearing Control Nos. GOOG 371             04:28:51

6  through 390 entitled "TerraVision:  A Terrain                  04:28:56

7  Visualization System, Technical Note No. 540."                04:29:05

8          (Whereupon, Exhibit 87 was marked for

9  identification.)                                               04:29:22

10          BY MR. WOO:  Q.  Mr. Lau, do you recognize            04:29:22

11 Exhibit 87?                                                    04:30:04

12     A.  Yes.                                                   04:30:04

13     Q.  What is it?                                            04:30:04

14     A.  It's the SRI technical report for --                  04:30:05

15 regarding TerraVision that was published by SRI that          04:30:09

16 was written by Yvan and I.                                     04:30:13

17     Q.  And it says, "Approved for Public Release;            04:30:14

18 Distribution Unlimited" on the first page.                    04:30:18

19          Is that true?                                         04:30:21

20     A.  Yes.                                                   04:30:21

21     Q.  And as far as you know, this document                 04:30:22

22 actually was released to the public?                           04:30:26

23     A.  Yes.                                                   04:30:27

24     Q.  And was this one of the documents that was            04:30:28

25 prepared in the ordinary course of your business at           04:30:32

Page 96

1 SRI International?                                          04:30:35

2      A.   Yes.                                             04:30:36

3      Q.   And was it prepared at or near the time of       04:30:37

4 the events that are reported inside this document?         04:30:39

5      A.   Yes.                                             04:30:43

6      Q.   And it was part of SRI's regular practice        04:30:49

7 to make these kinds of reports?                            04:30:52

8      A.   Yes.                                             04:30:54

9      Q.   Now, the second and successive pages of          04:30:58

10 this document at the top say "Draft" on each one.         04:31:06

11     A.   Yeah.                                            04:31:09

12     Q.   What is the significance, if any, of that        04:31:10

13 notation?                                                 04:31:15

14     A.   It was just an -- it was -- in many ways it      04:31:16

15 was just an artifact.  It actually kind of became a       04:31:19

16 joke between Yvan and I.  The actual --                   04:31:23

17     Q.   And what do you mean by that?                    04:31:24

18     A.   We had come up with this, and then we had        04:31:26

19 the MAGIC final report, but we wanted to publish          04:31:30

20 this out.  So this was submitted through the actual       04:31:38

21 process of SRI for publication.  And it has the           04:31:41

22 "Draft" in there, it was approved for publication         04:31:45

23 and with the intent that someday eventually we would      04:31:48

24 both go back and probably fix it up.  But we were         04:31:51

25 nearing the end of the actual MAGIC project, and          04:31:55