Page 97

1  then I left; so it kind of stuck with the name                04:31:59

2  "Draft" on it, which everyone always asks us about             04:32:04

3  that.                                                          04:32:08

4       Q.  Oh.  So this really wasn't a draft?                   04:32:08

5       A.  No, it was not a draft.                               04:32:10

6       Q.  So it was published in this form that --              04:32:11

7       A.  It was published in this form, yes.                   04:32:13

8       Q.  And does this document accurately describe            04:32:16

9  TerraVision as of the date of this publication,               04:32:21

10 April 22, 1994?                                                04:32:25

11          MR. HAMELINE:  Objection.                             04:32:26

12          THE WITNESS:  Yes.                                    04:32:26

13          BY MR. WOO:  Q.  Take a look, if you will,            04:32:29

14 at the second page of this document.                          04:32:36

15      A.  Mm-hmm.                                               04:32:39

16      Q.  It's the first full page of the actual               04:32:39

17 article itself.  The footnote refers to funding in            04:32:42

18 part by "ARPA Contract F19628," and it goes on from           04:32:46

19 there.  I won't read all the numbers.                         04:32:53

20          ARPA the same thing as DARPA?                         04:32:56

21      A.  Yes.  They went through a phase during the           04:32:58

22 early '90s where they originally were called DARPA,           04:33:00

23 and then for a while they were called ARPA, and then          04:33:00

24 they reverted back to DARPA, but they are all                 04:33:03

25 exactly the same agency.                                      04:33:07

Page 103

1    Q.   And of these two representations, which        04:39:02

would be the higher, and which would be the lower        04:39:04

3 resolution, if any?        04:39:08

4    A.   The higher resolution would be the smaller,        04:39:08

5 the one on the left.        04:39:11

6    Q.   And the one on the right would be the lower        04:39:13

7 resolution?        04:39:15

8    A.   Yes.        04:39:16

9    Q.   And the -- if I could -- see if I could        04:39:17

10 understand you, the tile on lower resolution labeled        04:39:21

11 (0,1,1) on the right is then represented by the        04:39:26

12 high-resolution tiles, the four of them on the        04:39:28

13 left --        04:39:31

14    A.   Yep.        04:39:31

15    Q.   -- (0,3,0), (1,3,0), (0,2,0) and (1,2,0)?        04:39:32

16    A.   Yes.        04:39:37

17        MR. WOO:   If I can -- let's have marked as        04:40:34

18 Exhibit 88, a copy of a multipage document bearing        04:40:57

19 Control Nos. GOOG 25544 through 25595, with the        04:41:00

20 title of "IEEE Network, The Magazine of Global        04:41:08

21 Information Exchange."        04:41:12

22        (Whereupon, Exhibit 88 was marked for        04:41:21

23 identification.)        04:41:21

24        BY MR. WOO:   Q.   Do you recognize        04:41:21

25 Exhibit 88?        04:42:13

Page 104

1    A.   Yes.                                          04:42:13

2    Q.   What is it?                                   04:42:13

3    A.   It's IEEE Magazine that had MAGIC -- an       04:42:14

4  article about MAGIC.                                 04:42:18

5    Q.   And do you recognize this particular copy     04:42:19

6  as one having come from your files?                  04:42:23

7    A.   Yes.                                          04:42:26

8    Q.   Was this magazine something that was          04:42:26

9  available to the general public?                     04:42:33

10    A.   Yes.   It still is, I think.                 04:42:34

11    Q.   Did you subscribe to this back in the day    04:42:42

12  when you were at SRI?                                04:42:47

13    A.   You know, I don't remember.                  04:42:48

14    Q.   The -- so I think the article begins on      04:42:49

15  page 15 of this document, GOOG 25560, and it shows  04:43:04

16  authors Barbara Fuller and Ira Richer.              04:43:12

17    A.   Richer.   Ira Richer.                        04:43:16

18    Q.   And who are they?                            04:43:19

19    A.   Ira Richer worked for -- worked with --      04:43:19

20  originally with MITRE, and then he worked for a     04:43:22

21  called CNRI, Corporation National Research          04:43:25

22  Institute.   He was pretty much hired to be the     04:43:28

23  overall MAGIC project lead or coordinator to try to 04:43:30

24  get all the different disparate groups to work      04:43:36

25  together and to make sense of it all.               04:43:42

Page 105

1    Q.    What was MITRE?                                04:43:45

2    A.    I don't -- MITRE is -- I don't exactly        04:43:46

3 remember what the acronym is, but it was a research    04:43:48

4 institute very similar to SRI that did a lot of        04:43:52

5 DARPA contracts.                                        04:43:54

6    Q.    And who is Barbara Fuller?                     04:43:55

7    A.    Barbara Fuller was with MITRE and assisted     04:43:59

8 Ira Richer.                                             04:44:02

9    Q.    Did either of them contact you in             04:44:03

10 connection with this article?                          04:44:08

11    A.    Yes.                                           04:44:09

12    Q.    And what, if anything, did you provide to     04:44:10

13 them?                                                   04:44:12

14    A.    We provided -- Yvan and I provided a          04:44:13

15 write-up for them that was then edited like crazy to   04:44:16

16 form this.  I generated the Figure No. 3 and Figure    04:44:19

17 No. 4 for this, and let's see.                          04:44:25

18    Q.    What does Figure 3 represent?                 04:44:39

19    A.    Figure 2, 3 represents kind of like the       04:44:42

20 quadtree structure that we had for the different       04:44:46

21 resolution hierarchies and how they would map into     04:44:47

22 like a 3D perspective view with low --                 04:44:50

23 high-resolution tiles being up close, and the          04:44:54

24 lower-resolution tiles being further and further       04:44:56

25 away.                                                   04:44:58

Page 106

1    Q.   Is this also a reference to the pyramid we          04:44:59

2  talked about earlier?                                      04:45:04

3    A.   Yeah.                                               04:45:05

4    Q.   What is Figure 4?                                   04:45:06

5    A.   Figure 4 was actually to show how we                04:45:07

6  actually map the actual terrain image, the satellite       04:45:09

7  or photo image onto the underlying elevation model         04:45:13

8  and to form a synthetic image that was 3D that             04:45:18

9  looked like you were flying over the terrain.              04:45:23

10    Q.   So on page 15/16 on the bottom of the              04:45:27

11  right-hand column to the top of the left or the           04:45:38

12  middle of the left-hand column on the next page,          04:45:41

13  there's a list of the principal MAGIC research            04:45:43

14  participants.                                             04:45:49

15        Is that an accurate list?                           04:45:49

16    A.   Yes.   To the best of my knowledge, yeah.          04:45:51

17    Q.   So one of the participants in the MAGIC            04:45:56

18  project was the University of Kansas, for example?        04:45:59

19    A.   Yes.                                               04:46:01

20    Q.   Did you review this article after it was           04:46:06

21  published?                                                04:46:13

22    A.   Yeah, I reviewed it after and before it was        04:46:13

23  published.   I mean, it went through many, many           04:46:17

24  iterations.                                               04:46:19

25    Q.   Did you find any inaccuracies in the               04:46:20

1 article about TerraVision?                          04:46:23

2    A.  No.                                           04:46:24

3    Q.  Does the article, then, accurately describe   04:46:28

4 MAGIC as of the date of the article?                04:46:35

5        MR. HAMELINE:  Objection.                     04:46:38

6        THE WITNESS:  Yes.                            04:46:39

7        Sorry.                                        04:46:40

8        Yes.                                          04:46:41

9        BY MR. WOO:  Q.  Does the article             04:46:41

10 accurately describe TerraVision as of the date of   04:46:43

11 the article?                                        04:46:47

12       MR. HAMELINE:  Objection.                     04:46:48

13       THE WITNESS:  Yes.                            04:46:48

14       BY MR. WOO:  Q.  Is the IEEE Network          04:46:48

15 magazine a well-accepted magazine within the people 04:47:02

16 in the art?                                         04:47:06

17       MR. HAMELINE:  Objection.                     04:47:07

18       THE WITNESS:  Yes.  It is considered a        04:47:07

19 valuable resource, a respected resource.            04:47:12

20       BY MR. WOO:  Q.  People, then, in the         04:47:16

21 industry consider the information in it trustworthy? 04:47:22

22       MR. HAMELINE:  Objection.                     04:47:25

23       THE WITNESS:  Yes.                            04:47:25

24       BY MR. WOO:  Q.  On page 25 of this           04:47:54

25 magazine, GOOG 25570, in the middle of the          04:47:56

Page 108

1  right-hand column there's a list of references.      04:48:01

2     A.  Yes.      04:48:03

3     Q.  And Reference No. 7 is something -- there's      04:48:05

4  a reference to the Technical Note 540.      04:48:10

5         Is that the same technical note that was      04:48:12

6  marked previously as Exhibit 87?      04:48:16

7     A.  Yes.      04:48:17

8     Q.  Is it 87?      04:48:19

9         MR. HAMELINE:  Eighty-seven.      04:48:21

10        THE WITNESS:  Eighty-seven, yes.      04:48:22

11        MR. WOO:  Let me have marked next, one-page      04:48:23

12 document bearing Control No. GOOG 26467.      04:49:20

13 Exhibit 89, I believe.      04:49:25

14        (Whereupon, Exhibit 89 was marked for      04:49:39

15 identification.)      04:49:40

16        BY MR. WOO:  Q.  Mr. Lau, do you recognize      04:49:40

17 Exhibit 89?      04:49:47

18    A.  Yes.      04:49:47

19    Q.  It's actually a reproduction of a poster      04:49:47

20 that you provided to our office?      04:49:54

21    A.  Yes.      04:49:56

22    Q.  And what does this document represent?      04:49:56

23    A.  It was actually a promotional or display      04:50:01

24 that was actually at SC '95 to showcase the I-Way.      04:50:06

25    Q.  What was the I-Way again?      04:50:14

1      A.   The I-Way was a network that was created      04:50:15

2 for SC '95 to try to tie together various      04:50:18

3 collaborative and research networks and test beds to      04:50:25

4 provide high-performance networking to the      04:50:30

5 conference.      04:50:32

6      Q.   Were any other remote servers used for SC      04:50:33

7 '95 demo shown here at all?      04:50:39

8      A.   Yes, on the MAGIC network and also on      04:50:41

9 ESnet.      04:50:41

10     Q.   I'm sorry.  What?      04:50:41

11     A.   And also Sprint ATM/Sonet.      04:50:42

12     Q.   Can you point out where they were?      04:50:44

13     A.   Yeah.  In Kansas City, Kansas, which is in      04:50:46

14 the center of the country; in Minneapolis, St. Paul,      04:50:49

15 which is where the little line coming down from      04:50:53

16 MAGIC was; and from ESnet, which also goes to      04:50:56

17 various people down in Lawrence Berkeley National      04:51:00

18 Labs, which isn't shown here.      04:51:02

19     Q.   And it's all connected to the sort of city      04:51:04

20 shown in the left-hand side of the diagram?      04:51:06

21     A.   Yeah.      04:51:08

22     Q.   That's San Diego?

23     A.   Well, it's supposed to represent San Diego.      04:51:09

24     Q.   Close enough.      04:51:12

25     A.   Yeah.      04:51:13

Page 110

```
 1      Q.   And the network, that included use of the    04:51:14
 2 Internet --                                            04:51:18
 3           MR. HAMELINE:  Objection.                     04:51:18
 4           MR. WOO:  Did the network used include --    04:51:20
 5 strike that.                                            04:51:24
 6           Did or did not the network used include the  04:51:24
 7 Internet?                                               04:51:30
 8           MR. HAMELINE:  Objection.                     04:51:30
 9           THE WITNESS:  Uses the commercial ATM,       04:51:31
10 which was yes.                                          04:51:36
11           MR. WOO:  Let me have marked as Exhibit 90   04:52:07
12 a multipage document bearing GOOG 26494 through         04:52:09
13 26506, a Quarterly Report dated 26 January 1993.       04:52:17
14           (Whereupon, Exhibit 90 was marked for
15 identification.)                                        04:53:07
16           BY MR. WOO:  Q.  Mr. Lau, do you recognize   04:53:07
17 Exhibit 90?                                             04:53:09
18      A.   Yes.                                          04:53:09
19      Q.   What is it?                                   04:53:09
20      A.   It was a MAGIC -- quarterly -- one of the    04:53:10
21 first, I think, Quarterly Reports that we created      04:53:12
22 for the MAGIC project.                                  04:53:15
23      Q.   And this was prepared by yourself and        04:53:16
24 others?                                                 04:53:18
25      A.   Yeah.  By Yvan, myself, and also             04:53:18
```

1  State of California      )  ss.

2  COUNTY OF ALAMEDA          )

3

4       I, SUSAN F. MAGEE, RPR, CLR, a Certified

5  Shorthand Reporter in and for the State of California

6  and disinterested person, do hereby certify:

7       That prior to being examined, the deponent

8  named in the foregoing deposition was by me duly sworn

9  to testify the truth, the whole truth, and nothing but

10  the truth;

11       That the said deposition was taken before me at

12  the time and place therein stated and was thereafter

13  transcribed into typewriting under my direction; that

14  the foregoing deposition is a true record of the

15  witness's testimony as reported by me; that the deponent

16  was given an opportunity to read, correct and sign the

17  deposition transcript.

18       I further certify that I am not related to any

19  party or counsel or attorney for any of the parties in

20  the foregoing deposition or in any way interested in the

21  outcome of the action herein.

22

23

24  _____

25  Susan F. Magee, RPR, CLR
   CSR No. 11661

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--


SKYLINE SOFTWARE SYSTEMS, INC.,

        Plaintiff,

        vs.                              No. 04-11129 DPW

KEYHOLE, INC., and GOOGLE, INC.,

        Defendants.
                                  /

**CERTIFIED COPY**

**CONFIDENTIAL**


VIDEOTAPED DEPOSITION OF STEPHEN LAU, JR.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

Volume II (Pages 151-334)

Thursday, June 22, 2006


REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

**U.S. LEGAL**
*Support*
*Certified Shorthand Reporters*
180 Montgomery Street, Suite 218
San Francisco, CA 94104
888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

Page 159

```
 1              STEPHEN LAU, JR.,

 2 having been previously duly sworn, testified as

 3 follows:

 4

 5              EXAMINATION BY MR. WOO

 6

 7     Q.  Mr. Lau, you understand you're still under    02:07:06

 8 oath?                                                 02:07:08

 9     A.  Yes, I do.                                    02:07:09

10          THE VIDEOGRAPHER:  Thank you.               02:07:10

11          BY MR. WOO:  Q.  Now, before we started     02:07:10

12 this afternoon, I had the court reporter mark as     02:07:16

13 Exhibit 201 a multipage document bearing Control     02:07:19

14 Nos. GOOG 26931 through 27373.  I have that in front 02:07:25

15 of you.                                              02:07:34

16          I also have in front of you the original    02:07:35

17 bound volume of the same document, the 1994 MAGIC    02:07:39

18 Technical Symposium document from which Exhibit 201  02:07:46

19 was duplicated.                                      02:07:50

20          So first of all, do you recognize Exhibit   02:07:52

21 201 as a duplicate of the bound volume?             02:07:55

22     A.  I would assume so.  I would have to go       02:07:58

23 through it all and verify but yeah.                  02:08:01

24     Q.  It appears to be --                          02:08:03

25     A.  It appears to be the same.                   02:08:05
```

1    Q.  Okay.  And Exhibit 201, the original of          02:08:06

2 Exhibit 201, was that something that you had kept as    02:08:11

3 part of your files?                                     02:08:14

4    A.  Yes.                                             02:08:14

5    Q.  And could you identify Exhibit 201 for us        02:08:16

6 please?                                                 02:08:22

7    A.  It's the proceedings from the 1994 MAGIC         02:08:22

8 Technical Symposium that was held in Lawrence,          02:08:26

9 Kansas.                                                 02:08:28

10   Q.  Were all MAGIC Technical Symposia open to        02:08:28

11 the public?                                            02:08:32

12   A.  Yes.  It was not a closed.                       02:08:33

13   Q.  And was Exhibit 201, the original of             02:08:34

14 Exhibit 201, was that something that was kept as       02:08:37

15 part of your duties at SRI?                            02:08:39

16   A.  Yes.                                             02:08:40

17   Q.  And the copy of that -- the bound volume         02:08:41

18 was something that you provided to our office out of   02:08:47

19 your files?                                            02:08:49

20   A.  Yes.                                             02:08:50

21   Q.  And the Exhibit 201, that was prepared on        02:08:51

22 or about August of 1994?                               02:08:57

23   A.  Yes.                                             02:08:59

24   Q.  And was this prepared in the course of           02:09:03

25 SRI's regularly conducted activities?                  02:09:09

Page 161

1          MR. HAMELINE:  Objection.                    02:09:12

2          THE WITNESS:  It was not creed by SRI.  It   02:09:13

3 was actually -- I'm not exactly sure what company     02:09:16

4 created it or whatever, what group created it, but    02:09:18

5 the MAGIC group created it.                           02:09:21

6          BY MR. WOO:  Q.  I see.                      02:09:22

7     A.  I mean, we put it together.                   02:09:23

8     Q.  "We" meaning SRI and --                       02:09:25

9     A.  SRI and the rest of the MAGIC folks put it    02:09:26

10 together.                                            02:09:29

11    Q.  Did SRI contribute to the documentation --    02:09:30

12    A.  Yes.                                           02:09:33

13    Q.  -- in this?                                    02:09:33

14    A.  Yes.                                           02:09:34

15    Q.  Turn, if you would, to -- oh, the Exhibit     02:09:34

16 201 has been numbered with control numbers.  And if  02:09:43

17 you could turn to GOOG 26979.                        02:09:45

18    A.  Okay.  What was the number again?             02:09:51

19    Q.  26979.  It's not too far.  Maybe 10 percent   02:09:56

20 of the way through.                                  02:10:00

21    A.  Yep.                                           02:10:01

22    Q.  It's entitled, "Script for TerraVision        02:10:02

23 videos."                                              02:10:07

24    A.  Yes.                                           02:10:07

25    Q.  Can you -- let's see.  That runs from 26979   02:10:08

Page 162

1  through 26984; is that right?                    02:10:17

2      A.  That is correct.                         02:10:20

3      Q.  Actually, there are two scripts contained 02:10:27

4  within this; is that right?                      02:10:31

5      A.  Yes.                                      02:10:32

6      Q.  Okay.  And can you tell me what this script 02:10:33

7  was for?                                          02:10:35

8      A.  The script was for two videos that was   02:10:36

9  created describing TerraVision.  One was a        02:10:39

10 high-level script for TerraVision, and one was more 02:10:44

11 dialed in terms of the architecture, how it worked. 02:10:47

12     Q.  Did you participate in preparing the     02:10:50

13 script?                                           02:10:52

14     A.  Yeah, yes.                                02:10:53

15     Q.  Did you prepare both of them?             02:10:53

16     A.  I participated in preparing both of them. 02:10:55

17     Q.  And were those scripts prepared in or about 02:11:00

18 August of 1994?                                   02:11:04

19     A.  They actually were prepared before that but 02:11:05

20 yes.                                              02:11:08

21     Q.  And did those scripts accurately describe 02:11:08

22 the TerraVision system as of that date?           02:11:17

23     A.  Yes.                                      02:11:22

24         MR. HAMELINE:  Objection.                 02:11:23

25         THE WITNESS:  Sorry.                      02:11:23

Page 163

1          Yes.                                          02:11:24

2          BY MR. WOO:  Q.  Now, I have also in front    02:11:25

3 of you something we talked about yesterday,            02:11:34

4 Exhibit 98.  And if you could turn to page 3 of that   02:11:38

5 exhibit, GOOG 26471.                                    02:11:42

6     A.  Okay, yes.                                      02:11:48

7     Q.  At the bottom of the page of Exhibit 98,        02:11:50

8 there's a reference to TerraVision videos.              02:11:53

9     A.  Mm-hmm.                                         02:11:58

10     Q.  Is Exhibit 201 the scripts that -- the         02:12:06

11 strict portion that we've been talking about the       02:12:08

12 scripts for the videos that were referred to in

13 Exhibit 98?                                             02:12:11

14     A.  Yes, they were.                                02:12:14

15     Q.  So looking at the scripts, the second one      02:12:15

16 that begins on GOOG 26982, the top of the page it      02:12:40

17 says "TerraVision II title slide."                      02:12:51

18     A.  Mm-hmm.                                        02:12:55

19     Q.  That's TerraVision II meaning the second of    02:12:55

20 the two video segments?                                02:12:58

21     A.  Yes, yes.                                      02:13:00

22     Q.  This does not refer to some other project      02:13:00

23 called TerraVision II that occurred much later in      02:13:03

24 time, does it?                                          02:13:06

25     A.  No, it does not.                               02:13:06

Page 164

| | |
|---|---|
| 1       MR. WOO:  Let's have marked by the court | 02:13:12 |
| 2 reporter a videotape bearing Control No. G-T 0018. | 02:13:15 |
| 3       (Whereupon, Exhibit 202 was marked for | 02:13:24 |
| 4 identification.) | 02:13:48 |
| 5       MR. WOO:  So at this time I'm going to have | 02:13:48 |
| 6 this videotape marked as Exhibit 202 placed in the | 02:13:50 |
| 7 videotape player that we have here in the room.  I'm | 02:13:54 |
| 8 going to play that tape for you. | 02:13:57 |
| 9       THE REPORTER:  Would you like to go off the | 02:14:12 |
| 10 record? | 02:14:14 |
| 11       MR. WOO:  No.  Let's stay on the record. | 02:14:14 |
| 12 We'd like to have it transcribed. | 02:14:15 |
| 13       THE REPORTER:  The videotape transcribed? | 02:14:17 |
| 14       MR. WOO:  Right, the voice portion.  It's a | 02:14:17 |
| 15 very short tape. | 02:14:20 |
| 16       Let's start at the beginning. | |
| 17       MR. SACKSTEDER:  I forgot you have to | |
| 18 rewind videotapes. | |
| 19       (Whereupon, the following portion of | |
| 20 Exhibit 202 was played: | |
| 21       "TerraVision is a real time terrain | 02:14:44 |
| 22 visualization system developed at SRI | 02:14:49 |
| 23 International." | |
| 24       It is the test application of the | 02:14:51 |
| 25 ARPA-sponsored MAGIC project, one of several | 02:14:52 |

Page 165

| | |
|---|---|
| 1 large-scale gigabit testbed projects. The | 02:14:55 |
| 2 underlying technology in TerraVision was derived in | 02:14:57 |
| 3 part from research carried out under the ARPA-Image | 02:15:00 |
| 4 Understanding program." | 02:15:02 |
| 5       "MAGIC, or the Multidimensional | 02:15:04 |
| 6 Applications Gigabit Internet Consortium, comprises | 02:15:06 |
| 7 a number of ARPA-sponsored and contributing | 02:15:09 |
| 8 participants. The goal of the MAGIC project is to | 02:15:10 |
| 9 develop a gigabit-per-second ATM-based network and | 02:15:13 |
| 10 to address issues in high-speed networking, data | 02:15:17 |
| 11 storage, transport and visualization." | 02:15:19 |
| 12       "The network currently connects | 02:15:21 |
| 13 Minneapolis; Sioux Falls, South Dakota, and | 02:15:23 |
| 14 Kansas City, Lawrence, and Fort Leavenworth in | 02:15:25 |
| 15 Kansas." | 02:15:27 |
| 16       "TerraVision uses high-speed networks and | 02:15:28 |
| 17 distributed online storage systems to visualize | 02:15:31 |
| 18 multi-gigabyte-sized terrain databases, such as the | 02:15:33 |
| 19 one we are viewing, in a novel way. Instead of | 02:15:35 |
| 20 copying the entire database to local storage before | 02:15:39 |
| 21 visualizing it, data is fetched across the network | 02:15:40 |
| 22 as it is needed while the user moves about the | 02:15:43 |
| 23 terrain. TerraVision is designed to accommodate the | 02:15:47 |
| 24 losses or delays that are inherent in the | 02:15:49 |
| 25 transmission of remotely stored data over a network. | 02:15:49 |

Page 166

1 The terrain data comprises an elevation model and a          02:15:53

2 mosaic of preprocessed aerial images.  It could be           02:15:57

3 viewed in three dimensions, where the aerial images          02:15:59

4 are draped over the terrain, as we have seen here."          02:16:01

5          "Or it can be viewed in two dimension by            02:16:04

6 panning and zooming over the terrain, rapidly moving         02:16:06

7 from high-altitude panoramic views to low-altitude           02:16:09

8 detailed views using push-button controls."                  02:16:15

9          "Another way to move about the terrain is           02:16:15

10 to use a registered map on which the view area is           02:16:17

11 outlined."                                                   02:16:20

12          "The user can click anywhere on the map,           02:16:20

13 instantly changing the points of view."                     02:16:22

14          "The terrain data we are viewing are              02:16:25

15 georeferenced.  That is, the aerial images and             02:16:28

16 elevation data have been precisely aligned with each       02:16:31

17 other, and with a standard world coordinate system.        02:16:35

18 What this means, for example, is that models of             02:16:36

19 buildings can be accurately superimposed on the            02:16:38

20 terrain."                                                    02:16:41

21          "In addition, TerraVision can display a            02:16:43

22 number of moving vehicles whose real-world positions       02:16:45

23 have been obtained from sources such as portable GPS       02:16:49

24 receivers.  These vehicle positions can be directly        02:16:51

25 transmitted to TerraVision for real-time viewing, or        02:16:54

Page 167

1 they can be recorded for future playback, which is          02:16:55

2 what we see here.  Other types of mobile objects          02:16:59

3 could also be viewed in real time using          02:17:02

4 TerraVision."          02:17:05

5          "In summary, TerraVision is a system for          02:17:05

6 visualizing massive amounts of real georeferenced          02:17:08

7 terrain data using high-speed networks and          02:17:11

8 distributed online storage systems."          02:17:14

9          "Some of the advantages of this approach to          02:17:15

10 visualization are:  Visualization is not limited by          02:17:18

11 the amount of workstation memory; Visualization is          02:17:21

12 not limited by the size or access speed of local          02:17:23

13 storage systems; newly obtained data can be          02:17:26

14 visualized simultaneously by multiple users at          02:17:30

15 different locations, while communicating about          02:17:33

16 common aspects of the data; a single geographically          02:17:35

17 distributed database can be created and maintained          02:17:39

18 by many experts, each responsible for one aspect          02:17:41

19 obtained of the composite information.  Consistency          02:17:43

20 of the data is therefore guaranteed.)"          02:17:45

21          THE WITNESS:  They want to make sure the          02:18:16

22 sponsors are recognized.          02:18:18

23          BY MR. WOO:  Q.  Right.  That's really a          02:18:20

24 long pause.  I apologize for that.  Let me pause the          02:18:21

25 tape at this point, and let me ask this question:          02:18:26

Page 168

1  Do you, Mr. Lau, recognize this as a duplicate of                02:18:28

2  the videotape that you provided to our office?                   02:18:32

3      A.  Yes.                                                     02:18:34

4      Q.  What was that videotape?                                 02:18:35

5      A.  I'm not sure exactly what you mean by that.              02:18:37

6      Q.  Well, was that videotape something that you              02:18:41

7  prepared while at SRI?                                           02:18:42

8      A.  Yes.                                                     02:18:44

9      Q.  Was that the -- that a copy of the                       02:18:44

10 videotape that is referred to at the bottom of                   02:18:48

11 page 3 of Exhibit 98?                                            02:18:51

12     A.  Yes.  In fact, I think it might have been                02:18:52

13 the original one.                                                02:18:54

14     Q.  Okay.  And was that second that we just saw              02:18:55

15 the first segment or the second segment as referred              02:19:00

16 to at the bottom of Exhibit 98, the third page?                  02:19:03

17     A.  The first segment.                                       02:19:07

18     Q.  Okay.  And whose voice was it that we heard              02:19:08

19 on the video?                                                    02:19:11

20     A.  That was Yvan Leclerc.                                   02:19:11

21     Q.  And who wrote the script for that?                       02:19:14

22     A.  Yvan and I and Nathaniel Bletter wrote the              02:19:16

23 script for that.                                                 02:19:21

24     Q.  Approximately when was this video prepared?             02:19:21

25     A.  In 1994.  Summer of 1994.                                02:19:24

Page 169

1     Q.  What was the purpose of the video?                    02:19:27

2     A.  The purpose of the video was to demonstrate           02:19:29

3 TerraVision at the MAGIC Technical Symposium because          02:19:31

4 they had -- I was partially on medical leave at that          02:19:34

5 time, I myself could not attend the symposium so              02:19:37

6 this videotape was created in order to be able to             02:19:40

7 demonstrate the TerraVision system in my absence.             02:19:43

8     Q.  And that was for the MAGIC Technical                   02:19:46

9 Symposium in Lawrence, Kansas?                                 02:19:49

10    A.  Yes.                                                   02:19:50

11    Q.  1994?                                                  02:19:51

12    A.  1994.                                                  02:19:52

13    Q.  Did that segment we saw accurately depict             02:19:55

14 the TerraVision system and its operation as of 1994?         02:20:00

15        MR. HAMELINE:  Objection.                             02:20:03

16        THE WITNESS:  Yes.                                     02:20:04

17        BY MR. WOO:  Q.  Did that segment of the              02:20:04

18 tape that we just saw accurately describe the                 02:20:07

19 TerraVision system and its operation in 1994?                02:20:09

20        MR. HAMELINE:  Objection.                             02:20:13

21        THE WITNESS:  Yes.                                     02:20:13

22        BY MR. WOO:  Q.  Now, did we see, during              02:20:14

23 the video segment that we just saw, earth terrain            02:20:22

24 images going from fuzzy to sharp, high resolution?           02:20:27

25    A.  Yes.                                                   02:20:31

Page 175

1 please.                                              02:25:54

2        BY MR. WOO:  Q.  Mr. Lau, do you recognize    02:25:54

3 this segment of Exhibit 202 as a duplicate of the    02:25:55

4 videotape that was provided to our office?           02:25:59

5    A.  Yes.                                           02:26:01

6    Q.  And what is this portion of the tape?          02:26:01

7    A.  It's the second video that was created for     02:26:04

8 the 1994 MAGIC Technical Symposium.                   02:26:06

9    Q.  Okay.  And this was an video that was          02:26:09

10 prepared while you were at SRI in 1994?              02:26:11

11   A.  Yes.                                           02:26:14

12   Q.  And whose voice was it that was heard on       02:26:14

13 the video?                                           02:26:19

14   A.  Yvan Leclerc.                                  02:26:19

15   Q.  And the script for this video was something    02:26:21

16 that you worked on?                                  02:26:23

17   A.  Yeah.                                          02:26:24

18   Q.  And this second segment that we just saw of    02:26:25

19 Exhibit 202, that's the second segment that's        02:26:32

20 referred to at the bottom of page 3 of Exhibit 98?   02:26:34

21   A.  Yes.                                           02:26:37

22   Q.  Did that second segment of this video,         02:26:39

23 Exhibit 202 accurately depict the TerraVision system 02:26:48

24 and its operation in 1994?                           02:26:51

25        MR. HAMELINE:  Objection.                     02:26:52

Page 193

1    Q.   Yeah, it's near the back.  It's Column 16.    02:45:06

2 If I could direct your attention to Claim 1.  It    02:45:14

3 starts out saying, "A method of providing data    02:45:16

4 blocks" and goes on from there.    02:45:19

5    A.   Yes.    02:45:20

6    Q.   And it continues all the way until you get    02:45:21

7 to Claim No. 2.    02:45:23

8    A.   Okay.    02:45:24

9    Q.   Okay.  Just read that to yourself for a    02:45:27

10 moment.    02:45:29

11    A.   Okay.    02:45:39

12    Q.   Did TerraVision practice all of the steps    02:45:39

13 outlined in Claim 1 of the 189 patent?    02:45:42

14         MR. HAMELINE:  Objection.    02:45:46

15         THE WITNESS:  Yes.    02:45:47

16         BY MR. WOO:  Q.  At the SIGGRAPH conference    02:45:47

17 in Los Angeles in 1995, did the demonstration that    02:45:50

18 you performed practice all of the steps outlined in    02:45:53

19 Claim 1?    02:45:56

20         MR. HAMELINE:  Objection.    02:45:56

21         THE WITNESS:  Yes.    02:45:56

22         BY MR. WOO:  Q.  Now, I believe you earlier    02:47:01

23 testified -- and correct me if I'm wrong -- that the    02:47:02

24 SIGGRAPH '95 conference in Los Angeles, you were    02:47:05

25 able to show people at the demonstration that the    02:47:07

Page 194

1 earth terrain blocks came over a network?                02:47:11

2    A.  Yes.                                               02:47:14

3        MR. HAMELINE:  Objection.                          02:47:14

4        BY MR. WOO:  Q.  And how did you do that?          02:47:14

5    A.  We would sometimes disconnect the network,        02:47:17

6 physically disconnect the network from the back of       02:47:20

7 the machine to show people that the tiles were           02:47:22

8 actually coming from across the network.                 02:47:25

9    Q.  And was there something -- was there any          02:47:26

10 other way in which you showed people, you know, at      02:47:31

11 demonstrations how it was that the data blocks were     02:47:37

12 coming over a network?                                   02:47:42

13   A.  We would show similar to what the video          02:47:43

14 showed the tile boundaries.  And as the person was      02:47:49

15 moving around, we could actually see the tile          02:47:53

16 boundaries.  And we also had a wire frame mode          02:47:56

17 where, while the user was flying around, they could     02:48:00

18 see the tiles coming into memory.                        02:48:03

19       MR. WOO:  Have we -- where are we in the          02:48:37

20 documents?                                               02:48:43

21       THE REPORTER:  204.                                02:48:47

22       MR. WOO:  Let's have marked as 204 a              02:48:48

23 multipage document bearing Control No. GOOG 21033       02:48:51

24 through 21233.                                           02:48:53

25       (Whereupon, Exhibit 204 was marked for

Page 195

1 identification.)                                    02:48:58

2        BY MR. WOO:  Q.  Can you identify this       02:48:58

3 document, Exhibit 204?                              02:49:27

4    A.  Yeah.  It's proceedings from the MAGIC       02:49:28

5 Technical Symposium that was held in Minneapolis,   02:49:33

6 Minnesota.                                          02:49:38

7    Q.  Okay.  And this was something -- this        02:49:38

8 document was prepared for that symposium?           02:49:40

9    A.  Yes.                                         02:49:43

10   Q.  And is this a copy of something from your    02:49:43

11 files that you kept in the ordinary business --    02:49:47

12 excuse me.                                          02:49:50

13        Was this a copy of something that was kept  02:49:52

14 in your files in the ordinary course of your       02:49:54

15 business --                                         02:49:56

16   A.  Yes.                                         02:49:56

17   Q.  -- at SRI?                                    02:49:56

18   A.  Yes.                                         02:49:57

19   Q.  And this Exhibit 204 is a copy of something  02:50:00

20 that was provided to our office from your files?    02:50:04

21   A.  Yes.                                         02:50:06

22   Q.  And was this prepared on or about August     02:50:06

23 of 1995?                                            02:50:11

24        MR. HAMELINE:  Objection.                   02:50:11

25        THE WITNESS:  Yes.                          02:50:12

Page 196

1        BY MR. WOO:  Q.  Did you contribute to the    02:50:12

2 preparation of these materials?                        02:50:22

3    A.  Yes, yes.                                        02:50:24

4    Q.  And it was part of your regular practice at     02:50:27

5 SRI to contribute to this kind of material?            02:50:35

6        MR. HAMELINE:  Objection.                        02:50:37

7        THE WITNESS:  Yes.                                02:50:38

8        BY MR. WOO:  Q.  Turn, if you would,            02:50:38

9 please, to the page marked GOOG 21118.                 02:50:44

10   A.  211- --                                          02:50:55

11       MR. HAMELINE:  -80?                              02:50:56

12       MR. WOO:  No.  21118, 21118.                     02:50:57

13       THE WITNESS:  Okay.                              02:51:02

14       BY MR. WOO:  Q.  Now, this is not the            02:51:07

15 greatest copy --                                       02:51:08

16   A.  Yeah.                                            02:51:09

17   Q.  -- but can you tell from looking at this        02:51:09

18 copy what this is?                                     02:51:12

19   A.  Yes.                                             02:51:12

20   Q.  What is this?                                    02:51:13

21   A.  The upper -- there are two images screen        02:51:14

22 captures of the TerraVision system.                   02:51:17

23   Q.  And what does the lower diagram represent?      02:51:19

24   A.  The lower diagram represents the -- the         02:51:22

25 viewing frustum, the area of view that's visible      02:51:26

1 from a particular point in the terrain.  The lines        02:51:31

2 there represent the actual viewing frustrum, the          02:51:34

3 area of view.                                             02:51:39

4     Q.  Did this particular depiction here anything       02:51:40

5 to do with whether or not you could demonstrate to        02:51:42

6 someone looking at the demonstration that this was        02:51:45

7 actually working over a network?                          02:51:47

8          MR. HAMELINE:  Objection.                        02:51:49

9          THE WITNESS:  Yes.  And in fact, we created      02:51:50

10 this viewpoint on purpose as a component of               02:51:51

11 TerraVision to demonstrate the -- both the               02:51:54

12 coarse-to-fine and also the fact that the images --       02:51:56

13 the tiles were coming across a network.                   02:51:58

14          BY MR. WOO:  Q.  And where was this facet        02:52:00

15 of the demonstration demonstrated?                        02:52:05

16    A.  I'm sorry.  Say that again.                        02:52:07

17    Q.  Yeah.  This particular facet, this                 02:52:08

18 third-party view, I take it, where was that               02:52:12

19 demonstrated?                                             02:52:15

20          MR. HAMELINE:  Objection.                        02:52:15

21          THE WITNESS:  Sorry.                             02:52:16

22          Once it became part of the actual               02:52:17

23 TerraVision application, we demonstrated it pretty        02:52:18

24 much every single time we demonstrated TerraVision,       02:52:21

25 which would have been here at the 1995 MAGIC              02:52:24

Page 198

```
 1 symposium and any subsequent demos that happened        02:52:26

 2 after that.                                             02:52:30

 3         BY MR. WOO:  Q.  Now, during the course of     02:52:31

 4 our discussion this day today and yesterday, we         02:52:36

 5 talked about a number of places where TerraVision       02:52:38

 6 was publicly demonstrated.                              02:52:41

 7         Were there other public demonstrations in      02:52:44

 8 addition to the ones we've talked about so far?         02:52:47

 9         MR. HAMELINE:  Objection.                       02:52:49

10         THE WITNESS:  Yes.                              02:52:50

11         BY MR. WOO:  Q.  We're not going to go          02:52:50

12 through all of them --                                  02:52:52

13     A.  Yeah.                                           02:52:52

14     Q.  -- but approximately how many were there?      02:52:53

15         MR. HAMELINE:  Objection.                       02:52:54

16         THE WITNESS:  Numerous ones.  We               02:52:55

17 demonstrated it in Washington, D.C.  We demonstrated    02:52:57

18 it in various parts across the country; demonstrated    02:53:00

19 it here in the Bay Area with the -- what was called     02:53:03

20 NTON, National Transparent Optical Network symposium    02:53:08

21 here; used it to demonstrate at the BAGNET              02:53:12

22 high-speed network that was developed here in the       02:53:13

23 Bay Area.  I -- you know, they were two numerous to     02:53:18

24 count.                                                  02:53:22

25         And also Sprint used the application,           02:53:22
```

Page 201

1 sees the earth images going from fuzzy to high          02:56:08

2 resolution?                                             02:56:11

3          MR. HAMELINE:  Objection.                      02:56:12

4          THE WITNESS:  Yes.                             02:56:12

5          MR. WOO:  Let me have marked as Exhibit 205    02:56:47

6 a multipage document bearing Control Nos. GOOG 17566    02:56:49

7 through 17831.                                          02:56:59

8          (Whereupon, Exhibit 205 was marked for         02:57:04

9 identification.)                                        02:57:24

10         BY MR. WOO:  Q.  Do you recognize              02:57:24

11 Exhibit 205 as something that came from your files     02:57:26

12 that you provided to our office?                       02:57:30

13    A.  Yes.                                            02:57:32

14    Q.  And can you identify this, please.              02:57:33

15    A.  Yes.  It's the Visual Proceedings from the      02:57:35

16 SIGGRAPH '95 conference that was held in               02:57:37

17 Los Angeles, California.                               02:57:40

18    Q.  And can you describe what that document is      02:57:43

19 about?                                                 02:57:48

20    A.  It -- the -- because SIGGRAPH was a             02:57:48

21 computer graphics conference, most -- a lot of the     02:57:51

22 demonstrations and papers revolved around computer     02:57:55

23 graphics of course; so the visual proceedings          02:57:58

24 accompanied the actual regular proceedings which had   02:58:01

25 the papers.  The visual proceedings had entries in     02:58:04

Page 202

1  there for demonstrations and also for images that        02:58:07

2  could not be made into the regular proceedings.          02:58:10

3      Q.  Was Exhibit 205 something that you obtained       02:58:13

4  at the SIGGRAPH '95 conference?                           02:58:16

5      A.  Yes.                                              02:58:19

6      Q.  And was that maintained in your files as          02:58:19

7  part of the ordinary course of business at SRI?          02:58:23

8      A.  Yes.                                              02:58:25

9          MR. HAMELINE:  Objection.                         02:58:26

10         THE WITNESS:  Sorry.                              02:58:26

11         Yes.                                              02:58:27

12         BY MR. WOO:  Q.  Okay.  If you could turn         02:58:28

13 to the page marked GOOG 17699, about the middle of       02:58:44

14 the document, I think.                                    02:58:54

15     A.  Yes, okay.                                        02:59:05

16     Q.  The page at the top it says "T_Vision."          02:59:06

17     A.  Mm-hmm.                                           02:59:11

18     Q.  At the SIGGRAPH '95 show in Los Angeles,          02:59:16

19 you testified earlier about seeing a similar system       02:59:19

20 exhibited by a German company?                            02:59:23

21     A.  Yes, by ART+COM.                                  02:59:25

22     Q.  Is the system that's described on this page       02:59:27

23 of Exhibit 205 that company?                              02:59:33

24     A.  Yes.  Well, it's not a description of the         02:59:38

25 company.                                                  02:59:41

Page 216

1  work without spilling water.                          03:28:50

2          THE VIDEOGRAPHER:  Do you want to go off      03:28:51

3  the record?                                           03:28:53

4          MR. WOO:  Nope.  We're okay.  This will       03:28:55

5  only take a second.                                   03:28:57

6          BY MR. WOO:  Q.  Now, for my next series of   03:29:05

7  questions, I'm going to have the witness use this     03:29:13

8  CD-ROM that's been marked and produced as G-T_0020,   03:29:18

9  and I'll represent that this CD is a duplicate of     03:29:31

10 the CD of TerraVision source code that Mr. Lau        03:29:35

11 provided my office the other day.                     03:29:47

12    A.  Yes, it is, I'm assuming.                      03:29:48

13    Q.  Did you -- let me ask you that.                03:29:50

14        Did you, Mr. Lau, provide a copy of the        03:29:52

15 TerraVision source code to my office?                 03:29:54

16    A.  Yes.                                           03:29:56

17    Q.  Okay.  If you could, please, I'm going to      03:29:57

18 have you -- I'm going to insert this CD marked        03:30:03

19 G-T_0020 into this computer here.  And if you could,  03:30:09

20 please, just verify whether that is or is not the     03:30:11

21 source code for TerraVision.                          03:30:15

22         THE VIDEOGRAPHER:  His mike just fell.        03:30:19

23         THE WITNESS:  My mike just fell off?  Okay.   03:30:22

24         It's already logged in.  I'll just use the    03:30:26

25 touch pad.                                            03:30:37

Page 217

1         Yes, it is a copy of the CD that I          03:30:41

2 provided.                                          03:30:44

3         BY MR. WOO:  Q.  Can you -- now, having     03:30:44

4 reviewed this on the laptop, can you please tell us 03:30:47

5 what that is?                                       03:30:50

6     A.  It is the source code and directory for    03:30:51

7 TerraVision circa 1996 when I left SRI              03:30:54

8 International.                                      03:30:59

9     Q.  This is a copy of the source code of       03:30:59

10 TerraVision as of the time you left SRI?           03:31:03

11    A.  Yes.                                        03:31:05

12    Q.  And approximately -- that was approximately 03:31:06

13 May of 1996?                                       03:31:07

14    A.  Yeah.                                       03:31:08

15        MR. WOO:  Now that we have had you identify 03:31:17

16 the CD, if I could have the court reporter mark it  03:31:19

17 I'm not sure how.  I don't think we want to put a   03:31:23

18 label on it, but if you could somehow write in ten  03:31:25

19 the next exhibit number in order.                   03:31:29

20        (Whereupon, Exhibit 206 was marked for      03:31:57

21 identification.)                                    03:31:57

22        MR. WOO:  For the record, the source code   03:32:00

23 that Mr. Lau has just examined and identified is now 03:32:02

24 Exhibit 206.                                        03:32:06

25        Let me have marked as -- this is one whole  03:32:18

Page 218

1 copy.  Yeah, yeah.  It's probably more efficient to    03:32:34

2 have these marked by the court reporter all at once     03:32:52

3 so let's go off the record for a brief second.          03:32:56

4          THE VIDEOGRAPHER:  Time is 3:31, and we're     03:33:00

5 off the record.                                         03:33:02

6          (Discussion held off the record.)             03:33:05

7          (Whereupon, Exhibits 207, 208, 209, 210,

8 211, 212, 213, 214, 215, 216, 217, 218, 219 and 220

9 were marked for identification.)                        03:35:16

10          THE VIDEOGRAPHER:  Time is 3:34.  We're       03:35:16

11 back on record.                                         03:35:24

12          MR. WOO:  While we were -- during -- while    03:35:25

13 we were -- during the break, I have had the court       03:35:28

14 reporter mark the next series of exhibits from          03:35:32

15 Exhibits 207 through 220, and the collective range      03:35:35

16 is from GOOG 26005 through 26930.                       03:35:43

17          Just for the record, 207 is GOOG 26805        03:35:50

18 through 26807; Exhibit 208 is 26808; Exhibit 209 is     03:35:54

19 26809 through 26829; Exhibit 210 is 26830 through       03:36:06

20 26834; Exhibit 211 is 26835; Exhibit 212 is 26836;      03:36:20

21 Exhibit 213 is 26837 through 26856; Exhibit 214 is      03:36:35

22 26857 through 26861; Exhibit 215 is 26862;              03:36:46

23 Exhibit 216 is 26863 through 26867; Exhibit 217 is      03:37:00

24 26868; Exhibit 218 is 26869 through 26899;              03:37:15

25 Exhibit 219 is 26900 through 26923; and Exhibit 220     03:37:25

Page 219

1  is 26924 through 26930.                                03:37:36

2           BY MR. WOO:  Q.  Now, did I state that        03:37:40

3  correctly?                                             03:37:43

4      A.  I wasn't paying attention.                     03:37:44

5      Q.  Okay.                                          03:37:46

6      A.  I'm sorry.  Was I supposed to be paying        03:37:47

7  attention?                                             03:37:49

8      Q.  No, no.  That's okay.  I think we're okay.     03:37:50

9  So let's go through, first of all, collectively        03:37:52

10 Exhibits 207 through 220.                              03:37:55

11     A.  Yeah.                                          03:37:58

12     Q.  Mr. Lau, do you recognize those?               03:37:58

13     A.  Yes.                                           03:38:00

14     Q.  What are they?                                 03:38:00

15     A.  They're printouts of a subset of the           03:38:01

16 TerraVision source code.                               03:38:05

17     Q.  And these you recognize as source code from    03:38:06

18 the disk that we marked as 206?                         03:38:08

19     A.  Yes.                                           03:38:10

20     Q.  Now, could you explain, please, what           03:38:12

21 Exhibit 207 is.                                        03:38:21

22     A.  207 is the header file called Ts.h that --     03:38:23

23 I'm sorry.  Ts.h.  Sorry about that.                   03:38:31

24     Q.  What function, if any, of TerraVision does     03:38:32

25 this relate to?                                        03:38:35

Page 220

1      A.   This actually has a -- definitions for the        03:38:36

2  tile and the construction of the connection to           03:38:39

3  obtain the tile information, to also -- the header        03:38:43

4  to make the request from the Image Service Systems.       03:38:46

5  And somehow it got -- and also it had the definition      03:38:51

6  of a tile in it.                                          03:38:59

7      Q.   Okay.                                            03:39:00

8      A.   Among other things.  There's more to it,         03:39:04

9  but . . .                                                 03:39:06

10     Q.   What is Exhibit 208?                             03:39:07

11     A.   208 is a header file for a structure that I      03:39:10

12 developed called TWODWIDGET, and that would allow         03:39:16

13 the form -- there was a data structure that would         03:39:20

14 allow the person to be able to pan and zoom across        03:39:23

15 the data set.                                             03:39:26

16     Q.   Okay.  What is Exhibit 209?                      03:39:27

17     A.   209 is TWODWIDGET.C.  It is the source           03:39:31

18 code, the implementation of the data structure            03:39:35

19 TWODWIDGET. -- that was defined in TWODWIDGET.H,          03:39:39

20 would actually -- rendered the the 2D --                  03:39:41

21 two-dimensional image on the screen, requested the        03:39:47

22 tiles, also acted as a user interface for it too,         03:39:51

23 and determined where the viewpoint was.                   03:39:54

24     Q.   Okay.  What is Exhibit 210?                      03:39:56

25     A.   This actually is called Ts -- I hated this       03:40:02

Page 221

1 name.  TsTsm.c.  It was the tiles -- connection for          03:40:11

2 the tile server manager that got the geospatial              03:40:17

3 pyramids for very -- the different tile sets, the            03:40:21

4 multiresolutions and would also would get all the            03:40:24

5 coordinate information for the various image                 03:40:28

6 pyramids.                                                    03:40:31

7     Q.  Did you hate TsTsm.c because it was hard to          03:40:32

8 pronounce?                                                   03:40:39

9     A.  Yes.                                                 03:40:39

10    Q.  All right.  What is Exhibit 211?                     03:40:40

11    A.  TsPrivate.h.  This actually was a header             03:40:43

12 file that was part of the actual tile cache or cache        03:40:49

13 to store various tiles as they came in from off the         03:40:54

14 network.                                                    03:40:58

15    Q.  What is Exhibit 212?                                 03:40:59

16    A.  That is Visible.h.  It is a header file              03:41:05

17 that allows -- that was the component for                   03:41:12

18 TerraVision to do visibility calculations which             03:41:16

19 tiles were visible or will be visible.                      03:41:18

20    Q.  What is Exhibit 213?                                 03:41:21

21    A.  Two hundred thirteen is called                       03:41:26

22 TsTileStruct.c.  Okay.                                      03:41:26

23    Q.  And what did it do?                                  03:41:30

24    A.  It was implementation of the various -- the          03:41:32

25 cache management system.  All the tiles were read in        03:41:36

Page 222

1  and stored in memory, and this -- that was all          03:41:39

2  handled via this file.                                   03:41:42

3      Q.   Okay.   What is Exhibit 214?                    03:41:46

4      A.   It was called TsTileMgr.c.   It is the          03:41:51

5  source code.   It manages a number of tiles in          03:41:54

6  memory, so it would -- could be configural based         03:41:57

7  upon the available network bandwidth and also the        03:42:01

8  machine architecture.                                    03:42:04

9      Q.   What is Exhibit 215?                            03:42:05

10     A.   Two hundred fifteen is called Texture.h.        03:42:07

11 It is the header file for the texture cache to store     03:42:10

12 the imagery.                                             03:42:13

13     Q.   What is Exhibit 216?                            03:42:15

14     A.   Two hundred sixteen was Texture.c.   It         03:42:18

15 allows -- allowed TerraVision to -- what was called      03:42:23

16 paging, texture paging.   It moved the images from       03:42:24

17 local memory into what was called texture memory,        03:42:27

18 which was a cache inside the actual physical             03:42:30

19 hardware texturing that allowed the system to do         03:42:34

20 hardware -- what is called hardware texture mapping.     03:42:38

21     Q.   What is Exhibit 217?                            03:42:42

22     A.   Two hundred seventeen is called                03:42:43

23 ThreeDWidget.h.   It was the header file that was        03:42:47

24 the -- that defined the structure that displayed the     03:42:50

25 three-dimensional view of the out-the-window view of     03:42:53

Page 223

1  TerraVision that rendered the terrain and stuff.    03:42:56

2      Q.  What is Exhibit 218?    03:43:02

3      A.  218 is ThreeDWidget.c.  It actually did all    03:43:05

4  the heavy lifting for the drawing of the terrain,    03:43:10

5  determining what resolution was necessary, and    03:43:14

6  rendering the available tiles onto the screen and    03:43:17

7  whatever other structures were on there such as    03:43:21

8  buildings or vehicles or whatever.    03:43:23

9      Q.  What is Exhibit 219?    03:43:28

10     A.  Two hundred nineteen is TerraVision.c.  It    03:43:29

11 was actually the main source code file where, when    03:43:33

12 you fired up TerraVision, where it would enter --    03:43:35

13 start off, it would do a lot the initialization and    03:43:38

14 a lot of the graphical user interface    03:43:42

15 initialization, determine all the local environment    03:43:46

16 variables, and then it would start running, connect    03:43:48

17 to the ISS, the Image Service Systems, and then    03:43:52

18 start running.    03:43:56

19     Q.  What is Exhibit 220?    03:43:56

20     A.  Two hundred twenty is called VISIBLE.C.  It    03:43:58

21 is the source code file that actually generates    03:44:02

22 which tiles were visible and also generates the    03:44:05

23 request list to be sent off to the ISS.    03:44:08

24     Q.  Now, someone with the source code that was    03:44:14

25 provided as Exhibit 206 could compile it and then    03:44:18

Page 224

1 run a version of TerraVision?                        03:44:24

2        MR. HAMELINE:  Objection.                      03:44:27

3        THE WITNESS:  I'm sorry.  I'm sorry.  Say      03:44:27

4 that again.  Repeat the question.                     03:44:28

5        BY MR. WOO:  Q.  Someone with the source       03:44:30

6 code that was provided -- that was marked as          03:44:32

7 Exhibit 206 could compile it and then run it as a     03:44:34

8 version of TerraVision?                               03:44:37

9        MR. HAMELINE:  Objection.                      03:44:38

10       THE WITNESS:  Yes.                             03:44:40

11       BY MR. WOO:  Q.  Of the Exhibits 207           03:44:40

12 through 220, did you participate in the preparation  03:44:55

13 of any of -- or the -- strike that.                   03:45:00

14       As to Exhibits 207 through 220, did you        03:45:03

15 write any portion of that?                            03:45:08

16    A.  Yes.                                           03:45:10

17    Q.  And what portions?                            03:45:11

18    A.  For this portion of the code, somewhere        03:45:12

19 probably around 90, 95 percent of the code.           03:45:14

20    Q.  When did you provide a copy of the source      03:45:16

21 code to my office for the first time?                 03:45:28

22    A.  I do not remember the date.  I --              03:45:30

23    Q.  Last couple days?                             03:45:33

24    A.  Yeah.  Last couple days.  Within the last      03:45:34

25 week, I believe.                                      03:45:36

Page 272

1  not one of them.                                          04:59:44

2          BY MR. HAMELINE:  Q.  Okay.  The -- I think      04:59:46

3  in your earlier testimony you indicated that the         04:59:53

4  MAGIC system was an Internet spanning several            04:59:55

5  cities?                                                   05:00:01

6      A.  Yeah.                                             05:00:02

7      Q.  Okay.  When you refer to -- I saw the word        05:00:02

8  here used Internetwork and you used the word             05:00:05

9  Internet, do you use those interchangeably?              05:00:08

10     A.  I typically don't use Internetwork.  I           05:00:11

11 typically don't use that word.                           05:00:15

12     Q.  All right.  When you use the term                05:00:15

13 Internet --                                               05:00:17

14     A.  Yes.                                              05:00:17

15     Q.  -- what do you mean?                             05:00:17

16     A.  I typically mean systems that are connected      05:00:17

17 to the -- what is now known as the Internet              05:00:20

18 backbone.  They have routes connected to it.            05:00:25

19     Q.  Okay.  And did you understand the MAGIC          05:00:28

20 network to be an Internet network?                       05:00:30

21     A.  Yes, it is.  It had direct connections to        05:00:32

22 the Internet.                                             05:00:35

23     Q.  Okay.  And when you were communicating           05:00:36

24 between the Lawrence, Kansas -- Lawrence, Kansas          05:00:39

25 where one of the facilities was?                          05:00:49

Page 273

1    A.    The facilities was.

2    Q.    Yes.

3    A.    Yeah.                                          05:00:51

4    Q.    Okay.  And in South Dakota, is that where     05:00:51

5 one of the sites --                                    05:00:53

6    A.    Sioux Falls, South Dakota.                    05:00:53

7    Q.    Okay.  When you were communicating between    05:00:55

8 these two sites, were you communicating -- by "you,"   05:00:58

9 I mean the system -- communicating over the            05:01:00

10 Internet?                                              05:01:02

11    A.    It depended on the state of the network at   05:01:03

12 the time.                                              05:01:05

13           MR. HAMELINE:  Okay.  Let me show you what   05:01:21

14 I'm going to mark as the next.                         05:01:22

15           (Whereupon, Exhibit 226 was marked for

16 identification.)                                       05:01:48

17           BY MR. HAMELINE:  Q.  Exhibit 226 is        05:01:48

18 entitled MAGIC Gigabit Test Bed Research Plan,         05:01:51

19 Preliminary Draft, January 19th, 1992.                 05:01:54

20    A.    Yes.                                          05:01:58

21    Q.    Do you recognize that document?              05:01:59

22    A.    Yeah, I do.                                   05:02:00

23    Q.    Okay.  Were you involved in preparing that   05:02:01

24 document?                                              05:02:03

25    A.    No, actually, because I did not join SRI at  05:02:03

Page 281

1 at 1992, it would be?                                05:09:11

2     A.   A gigabit network?                          05:09:12

3     Q.   Yes.                                         05:09:14

4     A.   A gigabit network was considered a          05:09:15

5 high-performance network at that time, yes.          05:09:16

6     Q.   Okay.  The next sentence reads,             05:09:17

7 Gigabit-per-second wide-area networks promise the    05:09:19

8 next major advance in computing and communications   05:09:27

9 geographically distributed network Supercomputers    05:09:31

10 with channel-speed access to remote and             05:09:35

11 time-critical data sources.                         05:09:37

12        Do you see that?                             05:09:39

13    A.   Yes.                                         05:09:40

14    Q.   In the context of the MAGIC project and the 05:09:40

15 work you did on the MAGIC project, why was this      05:09:44

16 gigabit-per-second wide-area network relevant?  Why  05:09:47

17 was a high-speed network relevant?                   05:09:51

18        MR. WOO:  Object to the form.  Foundation.   05:09:54

19 Calls for speculation.                               05:09:55

20        THE WITNESS:  Could you repeat the question  05:09:59

21 again, please?                                       05:10:01

22        BY MR. HAMELINE:  Q.  Sure.  Well, let me    05:10:02

23 just ask the more general question, then.            05:10:04

24    A.   Yeah.                                        05:10:06

25    Q.   Was it relevant to the work that you were   05:10:06

Page 282

1  doing in connection with the MAGIC project to have a          05:10:08

2  very high-speed wide-area network?                            05:10:12

3       A.   No.   The TerraVision application did not           05:10:17

4  necessary have to run on a high-speed network.                05:10:18

5       Q.   Okay.   Was SRI funded as part of the MAGIC         05:10:23

6  project?                                                      05:10:26

7       A.   Yes.                                                05:10:26

8       Q.   Okay.   And was SRI funded to run -- to            05:10:27

9  create an application to run on the MAGIC backbone?           05:10:30

10      A.   Yes.                                                05:10:32

11      Q.   Okay.   So you're saying that it was                05:10:33

12 irrelevant to the project and the funding as to               05:10:35

13 whether TerraVision would use this high-speed                 05:10:37

14 network?                                                      05:10:40

15           MR. WOO:   Objection.   Misstates his               05:10:41

16 testimony.   Argumentative.                                   05:10:42

17           MR. HAMELINE:   That's why it's a question.         05:10:43

18           THE WITNESS:   That's why we designed               05:10:44

19 TerraVision the way it could because it could scale           05:10:46

20 and be able to take advantage of as fast of a                 05:10:49

21 network that you could possibly provide.                      05:10:53

22           BY MR. HAMELINE:   Q.   Okay.   And --

23      A.   And one of the design reasons for it was            05:10:55

24 because we did not a gigabit speed network at SRI.            05:10:57

25 And since I was sitting at SRI, I -- you know, you            05:11:01

Page 283

1  had to run on something.                              05:11:04

2          BY MR. HAMELINE:  Q.  Okay.  And one of the   05:11:05

3  goals in developing and designing the TerraVision     05:11:08

4  application was to be able to download this data       05:11:12

5  from a remote server.                                  05:11:15

6      A.  Mm-hmm.                                        05:11:17

7      Q.  Is that correct?                               05:11:17

8      A.  Yes.                                           05:11:18

9      Q.  Okay.  And you wanted to be able to do that    05:11:19

10 in a real-time application --                          05:11:21

11     A.  Yes.                                           05:11:23

12     Q.  -- correct?                                    05:11:23

13         At the bottom of page 5 there's a reference    05:11:24

14 to application.                                        05:11:32

15     A.  Mm-hmm.                                        05:11:33

16     Q.  It reads application requirements, it looks    05:11:33

17 like it's crossed off, and TV application is put in.   05:11:35

18     A.  Mm-hmm.                                        05:11:40

19     Q.  Do you see that?                               05:11:40

20     A.  Yes.                                           05:11:40

21     Q.  The first sentence reads, The selection of    05:11:40

22 a specific terrain visualization application for a     05:11:42

23 demonstration of the MAGIC research network is based   05:11:46

24 on several factors, and there are a number of          05:11:48

25 different factors listed.  And one of them is its      05:11:51

State of California      )   ss.

COUNTY OF ALAMEDA           )


        I, SUSAN F. MAGEE, RPR, CLR, a Certified

Shorthand Reporter in and for the State of California

and disinterested person, do hereby certify:

        That prior to being examined, the deponent

named in the foregoing deposition was by me duly sworn

to testify the truth, the whole truth, and nothing but

the truth;

        That the said deposition was taken before me at

the time and place therein stated and was thereafter

transcribed into typewriting under my direction; that

the foregoing deposition is a true record of the

witness's testimony as reported by me; that the deponent

was given an opportunity to read, correct and sign the

deposition transcript.

        I further certify that I am not related to any

party or counsel or attorney for any of the parties in

the foregoing deposition or in any way interested in the

outcome of the action herein.




        _____

        Susan F. Magee, RPR, CLR
        CSR No. 11661