# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC., <br><br> Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW** <br><br> [Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 15 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007     By:        /s/
                                         Carolyn Chang
                                Attorneys for Defendants
                                KEYHOLE, INC., and GOOGLE INC.

NOTICE OF MANUAL FILING
CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW

# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC., <br><br> Defendants. | CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW <br><br> [Consolidated with Civil Action No. 04-11129-DPW] |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 16 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007
By: _____/s/_____
Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.

NOTICE OF MANUAL FILING
CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW

# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>Defendants. | CONSOLIDATED CIVIL ACTION<br>NO. 06-10980-DPW<br><br>[Consolidated with Civil Action<br>No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 17 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007            By: _____/s/_____
                                        Carolyn Chang
                                   Attorneys for Defendants
                                   KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW**<br><br>[Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 18 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007                By: _____/s/_____
                                            Carolyn Chang
                                       Attorneys for Defendants
                                       KEYHOLE, INC., and GOOGLE INC.

# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>Defendants. | CONSOLIDATED CIVIL ACTION<br>NO. 06-10980-DPW<br><br>[Consolidated with Civil Action<br>No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 19 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007

By: _____/s/_____
Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.