# EXHIBIT 20

Dockets.Justia.com

C:\TerraVision folder\src\TerraVision\libTileSvc\TsTileStruct.c                                    1

```
1  /*
2   * Name: *  TsTileStruct.c * * Description: Almost all of the tile table management
       is conducted in
3   *      this file. The tiles are read in and stored within the file. The
4   *      state of the tiles is also handled within this file.
5   *
6   * Function List:
7   *      TsCreateTileStruct                  externally available
8   *      TsTableStatus                       static
9   *  TsCloseTileStruct        externally available
10  *      TsGetTileData                       externally available
11  *  TsGetTile       externally available
12  *  TsGetTileStatus          externally available
13  *      TsCheckBoundary                     externally available
14  *      TsImageServerReader                 externally available
15  *      TsReadDems                          externally available
16  *      TsDrawTileMgr                       externally available
17  *      TsDrawTileMgrAge                    externally available
18  *      TsFillTileData                      externally available
19  *      TsClearData                         externally available
20  *      TsGetTileMgr                        externally available
21  *      TsConvertOiTiles                    externally available
22  *      TsGetNormal                         externally available
23  *      TsGetDemVal                         externally available
24  *      TsGetDEMNormal                      externally available
25  *  TsCleanUp           static
26  *      TsCleanTileTable                    static
27  *      TsCreateTileTable                   static
28  *      TsReadDEMLevel                      static
29  *      TsResetDataSet                      externally available
30  *      TsInitializeTileStruct              externally available
31  *      TsGetTspecInfo                      externally available
32  *      TsCreateTileSetInfo                 static
33  *      TsCreateDataSetInfo                 static
34  *      TsGetTileSetInfo                    externally available
35  *      TsGetDataSetInfo                    externally available
36  *      TsWriteReaderLogFile               static
37  *      TsReadTileFromTSM                   static
38  *
39  *
40  * Dependencies:
41  *  None
42  *
43  * Revision History:
44  *  $Date: 1996/04/27 11:34:10 $
45  *  $Author: lau $
46  */
47  #include "TsLogging.h"
48  #include "TsPrivate.h"
49
50  static char TsTileStruct_c_rcsid[] = "$Header: /homedir/magic/software/CVS/
       TerraVision/libTileSvc/TsTileStruct.c,v 2.43 1996/04/27 11:34:10 lau Exp $";
51  static char TsTileStruct_c_version[] = "$Revision: 2.43 $";
52  static char TsTileStruct_c_date[] = "$Date: 1996/04/27 11:34:10 $";
53
54  /* GLOBALLY VISIBLE VARIABLES */
55  volatile pid_t    procPid[MAX_PROCS];   /* PROCESS ID'S OF CHILDREN PROCESSES */
56  volatile int    numProcs = 0;           /* NUMBER OF CHILDREN PROCESSES       */
57  int     power2[NUM_POWER2];             /* PRE-COMPUTED POWERS OF 2           */
58
59  /* LOCAL STATIC VARIABLES */
60  static TsTileStruct *   tileStruct;     /* TILE TABLE INFORMATION             */
61
62  /* LOCAL FUNCTION PROTOTYPES */
63  static void TsCleanUp(usptr_t *);
64  static void TsCleanTileTable(TsTileType, usptr_t *);
65  static int  TsCreateTileTable(TsSetInfo *, TsTileType, usptr_t *);
```

```
601  * Synopsis:
602  *      void
603  *      TsImageServerReader(void * data)
604  *
605  * Description: This function is spawned off as a seperate thread which
606  *      reads in the tiles from the TSM and puts them in the tile tables.
607  *      An instance of this function is spawned for each TSM server that
608  *      is available.
609  *
610  * Externals:
611  *              tileStruct - Pointer to the tile tables and associated
612  *                          data structures
613  *              logFlag - flag for logging timing information
614  *              flushFlag - flag for flushing the timing information
615  *                          periodically.
616  *
617  * Returns: NONE - This function should NEVER return.
618  *
619  * Author:
620  *      Stephen Lau
621  *
622  * Date:
623  *      July 8, 1993
624  *
625  */
626  void
627  TsImageServerReader(void * threadData)
628  {
629  static char * funcName = "TsImageServerReader()";
630  FILE *         logFile;
631  ReaderStatus   readerStat;
632  int            serverNum;
633  char           logBuffer[100];
634  extern int     logFlag;
635
636      /* GET THE SERVER NUMBER */
637      serverNum = (int) threadData;
638
639      /* OPEN THE LOG FILE IF REQUESTED */
640      if(logFlag)
641      {
642          sprintf(logBuffer,"/usr/tmp/TerraVisionReader%d.log", serverNum);
643      logFile = fopen(logBuffer,"ab");
644      if(!logFile)
645      {
646          my_status("%s: Unable "
647              "to open log file %s. Not logging this run.",
648              funcName,
649              logBuffer);
650          }
651      }
652
653      /* INITIALIZE THE READER STAT KEEPER */
654      readerStat.tileBurstTime = 0;
655      readerStat.timePerTile = 0;
656      readerStat.totalBytes50 = 0;
657      readerStat.totalBytesRead = 0;
658      readerStat.tilesRead = 0;
659
660      /* LOOP FOREVER */
661      while(1)
662      {
663          if(!(readerStat.tilesRead % 50))
664          {
665          readerStat.totalBytes50 = 0;
666              gettimeofday(&readerStat.time50[0]);
667      }
```

```
668
669            /* READ TILE FROM THE TSM */
670        TsReadTileFromTSM(serverNum, &readerStat, logFile);
671        }
672 }
673
674 /*
675  * Synopsis:  static void TsReadTileFromTSM(int, ReaderStatus *, FILE *)
676  *
677  *
678  * Description: Reads a tile from the TSM and puts it in the tile
679  *     tables. If we want logging information, the logging information
680  *     is written to disk.
681  *
682  * Externals: TsTileStruct * tileStruct
683  *
684  *
685  * Returns: NONE
686  *
687  *
688  * Author:
689  *      Stephen Lau
690  *
691  * Date: December 12, 1994
692  *
693  */
694 static void
695 TsReadTileFromTSM(int            serverNum,
696          ReaderStatus * readerStat,
697          FILE *         logFile)
698 {
699 static char * funcName = "TsReadTileFromTSM()";
700 TileHeader           tileHeader;
701 TsTileSetInfo *      tileSetInfo;
702 extern RequestRecord requestRecord;
703 TileMgr *        tileMgr;
704 int              errRet;
705 TileData         tileRequest;
706 struct timeval currTime;
707 extern TSMConnection * tsm;
708 extern TVLogger * tvLogger;
709
710     gettimeofday(&readerStat->burstTime[0]);
711
712 #ifdef DEBUG
713     my_status("%s: About to read a tile header.",
714          funcName);
715 #endif
716     /* READ THE HEADER */
717     errRet = tsmGetNextTileHeader(tsm->tsmh, &tileHeader, serverNum);
718     if(!errRet)
719        {
720 #ifdef DEBUG
721     my_status("%s: Didn't read header %d",
722          funcName, errRet);
723 #endif
724     return;
725        }
726
727     /*      *****  THIS IS REALLY UGLY  *****
728     /* THE ISS STRUCT "TILEHEADER" DIVERGED FROM WHAT WE HAD ORIGINALLY
729      * SPECIFIED AND IS A FIXED SIZE. THE "TYPE" FIELD WAS DROPPED
730      * WHICH CAUSED TV TO LOSE INFORMATION. THIS ATTEMPTS TO BRIDGE
731      * THE GAP.
732      */
733     tileRequest.id.x = tileHeader.ar.x;
734     tileRequest.id.y = tileHeader.ar.y;
```

```
735        tileRequest.id.res = tileHeader.ar.r;
736        tileRequest.id.setId = tileHeader.ar.set_id;
737        tileRequest.id.sid = tileHeader.ar.session_id;
738        tileRequest.id.tile_id = tileHeader.ar.tile_id;
739 #ifdef DEBUG
740        my_status("%s: Reading tile at %d %d %d %d %d %d.",
741              funcName,
742              tileRequest.id.x, tileRequest.id.y,
743              tileRequest.id.res, tileRequest.id.setId,
744              tileRequest.id.sid, tileRequest.id.tile_id);
745 #endif
746        my_status("%s: Reading tsm tile at %d %d %d %d %d %d.",
747              funcName,
748              tileHeader.ar.x, tileHeader.ar.y,
749              tileHeader.ar.r, tileHeader.ar.set_id,
750              tileHeader.ar.session_id, tileHeader.ar.tile_id);
751
752        tileRequest.id.type = TSMGetTypeFromSetId(tsm, tileRequest.id.setId);
753        if(tileRequest.id.type == -1)
754        {
755        my_status("%s: Unknown tile type from bogus setId %d.",
756              funcName,
757              tileRequest.id.setId);
758        exit(1);
759        }
760 #ifdef DEBUG
761        my_status("%s: Reading tile at %d %d %d %d.",
762              funcName,
763              tileRequest.id.x, tileRequest.id.y,
764              tileRequest.id.res, tileRequest.id.setId);
765 #endif
766
767        /* GET THE TILE SET INFO FOR THE TILE */
768        tileSetInfo = TsGetTileSetInfo(tileRequest.id.type);
769        if(!tileSetInfo)
770        {
771            my_status("%s: Invalid data set specified!",
772                funcName);
773        return;
774        }
775
776        /* ALLOCATE SPACE FOR THE INCOMING DATA */
777        tileRequest.data = (char *) usmalloc(tileSetInfo->tileSize,
778                        tileStruct->arena);
779        if(!tileRequest.data)
780        {
781            my_status("%s: Unable to allocate "
782              "space for the tile data!",
783              funcName);
784        exit(1);
785        }
786 #ifdef DEBUG
787        my_status("%s: About to read Tile", funcName);
788 #endif
789        if(!tsmGetNextTileData(tsm->tsmh, &tileHeader, tileRequest.data))
790        {
791            my_status("%s: Unable to read the tile data! %d",
792              funcName, errRet);
793        exit(1);
794        }
795 #ifdef DEBUG
796        my_status("%s: Rad Tile", funcName);
797 #endif
798
799        /* CALCULATE THE BURST RATE */
800        gettimeofday(&readerStat->burstTime[1]);
801        readerStat->tileBurstTime = t_elapsed_time(&readerStat->burstTime[0],
```

```
802                            &readerStat->burstTime[1]);
803
804      /* DO SOME READER TSM BOOKKEEPING */
805      if(readerStat->tileBurstTime < tsm->issInfo.maxBursts[serverNum])
806      {
807          tsm->issInfo.maxBursts[serverNum] = readerStat->tileBurstTime;
808      }
809      readerStat->timePerTile += readerStat->tileBurstTime;
810      requestRecord.amtReceived += tileSetInfo->tileSize + sizeof(TileHeader);
811      readerStat->totalBytes50 += tileSetInfo->tileSize + sizeof(TileHeader);
812      readerStat->totalBytesRead += tileSetInfo->tileSize + sizeof(TileHeader);
813      readerStat->tilesRead++;
814
815      /* SPIT OUT THE LOG IF WE WANT LOGGING */
816      if(logFile)
817      {
818          TsWriteReaderLogFile(&tileRequest,
819                  serverNum,
820                  readerStat,
821                  logFile,
822                  tsm);
823      }
824
825      if(tvLogger->logging[TV_READER_LOG])
826      {
827          gettimeofday(&currTime);
828 #ifdef DEBUG
829      my_status("%s: Logging %d", funcName, serverNum);
830 #endif
831      TVLoggerTileRead(tvLogger, serverNum, &currTime);
832      }
833
834      /* KEEP TRACK OF TSM PERFORMANCE */
835      if(!(readerStat->tilesRead % 50) && readerStat->tilesRead >= 50)
836      {
837          gettimeofday(&readerStat->time50[1]);
838      tsm->issInfo.appAverage[serverNum] =
839          (float) (8.0 * readerStat->totalBytesRead) /
840              (float) t_elapsed_time(&readerStat->time50[0],
841                      &readerStat->time50[1]) / 1000000;
842      tsm->issInfo.netAverage[serverNum] =
843          (float) (8.0 * readerStat->totalBytes50) /
844              readerStat->timePerTile / 1000000;
845      tsm->issInfo.maxBursts[serverNum] =
846          readerStat->timePerTile / 50;
847 #ifdef DEBUG
848      my_status("%s: Net = %4.4f App = %4.4f",
849              funcName,
850              tsm->issInfo.netAverage[serverNum],
851              tsm->issInfo.appAverage[serverNum]);
852 #endif
853      readerStat->timePerTile = 0;
854      readerStat->totalBytes50 = 0;
855      }
856
857      /* MAKE SURE THE TILE DATA IS NOT CORRUPTED */
858 #ifdef DEBUG
859      if (iss_checksum((u_short *) tileRequest.data, 1024) !=
860      tileHeader.check_sum)
861      {
862          my_status("%s: Error in checksum for "
863              "tile at %d %d %d.",
864              funcName,
865              tileRequest.id.x, tileRequest.id.y,
866              tileRequest.id.res);
867 #ifdef DEBUG
868      return;
```

```
869 #endif
870     }
871 #endif
872
873     /* FIND THE TILE MANAGER AND PUT THE TILE INTO IT */
874     tileMgr = tileStruct->tileMgrs[tileRequest.id.type];
875     if(!TileMgrCheckAvailability(tileMgr,
876                 &tileRequest.id,
877                 &tileRequest,
878                 TimerSeconds()))
879     {
880         my_status("%s: Unable to allocate "
881             "space for tile in tile manager!",
882             funcName);
883     exit(1);
884     }
885 #ifdef DEBUG
886     for(i = 0, j = 0; i < 128 * 128; i++)
887     {
888     b = tileRequest.data[j++] & 0xFF;
889     g = tileRequest.data[j++] & 0xFF;
890     r = tileRequest.data[j++] & 0xFF;
891     imageBuffer[serverNum][i] = (unsigned long)
892         ((b << 16) & 0x00FF0000) +
893         ((g << 8)  & 0x0000FF00) +
894         (r & 0x0000FF);
895     }
896 #endif
897 }
898
899 /*
900  * Synopsis: void TsWriteReaderLogFile(TileData *,
901  *                                      int, ReaderStatus*, FILE *)
902  *
903  *
904  * Description: Write logging and timing information to a file that is
905  *     specified by FILE *
906  *
907  * Externals: flushFlag - flag wether or not we need to flush the stream
908  *
909  *
910  * Returns: NONE
911  *
912  * Author:
913  *     Stephen Lau
914  *
915  * Date: December 12, 1994
916  *
917  */
918 static void
919 TsWriteReaderLogFile(TileData *     tileRequest,
920                 int             proc,
921                 ReaderStatus * readerStat,
922                 FILE *          logFile,
923                 volatile TSMConnection * tsm)
924 {
925 static char * funcName = "TsWriteReaderLogFile()";
926 struct timeval currTime;
927 char           logBuffer[1000];
928 extern int     flushFlag;
929
930     gettimeofday(&currTime);
931     sprintf(logBuffer, "Receive Time = %f\tRequest Time ="
932         " %f\tLatency = %f\t",
933
934         (double) currTime.tv_sec + ((double) currTime.tv_usec
935                     / 1000000.0),
```

```
 936            (double) tileRequest->tv[SENT].tv_sec +
 937            ((double) tileRequest->tv[SENT].tv_usec / 1000000.0),
 938            t_elapsed_time(&tileRequest->tv[SENT],&currTime));
 939        fwrite(logBuffer, sizeof(char), strlen(logBuffer), logFile);
 940        sprintf(logBuffer,"Master Out = %f\tMaster In = "
 941            "%f\tServer In = %f\tStart Read = %f\t"
 942            "End Read = %f\tStart Write = %f\tEnd Write = "
 943            "%f\tTSM Received = %f\n",
 944            (double) tileRequest->tv[MASTER_OUT].tv_sec +
 945            ((double) tileRequest->tv[MASTER_OUT].tv_usec / 1000000.0),
 946            (double) tileRequest->tv[MASTER_IN].tv_sec +
 947            ((double) tileRequest->tv[MASTER_IN].tv_usec / 1000000.0),
 948            (double) tileRequest->tv[SERVIN].tv_sec +
 949            ((double) tileRequest->tv[SERVIN].tv_usec / 1000000.0),
 950            (double) tileRequest->tv[STARTREAD].tv_sec +
 951            ((double) tileRequest->tv[STARTREAD].tv_usec / 1000000.0),
 952            (double) tileRequest->tv[ENDREAD].tv_sec +
 953            ((double) tileRequest->tv[ENDREAD].tv_usec / 1000000.0),
 954            (double) tileRequest->tv[STARTWRITE].tv_sec +
 955            ((double) tileRequest->tv[STARTWRITE].tv_usec / 1000000.0),
 956            (double) tileRequest->tv[ENDWRITE].tv_sec +
 957            ((double) tileRequest->tv[ENDWRITE].tv_usec / 1000000.0),
 958            (double) tileRequest->tv[RECEIVED].tv_sec +
 959            ((double) tileRequest->tv[RECEIVED].tv_usec / 1000000.0));
 960        fwrite(logBuffer, sizeof(char), strlen(logBuffer), logFile);
 961
 962        if(!(readerStat->tilesRead % 50) && readerStat->tilesRead >= 50)
 963        {
 964        sprintf(logBuffer, "%f\tTiles Read = %d\tNet = %f"
 965            "\tApp = %f\n",
 966            (double) readerStat->time50[1].tv_sec +
 967            ((double) readerStat->time50[1].tv_usec / 1000000.0),
 968            readerStat->tilesRead,
 969            tsm->issInfo.netAverage[proc],
 970            tsm->issInfo.appAverage[proc]);
 971        fwrite(logBuffer, sizeof(char),
 972            strlen(logBuffer), logFile);
 973        }
 974        if(flushFlag)
 975        {
 976        fflush(logFile);
 977        }
 978 }
 979
 980 /*
 981  * Synopsis:  int TsReadDems(int)
 982  *
 983  *
 984  * Description: Read the DEM files from the a filesystem. This is
 985  *          a hack until we can get the TSM to send us the DEM's.
 986  *          This function reads the DEM files corresponding to the
 987  *          data set id passed in as a parameter and fills the tile tables
 988  *          with the DEMs.
 989  *
 990  * Externals: TsTileStruct * tileStruct
 991  *
 992  *
 993  * Returns: FALSE - On failure
 994  *          TRUE  - On Success
 995  *
 996  * Author:
 997  *      Stephen Lau
 998  *
 999  * Date:
1000  *
1001  */
1002 int
```

```
1003  TsReadDems(volatile TSMConnection * tsm)
1004  {
1005  static char * funcName = "TsReadDems()";
1006  TileSetTspec * tspecInfo;
1007  int i;
1008  int numLevels;
1009  char * config_val;
1010
1011      /* GET THE TSPEC INFORMATION */
1012      tspecInfo = TsGetTspecInfo(TsDemType);
1013      if(!tspecInfo)
1014      {
1015          my_status("%s: Unable to get tspec info for data set!",
1016              funcName);
1017      return FALSE;
1018      }
1019
1020      /* GET THE PATHNAME TO THE DEM FILES */
1021      if ((config_val = getconfig("DEM_PATHNAME")) == NULL)
1022      {
1023          my_status("%s: Unable to find config param: "
1024          "DEM_PATHNAME. Check the config file!",
1025              funcName);
1026          return FALSE;
1027      }
1028
1029      /* GET THE NUMBER OF DEM LEVELS FOR THIS DATA SET */
1030      numLevels = tspecInfo->maxLevel - tspecInfo->minLevel;
1031
1032      /* READ EACH LEVEL INTO THE TILE TABLES */
1033      for(i = 0; i <= numLevels; i++)
1034      {
1035  #ifdef DEBUG
1036          my_status("%s: Reading DEM Level %d out of %d",
1037              funcName, i, numLevels);
1038  #endif
1039      if(!TsReadDEMLevel(tsm, config_val,
1040              i + tspecInfo->minLevel,
1041              &tspecInfo->tspecLevel.tspecLevel_val[i]))
1042          {
1043          my_status("%s: Unable to read DEMs", funcName);
1044          return FALSE;
1045      }
1046      }
1047      return TRUE;
1048  }
1049
1050  /*
1051   * Synopsis: void TsDrawTileMgr(TsTileType);
1052   *
1053   *
1054   * Description: Simple function that draws the tile manager
1055   *          based on the type of data we are dealing with. The
1056   *          type is passed in as a parameter. The reason this
1057   *          is here, is because the actual tile managers are
1058   *          not visible external to this file.
1059   *
1060   * Externals: TsTileStruct * tileStruct
1061   *
1062   * Returns: NOTHING
1063   *
1064   * Author:
1065   *      Stephen Lau
1066   *
1067   * Date: 1994
1068   *
1069   */
```

```
2274        return &tileStruct->dataSetsInfo;
2275 }
2276
2277 /*
2278  * Synopsis:  int TsRequestDems(int)
2279  *
2280  *
2281  * Description: Requests the DEM tiles from the TSM.
2282  *
2283  * Externals: TsTileStruct * tileStruct
2284  *
2285  *
2286  * Returns: FALSE - On failure
2287  *          TRUE  - On Success
2288  *
2289  * Author:
2290  *     Stephen Lau
2291  *
2292  * Date: December 15, 1994
2293  *
2294  */
2295 int
2296 TsRequestDems(volatile TSMConnection * tsm)
2297 {
2298   static char * funcName = "TsRequestDems()";
2299   TileSetTspec * tspecInfo;
2300   int            i;
2301   int            numLevels;
2302   int            numRequests;
2303   RequestList *  requestList;
2304   int            errRet;
2305
2306 #ifdef DEBUG
2307     my_status("%s: Getting Type %d", funcName, TsDemType);
2308 #endif
2309     /* GET THE TSPEC INFORMATION */
2310     tspecInfo = TsGetTspecInfo(TsDemType);
2311     if(!tspecInfo)
2312     {
2313         my_status("%s: Unable to get tspec info for data set!",
2314             funcName);
2315     return -1;
2316     }
2317     numLevels = tspecInfo->maxLevel - tspecInfo->minLevel;
2318 #ifdef DEBUG
2319     my_status("%s: numLevels = %d\tMaxl = %d\tMin = %d",
2320             funcName,
2321             numLevels,
2322             tspecInfo->maxLevel,
2323             tspecInfo->minLevel);
2324 #endif
2325     numRequests = 0;
2326
2327     /* CHECK EACH LEVEL */
2328     for(i = 0; i <= numLevels; i++)
2329     {
2330 #ifdef DEBUG
2331     my_status("%s: Requesting level %d", funcName, i);
2332 #endif
2333         TsRequestDEMLevel(requestList,
2334             i + tspecInfo->minLevel,
2335             &tspecInfo->tspecLevel.tspecLevel_val[i],
2336             tileStruct->setsInfo.tileTables[TsDemType][i],
2337                 &numRequests,
2338             tsm);
2339     if(numRequests >= MAXNUMREQ)
2340     {
```

```
2341          break;
2342          }
2343      }
2344      if(numRequests > 0)
2345      {
2346          if(!tsmStopReqTiles(tsm->tsmh))
2347          {
2348              my_status("%s: Error when writing out"
2349                      " the request list!", funcName);
2350              exit(1);
2351          }
2352      }
2353      return numRequests;
2354 }
2355
2356 /*
2357  * Synopsis:  void TsRequestDEMLevel()
2358  *
2359  *
2360  * Description: We request a level until we max out the request list
2361  *
2362  *
2363  * Externals:
2364  *
2365  *
2366  * Returns: NOTHING
2367  *
2368  * Author:
2369  *      Stephen Lau
2370  *
2371  * Date:
2372  *      September 27, 1993
2373  *
2374  */
2375 static void
2376 TsRequestDEMLevel(RequestList *      requestList,
2377              int              level,
2378              SimpleTileSet    * tileSet,
2379              TsTile *         dem,
2380              int *            numRequests,
2381              volatile TSMConnection *    tsm)
2382 {
2383  static char * funcName = "TsRequestDEMLevel()";
2384  int x, y;
2385  int tileOffset = 0;
2386  int status;
2387  int priority = NOW;
2388  int errRet;
2389
2390      for(y = tileSet->minTile[1]; y <= tileSet->maxTile[1]; y++)
2391      {
2392      for(x = tileSet->minTile[0]; x <= tileSet->maxTile[0]; x++)
2393      {
2394          status = dem[tileOffset].flags;
2395          if(status != TS_RESIDENT)
2396          {
2397          dem[tileOffset].flags = TS_REQUESTED;
2398          if(!tsmReqTile(tsm->tsmh,
2399                      TSMGetCurrentGeoTspec(tsm, TsDemType),
2400                      x, y, level, priority))
2401          {
2402              my_status("%s: Error Writing Tile! %d",
2403                      funcName,
2404                      errRet);
2405              exit(1);
2406          }
2407          (*numRequests)++;
```

```
C:\TerraVision_folder\src\TerraVision\TerraVision\TerraVision.c                                    1
 1 /*
 2  * Name: TerraVision.c
 3  *
 4  * Description: TerraVision: The code.
 5  *
 6  * Function List:
 7  *
 8  * Dependencies:
 9  *
10  * Revision History:
11  *      $Revision: 2.71 $
12  *      $Date: 1996/04/27 11:52:12 $
13  *      $Author: lau $
14  *
15  */
16 #include "TerraVision.h"
17
18 static char TerraVision_rcsid[] = "$Id: TerraVision.c,v 2.71 1996/04/27 11:52:12 lau
       Exp $";
19 static char TerraVision_version[] = "$Revision: 2.71 $ $Date: 1996/04/27 11:52:12 $";
20
21 #ifdef AVS
22 #include <avs/avs.h>
23 #include <avs/field.h>
24 #include "vr_util.h"
25
26 int TerraVisionDesc();
27 static AVSfield *vr_input;
28 #endif
29
30 /* LOCAL FUNCTION PROTOTYPES */
31 static void   SigCb(int);
32 static XtAppContext      TerraVisionInitGraphics(int, char * []);
33 static int   TerraVisionSpawnProcs(void);
34 static void TerraVisionGraphicsLoop(XtAppContext);
35 static void TerraVisionCAVELoop(void);
36 static int   TerraVisionParseArgs(int, char * []);
37 static int   TerraVisionGetURLPaths(void);
38 static int   TerraVisionInitDataSet(volatile TSMConnection *);
39 static void TerraVisionCreateStatusBar(Widget, Widget);
40 static void TerraVisionQuit(void);
41 static void TerraVisionToggleChangedCB(Widget, XtPointer, XtPointer);
42 static void TerraVisionRender(void *);
43 static int   TerraVisionInitialize(void);
44 static int   TerraVisionInitialTSMConnect(void);
45 static void TerraVisionCreateMenuBar(Widget);
46 static Display * TerraVisionSetGLDisplay(char *);
47 static int TerraVisionCAVELoadData(void);
48 static void TerraVisionChangeGeoPyramid(void);
49
50 void   TSMPrepareDataSets(void *);
51
52 static XtTimerCallbackProc TerraVisionTimerCallback(XtPointer, XtIntervalId *);
53 #ifdef AVS
54 static XtTimerCallbackProc AVSTimerCallback(XtPointer, XtIntervalId *);
55 #endif
56
57 /* LOCAL VARIABLES */
58 static int logo_count = 0;
59
60 static XtIntervalId  widgetTimer;     /* Timer for misc widget functions */
61 #ifdef AVS
62 static XtIntervalId  avsTimer;         /* Timer for avs device */
63 #endif
64
65 volatile int demFlag = FALSE;
66 volatile int issDone = FALSE;
```

```
2077        ClockWidgetChangeTime(clockWidget);
2078        }
2079
2080        /* DO WE WANT TO DO A FRAMEGRAB AND SEND IT TO XCPS? */
2081        if(threeD->managed && xcpsFlag)
2082        {
2083        if(counter> 20)
2084        {
2085            /* GRAB THE FRAME */
2086            uspsema(threeD->grabber->imageLock);
2087            ThreeDWidgetFrameGrab(threeD,
2088                    (unsigned long *) threeD->grabber->imageData);
2089            X11FrameGrabberDisplayImage(threeD->grabber);
2090            counter = 0;
2091        }
2092        counter++;
2093        }
2094
2095        /* DO WE WANT TO DO A FRAMEGRAB AND SEND IT TO XCPS? */
2096        if(twoD->managed && xcpsFlag)
2097        {
2098        if(counter> 20)
2099        {
2100            /* GRAB THE FRAME */
2101            uspsema(twoD->grabber->imageLock);
2102            TwoDWidgetFrameGrab(twoD,
2103                    (unsigned long *) twoD->grabber->imageData);
2104            X11FrameGrabberDisplayImage(twoD->grabber);
2105            counter = 0;
2106        }
2107        counter++;
2108        }
2109        if(tileManager->managed)
2110        {
2111        TileManagerRedraw(tileManager);
2112        }
2113
2114        /* RESET THE TIMER */
2115        widgetTimer = XtAppAddTimeOut(appContext,
2116                    100,
2117                    (XtTimerCallbackProc)
2118                    TerraVisionTimerCallback,
2119                    appContext);
2120        return NULL;
2121 }
2122
2123 /*
2124  * Synopsis: static int TerraVisionSpawnProcs(void)
2125  *
2126  *
2127  * Description: Spawn the different threads.
2128  *
2129  *
2130  * Externals:
2131  *
2132  *
2133  * Returns: FALSE - on failure
2134  *          TRUE  - on success
2135  *
2136  * Author:
2137  *      Stephen Lau
2138  *
2139  * Date: 1993
2140  *
2141  */
2142 static int
2143 TerraVisionSpawnProcs(void)
```

```
2144  {
2145  static char * funcName = "TerraVisionSpawnProcs()";
2146  static unsigned long   clockResolution;
2147  char * config_val;
2148  int i;
2149
2150      /* FOR THE CAVE */
2151      if(cave)
2152      {
2153      /* WE WANT A VISIBILITY PROCESS FOR EACH WALL */
2154      for(i = 0; i < numActiveWalls; i++)
2155      {
2156  #ifdef DEBUG
2157          my_status("%s: Spawning %d",
2158              funcName,
2159              i);
2160  #endif
2161          if ((procPid[numProcs] = sproc(GenerateVisible,
2162              PR_SALL, visible[i])) < 0)
2163          {
2164              my_status("%s: Unable to spawn the tile visibilty process",
2165              funcName);
2166          return FALSE;
2167          }
2168      }
2169      sprintf(procNames[numProcs++], "Visibility Generator");
2170
2171      /* WE ALSO WANT GATS */
2172  /*
2173      if(sproc(CAVEConnectToGATS, PR_SALL, NULL) < 0)
2174      {
2175          my_status("%s: Unable to connect to GATS.",
2176              funcName);
2177          return FALSE;
2178      }
2179      sprintf(procNames[numProcs++], "GATS Server");
2180  */
2181      }
2182      else
2183      {
2184      /* Process that Generates the visible tiles */
2185  #ifdef DEBUG
2186      my_status("%s: Visible[0] = %d", funcName, visible[0]->cache);
2187  #endif
2188      if ((procPid[numProcs] = sproc(GenerateVisible,
2189              PR_SALL, visible[0])) < 0)
2190      {
2191          my_status("%s: Unable to spawn the tile visibilty process",
2192          funcName);
2193      }
2194      sprintf(procNames[numProcs++], "Visibility Generator");
2195
2196      /* Process that does the rendering */
2197      if ((procPid[numProcs] = sproc(TerraVisionRender,
2198              PR_SALL, NULL)) < 0)
2199      {
2200          my_status("%s: Unable to spawn the rendering process",
2201              funcName);
2202          return FALSE;
2203      }
2204      sprintf(procNames[numProcs++], "TerraVisionRender");
2205      }
2206  #ifdef DEBUG
2207      my_status("%s: Request[0] = %d", funcName, visible[0]->cache);
2208  #endif
2209      /* Generates the requests lists and ships them to the ISS */
2210      if ((procPid[numProcs] = sproc(TsMakeRequest,
```

```
2211                    PR_SALL, visible)) < 0)
2212        {
2213        my_status("%s: Unable to spawn the tile requestor process",
2214            funcName);
2215        return FALSE;
2216        }
2217        sprintf(procNames[numProcs++], "Request Generator");
2218
2219 #ifdef DEBUG
2220        /* Get the resolution of the clock from the config file */
2221        if ((config_val = getconfig("CLOCK_RESOLUTION")) == NULL)
2222        {
2223            my_status("%s: Unable to get the "
2224                "config value: CLOCK_RESOLUTION.\n"
2225                "Check the config file.",
2226                funcName);
2227        return FALSE;
2228        }
2229        clockResolution = atoi(config_val);
2230
2231        /* Clock for the system so everyone remains in sync */
2232        if ((procPid[numProcs] = sproc(Timer, PR_SALL, &clockResolution)) < 0)
2233        {
2234            my_status("%s: Unable to spawn the timer process",
2235                funcName);
2236        return FALSE;
2237        }
2238        sprintf(procNames[numProcs++], "Clock");
2239 #endif
2240
2241        return TRUE;
2242 }
2243
2244 /*
2245  * Synopsis: int TerraVisionInitDataSet(TSMConnection *)
2246  *
2247  *
2248  * Description: Initialize the tile tables,
2249  *              spawns of the reader threads,
2250  *              reads in the DEM's
2251  *
2252  * Externals:
2253  *
2254  *
2255  * Returns: TRUE - on success
2256  *          FALSE - on failure
2257  *
2258  * Author:
2259  *      Stephen Lau
2260  *
2261  * Date: 1995
2262  *
2263  *
2264  */
2265 static int
2266 TerraVisionInitDataSet(volatile TSMConnection * tsm)
2267 {
2268  static char * funcName = "TerraVisionInitDataSet()";
2269  char * config_val;
2270  int requestRateUsec, requestRateSec;
2271  int num;
2272
2273        /* CREATE TILE STRUCTURES */
2274        if (!TsCreateTileStruct(tsm, terraArena))
2275        {
2276            my_status("%s: Unable to create tile structs.",
2277                funcName);
```

```
2278        return FALSE;
2279    }
2280 #ifdef DEBUG
2281    my_status("%s: Requesting DEM Set", funcName);
2282 #endif
2283
2284    /* SPAWN OFF THE READER THREADS */
2285    if(!TSMSpawnThreads(tsm))
2286    {
2287    my_status("%s: Failed to spawn reader threads.",
2288            funcName);
2289    return FALSE;
2290    }
2291    /* DO WE WANT TO DO CHEESY LOCAL DEMS? */
2292    if(localDems)
2293    {
2294    /* READ DEMS */
2295    if(!TsReadDems(tsm))
2296    {
2297        my_status("%s: Unable to read the DEM files.",
2298            funcName);
2299        return FALSE;
2300    }
2301    }
2302    else
2303    {
2304    /* GET THE TILE REQUEST RATE */
2305    if ((config_val = getconfig("REQUEST_RATE_USEC")) == NULL)
2306    {
2307        my_status("%s: Unable to get the config val: REQUEST_RATE_USEC\n"
2308            "Check the config file",
2309            funcName);
2310        exit(1);
2311    }
2312    requestRateUsec = atoi(config_val);
2313    if ((config_val = getconfig("REQUEST_RATE_SEC")) == NULL)
2314    {
2315        my_status("%s: Unable to get the config val: REQUEST_RATE_SEC\n"
2316            "Check the config file",
2317            funcName);
2318        exit(1);
2319    }
2320    requestRateSec = atoi(config_val);
2321
2322    /* REQUEST DEMS */
2323    while((num = TsRequestDems(tsm)) > 0)
2324    {
2325        my_status("%s: Requesting %d DEM's",
2326            funcName, num);
2327        if(!WaitForAlarm(requestRateSec, requestRateUsec))
2328        {
2329        my_status("%s: Error with the alarm!",
2330            funcName);
2331        exit(1);
2332        }
2333    }
2334 #ifdef DEBUG
2335    my_status("%s: Done Request Dems!!", funcName);
2336 #endif
2337    if(num < 0)
2338    {
2339        my_status("%s: Whoops!", funcName);
2340        return FALSE;
2341    }
2342    }
2343 #ifdef DEBUG
2344    my_status("%s: Done!", funcName);
```

```
2345 #endif
2346     return TRUE;
2347 }
2348
2349 /*
2350  * Synopsis: TSMPrepareDataSets(void *)
2351  *
2352  *
2353  * Description: Thread to prepare the data set
2354  *     selected for use. After prepartion,
2355  *     this thread dies
2356  *
2357  * Externals: demFlag - flag to load DEM's
2358  *         tsmPrep - flag to tell status of tsm
2359  *
2360  * Returns: NONE - this thread dies
2361  *
2362  * Author:
2363  *     Stephen Lau
2364  *
2365  * Date: 1996
2366  *
2367  */
2368 void
2369 TSMPrepareDataSets(void * threadData)
2370 {
2371  static char * funcName = "TSMPrepareDataSets()";
2372  TSMConnection * tsm;
2373  char buffer[200];
2374
2375      tsm = (TSMConnection *) threadData;
2376 #ifdef DEBUG
2377      my_status("%s: Initing data sets!", funcName);
2378 #endif
2379      demFlag = TRUE;
2380
2381      /* WE HAVE A NEW GEO PYRAMID */
2382      TerraVisionChangeGeoPyramid();
2383
2384      /* INITIALZIE THE NEW DATA SET */
2385      if(!TerraVisionInitDataSet(tsm))
2386      {
2387      my_status("%s: Failed to initiialize data sets.",
2388          funcName);
2389      tsmPrep = CONNECTFAIL;
2390      return;
2391      }
2392 #ifdef DEBUG
2393      my_status("%s: We're done!", funcName);
2394 #endif
2395      tsmPrep = TRUE;
2396 }
2397
2398 /*
2399  * Synopsis: int TerraVisionParseArgs(int, char * [])
2400  *
2401  *
2402  * Description: Parse the command line options
2403  *
2404  *
2405  * Externals:
2406  *         tsmConnect    - flag to auto connect to the TSM
2407  *         debugTexture  - flag to use a "debug" texture
2408  *         noRequests    - flag to send no requests
2409  *         noISS         - flag for noISS
2410  *         noTexturePage- flag for paging textures
2411  *         logFlag       - flag for logging timing info to file
```

```
3283        /* TOGGLE TEXTURE CACHE LOGGING */
3284        if(w == menuTVLoggingTextureCacheButton)
3285        {
3286        if(flag)
3287        {
3288            if(!TVLoggerStartLogging(tvLogger,
3289                    TV_TEXTURE_CACHE_LOG))
3290            {
3291            my_status("%s: Unable to start tv logging %d",
3292                    funcName,
3293                    TV_TEXTURE_CACHE_LOG);
3294            }
3295        }
3296        else
3297        {
3298            if(!TVLoggerEndLogging(tvLogger,
3299                    TV_TEXTURE_CACHE_LOG))
3300            {
3301            my_status("%s: Unable to end tv logging %d",
3302                    funcName,
3303                    TV_TEXTURE_CACHE_LOG);
3304            }
3305            XmToggleButtonSetState(menuTVLoggingAllButton,
3306                    False, False);
3307        }
3308        }
3309
3310        /* TOGGLE PREDICTION LOGGING */
3311        if(w == menuTVLoggingPredictButton)
3312        {
3313        if(flag)
3314        {
3315            if(!TVLoggerStartLogging(tvLogger,
3316                    TV_PREDICT_LOG))
3317            {
3318            my_status("%s: Unable to start tv logging %d",
3319                    funcName,
3320                    TV_PREDICT_LOG);
3321            }
3322        }
3323        else
3324        {
3325            if(!TVLoggerEndLogging(tvLogger,
3326                    TV_PREDICT_LOG))
3327            {
3328            my_status("%s: Unable to end tv logging %d",
3329                    funcName,
3330                    TV_PREDICT_LOG);
3331            }
3332            XmToggleButtonSetState(menuTVLoggingAllButton,
3333                    False, False);
3334        }
3335        }
3336
3337        /* TOGGLE XCPS MODE, CURRENTLY DISABLED */
3338        if(w == menuXCPSButton)
3339        {
3340        *((int *) client_data) = flag;
3341        }
3342 }
3343
3344 /*
3345  * Synopsis: TerraVisionRender(void *)
3346  *
3347  *
3348  * Description: The top level function for
3349  *      the render thread. All the rendering
```

C:\TerraVision folder\src\TerraVision\TerraVision\TerraVision.c _____ 51

```
3350  *       for the views is done from this thread.
3351  *
3352  * Externals: twoD - the two d view
3353  *            threeD - the three d view
3354  *            renderLock - semaphore for locking
3355  *            the pipeline
3356  *
3357  * Returns: NONE
3358  *
3359  * Author:
3360  *      Stephen Lau
3361  *
3362  * Date: 1995
3363  *
3364  */
3365 static void
3366 TerraVisionRender(void * data)
3367 {
3368   static char * funcName = "TerraVisionRender()";
3369
3370     while(1)
3371     {
3372     uspsema(renderLock);
3373     if(twoD->managed)
3374     {
3375         TwoDWidgetDraw(twoD);
3376     }
3377     if(threeD->managed)
3378     {
3379         ThreeDWidgetDraw(threeD);
3380     }
3381     usvsema(renderLock);
3382     }
3383 }
3384
3385 /*
3386  * Synopsis: TerraVisionSetGLDisplay(char *)
3387  *
3388  *
3389  * Description: Gets the Display context based upon the
3390  *      name passed in as a string
3391  *
3392  *
3393  * Externals: none
3394  *
3395  *
3396  * Returns: The Display context, else NULL
3397  *
3398  * Author:
3399  *      Stephen Lau
3400  *
3401  * Date: June 1995
3402  *
3403  */
3404 static Display *
3405 TerraVisionSetGLDisplay(char * glDisplayName)
3406 {
3407   static char * funcName = "TerraVisionSetGLDisplay()";
3408   Display * display = NULL;
3409
3410     display = XOpenDisplay(glDisplayName);
3411     if(!display)
3412     {
3413     my_status("%s: Unable to open GL Display: %s",
3414             funcName, glDisplayName);
3415     return NULL;
3416     }
```

```
       C:\TerraVision folder\src\TerraVision\libTileSvc\TsTsm.c                                    1
 1  /*
 2   * Name:  TsTsm.c
 3   *
 4   * Description: Interface to the TSM
 5   *
 6   * Function List:
 7   *
 8   * Dependencies:
 9   *
10   * Revision History:
11   *       $Date: 1996/04/27 11:34:10 $
12   *       $Author: lau $
13   *
14   */
15  #include "TsPrivate.h"
16
17  static char TsTsm_c_rcsid[] = "$Header: /homedir/magic/software/CVS/TerraVision/
        libTileSvc/TsTsm.c,v 2.3 1996/04/27 11:34:10 lau Exp $";
18  static char TsTsm_c_version[] = "$Revision: 2.3 $";
19  static char TsTsm_c_date[] = "$Date: 1996/04/27 11:34:10 $";
20
21  static int  TSMGetGeoPyramids(volatile TSMConnection *, usptr_t *);
22  static int  TSMGetTileSets(volatile TSMConnection *, usptr_t *);
23  static int  TSMISSInitialize(volatile TSMConnection *, usptr_t *);
24
25  #define ISS_DEFAULT_LOGFILE "/usr/tmp/tv_iss.log"
26
27  /*
28   * Synopsis: TSMConnection * CreateTSM(void)
29   *
30   *
31   * Description: Creates a new TSMConnection which is used in
32   *    communication with the TSM
33   *
34   *
35   * Externals: NONE
36   *
37   *
38   * Returns: pointer to new TSMConnection on success
39   *     NULL on failure
40   *
41   * Author:
42   *      Stephen Lau
43   *
44   * Date: Feb 1995
45   *
46   */
47  volatile TSMConnection *
48  CreateTSM(usptr_t * terraArena)
49  {
50   static char * funcName = "CreateTSM()";
51   volatile TSMConnection * tsm;
52   char * config_val;
53
54      tsm = (volatile TSMConnection *) usmalloc(sizeof(TSMConnection),
55                           terraArena);
56      if(!tsm)
57      {
58      Status("%s: Error unable to allocate "
59            "space for TSM.", funcName);
60      return NULL;
61      }
62
63      /* GET THE DEFAULT TSM URL FROM THE CONFIG FILE */
64      if ((config_val = getconfig("TSM_URL")) == NULL)
65      {
66          Status("%s: Unable to get default TSM url "
```

```
603              Status("%s: Unable to get default ISS host "
604                  "from the config value: ISS_HOSTNAME\nCheck the config "
605                  "file.",
606                      funcName);
607          return FALSE;
608          }
609          sprintf(tsm->issInfo.remoteHost,"%s",config_val);
610          if ((config_val = getconfig("ISS_LOGFILE")) == NULL)
611          {
612          tsm->issInfo.logFilename = strdup(ISS_DEFAULT_LOGFILE);
613          }
614          else
615          {
616          tsm->issInfo.logFilename = strdup(config_val);
617          }
618          tsm->issInfo.logging = FALSE;
619
620          tsm->issInfo.maxBursts =
621              (double *) usmalloc(sizeof(double) * 10,
622                      terraArena);
623
624          if(!tsm->issInfo.maxBursts)
625          {
626          Status("%s: Unable to allocate max bursts",
627                  funcName);
628          return FALSE;
629          }
630          tsm->issInfo.netAverage =
631              (double *) usmalloc(sizeof(double) * 10,
632                      terraArena);
633          if(!tsm->issInfo.netAverage)
634          {
635          Status("%s: Unable to allocate net average",
636                  funcName);
637          return FALSE;
638          }
639
640          tsm->issInfo.appAverage =
641              (double *) usmalloc(sizeof(double) * 10,
642                      terraArena);
643          if(!tsm->issInfo.appAverage)
644          {
645          Status("%s: Unable to allocate app average",
646                  funcName);
647          return FALSE;
648          }
649          for(i = 0; i < 10; i++)
650          {
651          tsm->issInfo.maxBursts[i] = 100000.0;
652          tsm->issInfo.netAverage[i] = 100000.0;
653          tsm->issInfo.appAverage[i] = 100000.0;
654          }
655          return TRUE;
656  }
657
658  /*
659   * Synopsis: int TSMSpawnThreads()
660   *
661   *
662   * Description: We spawn off the threads for the different
663   *     readers here.
664   *
665   *
666   * Externals:
667   *
668   *
669   * Returns: TRUE = success, FALSE - failure
```

```
670  *
671  * Author:
672  *        Stephen Lau
673  *
674  * Date: Feb 1995
675  *
676  */
677  int
678  TSMSpawnThreads(volatile TSMConnection * tsm)
679  {
680  static char * funcName = "TSMSpawnThreads()";
681  extern volatile pid_t   procPid[];
682  extern char procNames[20][50];
683  extern volatile int numProcs;
684  int i;
685  int setIds[2];
686
687      if((setIds[0] = TSMGetCurrentSetIdType(tsm, TsDemType)) < 0)
688      {
689      my_status("%s: Can't locate set id for Dems.",
690          funcName);
691      return FALSE;
692      }
693      if((setIds[1] = TSMGetCurrentSetIdType(tsm, TsOiType)) < 0)
694      {
695      my_status("%s: Can't locate set id for OIs.",
696          funcName);
697      return FALSE;
698      }
699  #ifdef DEBUG
700      my_status("%s: Before spawning %d readers. Asking for %d and %d",
701          funcName,
702          tsm->tsmh->numServers,
703          setIds[0], setIds[1]);
704  #endif
705      if(!tsmPrepareForDataSets(tsm->tsmh, setIds, 2))
706      {
707      my_status("%s: Unable to prepare data sets.",
708          funcName);
709      return FALSE;
710      }
711      my_status("%s: After spawning %d readers.",
712          funcName,
713          tsm->tsmh->numServers);
714
715      tsm->issInfo.numServers = tsm->tsmh->numServers;
716
717      /* SPAWN PROCESSES THAT READ FROM THE TSM */
718      for(i = 0; i < tsm->tsmh->numServers; i++)
719      {
720      if((procPid[numProcs] =
721          sproc(TsImageServerReader, PR_SALL, (void *) i))
722          < 0)
723      {
724          my_status("%s: Unable to spawn reader threads.",
725              funcName);
726          return FALSE;
727      }
728      sprintf(procNames[numProcs++], "Tile Reader #%d", i + 1);
729      }
730      return TRUE;
731  }
732
```

```
C:\TerraVision_folder\src\TerraVision\TerraVision\Visible.c                                    1
1  /*
2   * Name:  VISIBLE.C
3   *
4   * Description: Generates visible tile lists and request tile lists.
5   *
6   * Function List:
7   *
8   * Dependencies:
9   *
10  * Revision History:
11  *      $Date: 1996/04/27 11:44:11 $
12  *      $Author: lau $
13  *
14  */
15 #include "Visible.h"
16
17 /* RCS INFO */
18 static char Visible_rcsid[] = "$Id: Visible.c,v 2.33 1996/04/27 11:44:11 lau Exp $";
19 static char Visible_version[] = "$Revision: 2.33 $ $Date: 1996/04/27 11:44:11 $";
20
21 static void BreadthFirstSearch(ListStruct *, ListStruct *, TsTileType);
22 static void KeepRequestRecord(IssHeader *, int);
23 static void GenerateRequests(volatile Visible *, ListStruct *);
24 static void GenerateAndSendRequests(volatile Visible *, int, int);
25 static void ResetISSHeader(IssHeader * issHeader);
26
27 /*
28  * Synopsis: VisibilityStruct * CreateVisible(ThreeDWidget *,
29  *                                             TwoDWidget *,
30  *                                             usptr_t *);
31  *
32  * Description:  Creates the Visible Structure which is used in
33  *      createing the visibility lists
34  *
35  * Externals:  NONE - Just say no to globals
36  *
37  * Returns: A pointer to the new visibility structure
38  *
39  * Author:
40  *      Stephen Lau
41  *
42  * Date: August, 1994
43  *
44  */
45 Visible *
46 CreateVisible(ThreeDWidget * threeDWidget,
47               TwoDWidget *   twoDWidget,
48               usptr_t *      terraArena)
49 {
50  static char * funcName = "CreateVisible()";
51  Visible * visible;
52
53      /* CREATE THE VISIBLE STRUCT */
54      visible = (Visible *) usmalloc(sizeof(Visible), terraArena);
55      if(!visible)
56      {
57          my_status("%s: Unable to allocate space "
58            "for visible struct!",
59            funcName);
60      return NULL;
61      }
62
63      visible->threeDWidget = threeDWidget;
64      visible->twoDWidget = twoDWidget;
65      visible->arena = terraArena;
66      return visible;
67 }
```

```
68
69  /*
70   * Synopsis: void GenerateVisible(void *)
71   *
72   * Description: Generates a list of visible tiles dependent upon the
73   *              state of the world.
74   *
75   * Externals:  NONE - just say no to globals
76   *
77   * Returns: NONE
78   *
79   * Author:
80   *      Stephen Lau
81   *
82   * Date: 1993
83   *
84   */
85  void
86  GenerateVisible(void * data)
87  {
88   static char * funcName = "GenerateVisible()";
89   volatile Visible * visible;
90   struct timeval startTime, endTime;
91   extern TVLogger * tvLogger;
92   extern volatile int cave;
93   int numTiles;
94
95      visible = (volatile Visible *) data;
96      while(1)
97      {
98      uspsema(visibilityLock[visible->cache]);
99
100     /* GET TIME FOR LOGGING */
101     gettimeofday(&startTime);
102
103         numTiles = -1;
104     if(!cave)
105     {
106         /* GENERATE THE VISIBLE LIST FOR THE OVERHEAD WIDGET */
107         if(visible->twoDWidget->managed)
108         {
109         numTiles = TwoDWidgetGenerateVisible(visible->twoDWidget);
110         }
111     }
112         /* GENERATE THE VISIBLE LIST FOR THE OUT THE WINDOW WIDGET */
113     if(visible->threeDWidget->managed &&
114        !visible->threeDWidget->threeDPanel->freezeTiles)
115     {
116         numTiles = ThreeDWidgetGenerateVisible(visible->threeDWidget,
117                         visible->cache);
118     }
119  #ifdef DEBUG
120     my_status("%s: numTile = %d", funcName, numTiles);
121  #endif
122     if(!cave)
123     {
124         if(numTiles != -1 && tvLogger->logging[TV_VISIBLE_LOG])
125         {
126         gettimeofday(&endTime);
127         TVLoggerLogVisibleData(tvLogger,
128                         &startTime,
129                         &endTime,
130                         numTiles);
131         }
132     }
133     usvsema(visibilityLock[visible->cache]);
134     }
```

```
135  }
136
137  /*
138   * Synopsis: void GenerateRequests(Visible *, ListStruct *)
139   *
140   * Description: Generates a Request list depending upon the state of the
141   *              world
142   *
143   * Externals: NONE - just say no to globals
144   *
145   * Returns: NONE
146   *
147   * Author:
148   *      Stephen Lau
149   *
150   * Date: 1993
151   *
152   */
153  void
154  GenerateRequests(volatile Visible *    visible,
155          ListStruct * requestList)
156  {
157  static char * funcName = "GenerateRequests()";
158  ListStruct workingList;
159  QuadTile * quadTree = NULL;
160  struct timeval startTime, endTime;
161  extern TVLogger * tvLogger;
162  extern volatile int cave;
163
164      /* GET TIME FOR LOGGING */
165      gettimeofday(&startTime);
166
167      /* RESET THE LIST */
168      ListZero(&workingList);
169
170      if(!cave)
171      {
172      /* GENERATE REQUESTS FOR THE OVERHEAD WIDGET */
173      if(visible->twoDWidget->managed)
174      {
175          quadTree = TwoDWidgetGenerateRequests(visible->twoDWidget);
176      }
177      }
178      /* GENERATE REQUESTS FOR THE THREE D WIDGET */
179      if(visible->threeDWidget->managed &&
180          !visible->threeDWidget->threeDPanel->freezeTiles)
181      {
182          quadTree = ThreeDWidgetGenerateRequests(visible->threeDWidget,
183                      visible->cache);
184      }
185      if(quadTree)
186      {
187      ListAdd(&workingList, quadTree);
188      BreadthFirstSearch(&workingList,
189              requestList,
190              TsOiType);
191      FreeQuadTree(quadTree);
192      }
193      if(tvLogger->logging[TV_PREDICT_LOG])
194      {
195          gettimeofday(&endTime);
196      TVLoggerLogPredictData(tvLogger,
197                  &startTime,
198                  &endTime,
199                  ListLength(requestList));
200      }
201  }
```

```
202
203 /*
204  * Synopsis:
205  *  void
206  *  TsMakeRequest(TsTileId *)
207  *
208  * Description: Thread that generates the request lists which
209  *    gets sent to the ISS. It loops and loops generating lists
210  *    based upon what is visible
211  *
212  * Externals:
213  *
214  * Returns:
215  *  NONE
216  *
217  */
218 void
219 TsMakeRequest(void * data)
220 {
221  static char * funcName = "TsMakeRequest()";
222  volatile Visible ** visible;
223  int requestRateUsec, requestRateSec;
224  char * config_val;
225  int i;
226  int errRet;
227  extern int numActiveWalls;
228  extern volatile int cave;
229
230      visible = (volatile Visible **) data;
231
232      /* GET THE REQUEST RATE */
233      if ((config_val = getconfig("REQUEST_RATE_USEC")) == NULL)
234      {
235          my_status("%s: Unable to get the config val: REQUEST_RATE_USEC\n"
236                  "Check the config file",
237                  funcName);
238          exit(1);
239      }
240      requestRateUsec = atoi(config_val);
241      if ((config_val = getconfig("REQUEST_RATE_SEC")) == NULL)
242      {
243          my_status("%s: Unable to get the config val: REQUEST_RATE_SEC\n"
244                  "Check the config file",
245                  funcName);
246          exit(1);
247      }
248      requestRateSec = atoi(config_val);
249
250      /* GENERATE THE REQUESTS */
251      while(1)
252      {
253          if(cave)
254          {
255          for(i = 0; i < numActiveWalls; i++)
256          {
257              GenerateAndSendRequests(visible[i],
258                      requestRateSec,
259                      requestRateUsec);
260          }
261          }
262          else
263          {
264 #ifdef DEBUG
265          my_status("%s: In here %d %d", funcName,
266                  requestRateUsec,
267                  requestRateSec);
268 #endif
```

```
269            GenerateAndSendRequests(visible[0],
270                        requestRateSec,
271                        requestRateUsec);
272        }
273        }
274 }
275
276 /*
277  * Synopsis: void GenerateAndSendRequests()
278  *
279  *
280  * Description: This function is the one that really
281  *    does the request list generation. It waits for
282  *    the alarm and then generates the request list which
283  *    then gets shipped to the TSM
284  *
285  * Externals:
286  *
287  *
288  * Returns: NOTHING
289  *
290  * Author:
291  *      Stephen Lau
292  *
293  * Date: 1993
294  *
295  */
296 static void
297 GenerateAndSendRequests(volatile Visible * visible,
298              int requestRateSec,
299              int requestRateUsec)
300 {
301  static char * funcName = "GenerateAndSendRequests()";
302  TileMgr * tileMgr;
303  int numRequests = 0;
304  TsTile * tile;
305  TsTileId * tileRequest;
306  ListStruct   visibleList;
307  int val;
308  float cutoff1;
309  float cutoff2;
310  int numObjs;
311  struct timeval startTime, endTime, currTime;
312  double requestTime;
313  double writeTime;
314  IssHeader issHeader;
315  int priority;
316  int errRet;
317  extern volatile TSMConnection * tsm;
318  extern TVLogger * tvLogger;
319
320     if(!WaitForAlarm(requestRateSec, requestRateUsec))
321     {
322     my_status("%s: Error with the alarm!",
323         funcName);
324     exit(1);
325     }
326     uspsema(requestLock);
327
328     ListZero(&visibleList);
329
330     /* GENERATE THE REQUEST LIST */
331     GenerateRequests(visible, &visibleList);
332
333     /* GET TIME FOR LOGGING */
334     gettimeofday(&startTime);
335
```

C:\TerraVision_folder\src\TerraVision\TerraVision\Visible.c                                    6

```
336        tileRequest = (TsTileId *) ListHead((ListStruct *) &visibleList);
337        numObjs = ListLength(&visibleList);
338  #ifdef DEBUG
339        my_status("%s: numRequests = %d", funcName, numObjs);
340  #endif
341        cutoff1 = numObjs;
342        cutoff2 = numObjs;
343        if(numObjs > 10)
344        {
345        cutoff1 = trunc(.5 * numObjs);
346        cutoff2 = trunc(.8 * numObjs);
347        }
348
349        numRequests = 0;
350        priority = NOW;
351        ResetISSHeader(&issHeader);
352
353        /* LOOP THROUGH LIST AND PROCESS IT */
354        while(tileRequest != NULL && numRequests < MAXNUMREQ)
355        {
356        tile = TsGetTile(tileRequest);
357        if(tile == (TsTile *) TS_UNAVAILABLE ||
358           tile == (TsTile *) TS_ABOVERES ||
359           tile == (TsTile *) TS_BELOWRES)
360        {
361            tileRequest = (TsTileId *)
362              ListNext((ListStruct *) &visibleList);
363            continue;
364        }
365        val = TsGetTileStatus(tileRequest->type,
366                      tileRequest->x,
367                      tileRequest->y,
368                      tileRequest->res);
369
370            /* IF WE DON'T ALREADY HAVE THE TILE, WE NEED TO REQUEST IT */
371        if(val != TS_RESIDENT)
372        {
373            tileRequest->setId = TSMGetCurrentSetIdType(tsm, TsOiType);
374  #ifdef DEBUG
375            my_status("%s: Requesting %d %d %d %d at priority %d",
376                funcName,
377                (int) tileRequest->x,
378                (int) tileRequest->y,
379                (int) tileRequest->res,
380                tileRequest->setId, priority);
381            if(tile)
382            {
383            my_status("%s: TileFlag =  %d",
384                funcName, (int) tile->flags);
385            }
386  #endif
387            tile->flags = TS_REQUESTED;
388            if(!tsmReqTile(tsm->tsmh,
389                TSMGetCurrentGeoTspec(tsm, TsOiType),
390                tileRequest->x,
391                tileRequest->y,
392                tileRequest->res, priority))
393            {
394                my_status("%s: Error Writing Tile! %d",
395                    funcName,
396                    errRet);
397                exit(1);
398            }
399            if(tvLogger->logging[TV_REQUEST_LOG])
400            {
401            gettimeofday(&currTime);
402            TVLoggerLogData(tvLogger,
```

```
403                     TV_REQUEST_LOG,
404                     TV_REQ_TILE,
405                     currTime.tv_sec,
406                     currTime.tv_usec,
407                     "%d; %d; %d; %d;",
408                     tileRequest->setId,
409                     tileRequest->x,
410                     tileRequest->y,
411                     tileRequest->res);
412           }
413 #ifdef DEBUG
414           my_status("%s: Requesting %d %d %d %d %d",
415                 funcName,
416                 tileRequest->x,
417                 tileRequest->y,
418                 tileRequest->res,
419                 tileRequest->setId,
420                 priority);
421 #endif
422           if(numRequests < cutoff1)
423           {
424           issHeader.numType0Requests++;
425           priority = NOW;
426           }
427
428           if(cutoff1 <= numRequests && numRequests < cutoff2)
429           {
430           issHeader.numType1Requests++;
431           priority = LATER;
432           }
433
434           if(cutoff2 <= numRequests)
435           {
436           issHeader.numType2Requests++;
437           priority = NEVER;
438           }
439           priority = NOW;
440           numRequests++;
441       }
442       else
443       {
444           /* OTHERWISE UPDATE THE TILE SAYING WE HAVE USED IT */
445           tileMgr = TsGetTileMgr(tileRequest->type);
446           TileMgrUpdateTile(tileMgr, tileRequest);
447       }
448
449       tileRequest = (TsTileId *) ListNext((ListStruct *) &visibleList);
450       }
451       if (numRequests > 0)
452       {
453       if(!tsmStopReqTiles(tsm->tsmh))
454       {
455           my_status("%s: Error when writing out"
456               " the request list!", funcName);
457           exit(1);
458       }
459       }
460       KeepRequestRecord(&issHeader, numRequests);
461 #ifdef DEBUG
462       my_status("%s: Num Requested = %d",
463             funcName,
464             numRequests);
465 #endif
466       if(tvLogger->logging[TV_REQUEST_LOG])
467       {
468       gettimeofday(&endTime);
469       TVLoggerLogRequestListData(tvLogger,
```

```
470                          &startTime,
471                          &endTime,
472                          issHeader.numType0Requests,
473                          issHeader.numType1Requests,
474                          issHeader.numType2Requests);
475          }
476      ListFreeObjs(&visibleList);
477      usvsema(requestLock);
478 }
479
480 /*
481  * Synopsis: void KeepRequestRecord()
482  *
483  *
484  * Description: Keeps track of the requests for bookeeping and
485  *     performance measurement
486  *
487  *
488  * Externals: RequestRecord  requestRecord
489  *
490  *
491  * Returns: NOTHING
492  *
493  * Author:
494  *      Stephen Lau
495  *
496  * Date: 1995
497  *
498  */
499 static void
500 KeepRequestRecord(IssHeader * header,
501          int        numRequests)
502 {
503  static char * funcName = "KeepRequestRecord()";
504  int i, j;
505  extern RequestRecord requestRecord;
506
507      requestRecord.maxRequests = 0;
508      for(i = 0; i < 49; i++)
509      {
510      for(j = 0; j < 4; j++)
511      {
512          requestRecord.record[j][i] = requestRecord.record[j][i + 1];
513      }
514      if (requestRecord.maxRequests < requestRecord.record[3][i + 1])
515      {
516          requestRecord.maxRequests = requestRecord.record[3][i + 1];
517      }
518      }
519      requestRecord.record[0][i] = header->numType0Requests;
520      requestRecord.record[1][i] = header->numType1Requests;
521      requestRecord.record[2][i] = header->numType2Requests;
522      requestRecord.record[3][i] = numRequests;
523      if (requestRecord.maxRequests < numRequests)
524      {
525      requestRecord.maxRequests = numRequests;
526      }
527      requestRecord.amtRequested += numRequests * 128 * 128 * 3;
528 }
529
530 /*
531  * Synopsis: void FreeQuadTree(QuadTile *)
532  *
533  * Description: Recursively destroys a quad tree structure
534  *
535  *
536  * Externals: NONE - just say no to globals
```

```
537   *
538   * Returns: NONE
539   *
540   * Author:
541   *      Stephen Lau
542   *
543   * Date: 1993
544   *
545   */
546  void
547  FreeQuadTree(QuadTile * node)
548  {
549    static char * funcName = "FreeQuadTree()";
550    int i;
551
552      /* REACHED A LEAF SO RETURN */
553      if(!node)
554      {
555      return;
556      }
557
558      /* GO THROUGH THE LEAFS AND DESTROY THE SUB-TREES */
559      for(i = 0; i < 4; i++)
560      {
561      FreeQuadTree(node->child[i]);
562      node->child[i] = NULL;
563      }
564
565      /* DESTROY THE CURRENT NODE */
566      ListMemFree(node);
567      node = NULL;
568  }
569
570  /*
571   * Synopsis: QuadTile * CalcVisibility()
572   *
573   *
574   * Description: This function is called recursively
575   *    on all four children to determine if they are visible
576   *    or not. The end result is a complete quad tree
577   *
578   * Externals: NONE - Just say no to globals
579   *
580   *
581   * Returns: Pointer to QuadTree
582   *
583   * Author:
584   *      Stephen Lau
585   *
586   * Date:
587   *
588   */
589  QuadTile *
590  CalcVisibility(float        xStart,
591             float        yStart,
592             int          res,
593             void *       data,
594             VisibleFunc  visibleFunc,
595             SubdivideFunc    subdivideFunc)
596  {
597    static char * funcName = "CalcVisibility()";
598    float      midX, midY;
599    QuadTile * node;
600    int        i;
601    TsTileSetInfo * tileSetInfo;
602    TsDataSetInfo * dataSetInfo;
603
```

```
604        /* IF THIS TILE ISN"T VISIBLE, LEAVE */
605        if(!visibleFunc(xStart, yStart, res, data))
606        {
607        return NULL;
608        }
609        tileSetInfo = TsGetTileSetInfo(TsDemType);
610        dataSetInfo = TsGetDataSetInfo();
611        node = (QuadTile *) ListMemAlloc(sizeof(QuadTile));
612
613        node->x = (xStart - tileSetInfo->xStart) /
614                  (dataSetInfo->tileWidth * power2[res]);
615        node->y = (yStart - tileSetInfo->yStart) /
616                  (dataSetInfo->tileHeight * power2[res]);
617
618        node->res = res;
619        node->flag = NULL;
620        for(i = 0; i < 4; i++)
621        {
622              node->child[i] = NULL;
623        }
624 #ifdef DEBUG
625        my_status("%s: %d %d %d",
626              funcName, node->x, node->y, node->res);
627 #endif
628        res--;
629        if((res < 0) || !subdivideFunc(node, xStart, yStart, res, data))
630        {
631              node->flag |= TsOiLeaf;
632        return node;
633        }
634        midX = (dataSetInfo->tileWidth * power2[res+1]) / 2.0 + xStart;
635        midY = (dataSetInfo->tileHeight * power2[res+1]) / 2.0 + yStart;
636
637        /* CHECK THE CHILDREN */
638        node->child[0] = CalcVisibility(xStart, yStart, res,
639                         data, visibleFunc, subdivideFunc);
640        node->child[1] = CalcVisibility(midX, yStart, res,
641                       data, visibleFunc, subdivideFunc);
642        node->child[2] = CalcVisibility(xStart, midY, res,
643                         data, visibleFunc, subdivideFunc);
644        node->child[3] = CalcVisibility(midX, midY, res,
645                         data, visibleFunc, subdivideFunc);
646        return node;
647 }
648
649 /*
650  * Synopsis: void BreadthFirstSearch()
651  *
652  *
653  * Description: A breadthfirst search is done of the
654  *    srcList with the results ending up in the dest.
655  *    This orders the list for proper request order
656  *
657  * Externals: NONE - just say no to globals
658  *
659  *
660  * Returns: NOTHING
661  *
662  * Author:
663  *      Stephen Lau
664  *
665  * Date: 1993
666  *
667  */
668 static void
669 BreadthFirstSearch(ListStruct *srcList,
670            ListStruct *destList,
```

```
671              TsTileType  type)
672 {
673  static char * funcName = "BreadthFirstSearch()";
674  extern usptr_t * terraArena;
675  QuadTile * node = NULL;
676  TsTileId * tileId;
677  int i;
678  int val;
679  int tmpX, tmpY;
680
681      while((node = (QuadTile *) ListDelete(srcList)) != NULL)
682      {
683 #ifdef DEBUG
684      my_status("%s: Src List Length = %d",
685              funcName, ListLength(srcList));
686      my_status("%s: Dest List Length = %d",
687              funcName, ListLength(destList));
688 #endif
689      TsConvertOiTiles(node->x, node->y, node->res, &tmpX, &tmpY);
690      node->x = tmpX;
691      node->y = tmpY;
692
693 #ifdef DEBUG
694      my_status("%s: Searching = %d %d %d",
695              funcName,
696              node->x, node->y, node->res);
697 #endif
698      val = TsGetTileStatus(type,
699                  node->x,
700                  node->y,
701                  node->res);
702      if (val == TS_BELOWRES)
703      {
704          continue;
705      }
706      if(val != TS_ABOVERES)
707          {
708 #ifdef DEBUG
709          my_status("%s: Adding = %d %d %d",
710              funcName,
711              node->x, node->y, node->res);
712 #endif
713          tileId = (TsTileId *) ListMemAlloc(sizeof(TsTileId));
714          if(!tileId)
715          {
716              my_status("%s: Error in malloc!",
717              funcName);
718              TsCloseTileStruct(terraArena);
719          perror(NULL);
720              exit(0);
721          }
722          tileId->x = node->x;
723          tileId->y = node->y;
724          tileId->res = node->res;
725          tileId->type = type;
726
727          ListAppend(destList, tileId);
728      }
729      if (node->flag & TsOiLeaf)
730      {
731          continue;
732      }
733      for(i = 0; i < 4; i++)
734      {
735          if(node->child[i] != NULL)
736          {
737          ListAppend(srcList, node->child[i]);
```

```
738            }
739        }
740        }
741 }
742
743 /*
744  * Synopsis: VisibleStruct * ParseQuadTree()
745  *
746  *
747  * Description: We look for Leaves using this function.
748  *    We only want to find the leaves which are in memory
749  *    for the visible list
750  *
751  * Externals:
752  *
753  *
754  * Returns: A VisibleStruct * of the parsed quad tree
755  *
756  * Author:
757  *      Stephen Lau
758  *
759  * Date: 1993
760  *
761  */
762 VisibleStruct *
763 ParseQuadTree(ListStruct * parseList,
764         int         demMinRes,
765         int         demMaxRes,
766         int         oiMinRes,
767         int         oiMaxRes,
768         QuadTile *  node)
769 {
770  static char * funcName = "ParseQuadTree()";
771  int val;
772  int i;
773  int newX, newY, newX2, newY2;
774  VisibleStruct *visibleStruct;
775  VisibleStruct * children[4];
776  QuadTile* childNode;
777
778     /*
779      * IF POINTER IS NULL, NOTHING TO DO.
780      *
781      */
782     if(!node)
783     {
784     return (VisibleStruct *) TRUE;
785     }
786
787     /*
788      * LOOK FOR THE OI LEAVES
789      *
790      */
791     if (!(node->flag & (char) TsOiLeaf))
792     {
793     TsConvertOiTiles(node->x, node->y, node->res, &newX, &newY);
794     val = TsGetTileStatus(TsOiType, newX, newY, node->res);
795     if(val == TS_RESIDENT)
796     {
797         for(i = 0; i < 4; i++)
798         {
799         childNode = node->child[i];
800         if(!childNode)
801         {
802             continue;
803         }
804         TsConvertOiTiles(childNode->x,
```

```
805                         childNode->y,
806                         childNode->res, &newX2, &newY2);
807            val = TsGetTileStatus(TsOiType, newX2, newY2,
808                         childNode->res);
809            if(val != TS_UNAVAILABLE &&
810               val != TS_RESIDENT)
811               {
812                   visibleStruct = (VisibleStruct *)
813                       ListMemAlloc(sizeof(VisibleStruct));
814                   visibleStruct->dem.x = node->x;
815                   visibleStruct->dem.y = node->y;
816                   visibleStruct->dem.res = node->res + 2;
817                   visibleStruct->dem.type = TsDemType;
818
819                   visibleStruct->oi.res = node->res;
820                   visibleStruct->oi.x = (short) newX;
821                   visibleStruct->oi.y = (short) newY;
822                   visibleStruct->oi.type = TsOiType;
823
824                   visibleStruct->prim = NULL;
825                   return (VisibleStruct *) visibleStruct;
826               }
827            }
828        }
829    for(i = 0; i < 4; i++)
830        {
831            children[i] = ParseQuadTree(parseList, demMinRes, demMaxRes,
832                         oiMinRes, oiMaxRes, node->child[i]);
833        }
834    if(children[0] != NULL && children[1] != NULL &&
835       children[2] != NULL && children[3] != NULL)
836        {
837            for(i = 0; i < 4; i++)
838                {
839                    if(children[i] != (VisibleStruct *) TRUE)
840                    {
841                        ListAdd(parseList, children[i]);
842                    }
843                }
844            return (VisibleStruct *) TRUE;
845            }
846        for(i = 0; i < 4; i++)
847        {
848            if(children[i] && children[i] != (VisibleStruct *) TRUE)
849            {
850                ListMemFree(children[i]);
851            }
852        }
853    TsConvertOiTiles(node->x, node->y, node->res, &newX, &newY);
854    val = TsGetTileStatus(TsOiType, newX, newY, node->res);
855    if(val == TS_UNAVAILABLE)
856        {
857            return (VisibleStruct *) TRUE;
858        }
859    if(val == TS_RESIDENT)
860        {
861            visibleStruct = (VisibleStruct *)
862                ListMemAlloc(sizeof(VisibleStruct));
863            visibleStruct->dem.x = node->x;
864            visibleStruct->dem.y = node->y;
865            visibleStruct->dem.res = node->res + 2;
866            visibleStruct->dem.type = TsDemType;
867
868            visibleStruct->oi.res = node->res;
869            visibleStruct->oi.x = (short) newX;
870            visibleStruct->oi.y = (short) newY;
871            visibleStruct->oi.type = TsOiType;
```

```
872
873          visibleStruct->prim = NULL;
874          return (VisibleStruct *) visibleStruct;
875     }
876     return (VisibleStruct *) NULL;
877     }
878
879     /*
880      * OTHERWISE WE HAVE AN OI LEAF NODE.
881      *
882      */
883     TsConvertOiTiles(node->x, node->y, node->res, &newX, &newY);
884     val = TsGetTileStatus(TsOiType, newX, newY, node->res);
885
886     /*
887      * IF THE OI TILE IS NOT AVAILABLE, WE LEAVE THIS PART OF THE TREE
888      *
889      */
890     if(val == TS_UNAVAILABLE)
891     {
892     return (VisibleStruct *) TRUE;
893     }
894     if(val == TS_RESIDENT)
895     {
896     visibleStruct = (VisibleStruct *) ListMemAlloc(sizeof(VisibleStruct));
897          visibleStruct->dem.x = node->x;
898          visibleStruct->dem.y = node->y;
899          visibleStruct->dem.res = node->res + 2;
900          visibleStruct->dem.type = TsDemType;
901
902          visibleStruct->oi.res = node->res;
903     visibleStruct->oi.x = (short) newX;
904     visibleStruct->oi.y = (short) newY;
905          visibleStruct->oi.type = TsOiType;
906
907     visibleStruct->prim = NULL;
908     return visibleStruct;
909     }
910     return (VisibleStruct *) NULL;
911 }
912
913 /*
914  * Synopsis: void ResetISSHeader()
915  *
916  *
917  * Description: Reset the struct that keeps
918  *     track of requests
919  *
920  * Externals: NONE
921  *
922  *
923  * Returns: NOTHING
924  *
925  * Author:
926  *     Stephen Lau
927  *
928  * Date: 1994
929  *
930  */
931 static void
932 ResetISSHeader(IssHeader * issHeader)
933 {
934  static char * funcName = "ResetISSHeader()";
935  struct timeval rqstTime;
936
937      issHeader->numType0Requests = 0;
938      issHeader->numType1Requests = 0;
```

```
939     issHeader->numType2Requests = 0;
940
941     /* GET THE TIMESTAMP FOR THE REQUEST LIST  */
942     gettimeofday(&rqstTime);
943     issHeader->tv_sec = rqstTime.tv_sec;
944     issHeader->tv_usec = rqstTime.tv_usec;
945 }
946
```

```
C:\TerraVision folder\src\TerraVision\TerraVision\ThreeDWidget1.c                              1
1  /****************************************************************************
2   * Name:
3   *       ThreeDWidget.c
4   *
5   * Description:
6   *   Creation and manipulation of a three D widget
7   *
8   * Function List:
9   *
10  * Dependencies:
11  *
12  * Revision History:
13  *       $Date: 1996/04/19 10:09:46 $
14  *       $Author: lau $
15  *
16  ****************************************************************************/
17 #include "ThreeDWidget.h"
18 #include <bstring.h>
19 #include "Visible.h"
20
21 /* RCS INFO */
22 static char ThreeDWidget1_rcsid[] = "$Id: ThreeDWidget1.c,v 2.5 1996/04/19 10:09:46 ↵
       lau Exp $";
23 static char ThreeDWidget1_version[] = "$Revision: 2.5 $ $Date: 1996/04/19 10:09:46 $"↵
       ;
24
25 /*#define OLDSUBDIV*/
26
27 extern int *blobby;
28
29 typedef enum
30 {
31     CALC_VISIBILITY = 0,
32     CALC_REQUESTS
33 }CalcVisibilityType;
34
35 /* STATIC LOCAL FUNCTIONS */
36 static void     ThreeDWidgetGenerateVisibleDem(ThreeDWidget *, int, int);
37 static double   GetAverageDemVal(double, double, int, int, ThreeDWidget *);
38 /* static double     BilinearInterpolate(double, double, double, double, double, ↵
       double);*/
39 static double   GetWeightedElevation(double, double, double, double, ThreeDWidget *);
40 static double   GetOptimumLevel(ThreeDWidget *, double, int, int);
41 static double   GetOptimumOiLevel(ThreeDWidget *, double, short);
42 static QuadTileState   GetDemVisibleState(float *);
43 static short *pointerDepthVisit(int, int, int, ThreeDWidget *, volatile DepthVisit *)↵
       ;
44 static void CalcMinMax(double, double, double, double, ThreeDWidget *, int, int,
45             double *, double *);
46 static int  ThreeDWidgetVisible(double, double, int, int, int, ThreeDWidget *, double↵
       *, Matrix, CalcVisibilityType);
47 static int  ThreeDWidgetSubdivide(QuadTile *, int, ThreeDWidget *, int, int, double, ↵
       double, double);
48 static QuadTile *   ThreeDWidgetCalcVisibility(double, double, int, ThreeDWidget *, ↵
       Matrix, CalcVisibilityType, int);
49 static double   RealPart(double);
50 static int  CalculateDemRes(double, double, double, double, ThreeDWidget *, int, int)↵
       ;
51 static void ThreeDWidgetCreateRenderPrimitive(ThreeDWidget *, View *, int, int);
52 static void ThreeDWidgetClearQuadList(ThreeDWidget *, ListStruct *);
53 static DemTileState * pointerDemVis(ThreeDWidget *, int, int, int, int);
54
55
56 #define BilinearInterpolate(val00, val10, val11, val01, xOffset,yOffset) ((1.0 -    ↵
       (yOffset)) * ((val00) * (1.0 - (xOffset)) + (val10) * (xOffset)) + (yOffset) * ( ↵
       (val01) * (1.0 - (xOffset)) + (val11) * (xOffset)))
57
```

```
727        {
728            intLevel = tileSetInfo->maxLevel;
729        }
730        tmpElev[1] = GetDemVal(xVal, yVal, intLevel, threeDWidget);
731
732        elev = tmpElev[0] * (1.0 - levelWeight) + tmpElev[1] * levelWeight;
733        return elev;
734 }
735
736 /*****************************************************************************
737  * Synopsis:
738  *
739  *
740  * Description:
741  *
742  *
743  * Externals:
744  *
745  *
746  * Returns:
747  *
748  * Author:
749  *      Nat Bletter
750  *
751  * Date:
752  *
753  *****************************************************************************/
754 int
755 ThreeDWidgetGenerateVisible(ThreeDWidget * threeDWidget,
756                             int           cache)
757 {
758 static char * funcName = "ThreeDWidgetGenerateVisible()";
759 QuadTile *visibleTree = NULL;
760 VisibleStruct * visibleStruct;
761 TsTileSetInfo * demTileSetInfo, *oiTileSetInfo;
762 int level;
763 int numTiles;
764
765    ThreeDWidgetClearQuadList(threeDWidget,
766                &threeDWidget->visibleList[cache][threeDWidget->currQuadList
       [cache]]);
767    threeDWidget->numTile = 0;
768
769    if(!threeDWidget->managed)
770    {
771    return 0;
772    }
773
774    demTileSetInfo = TsGetTileSetInfo(TsDemType);
775    oiTileSetInfo = TsGetTileSetInfo(TsOiType);
776
777    uspsema(threeDWidget->visibilityLock[cache]);
778
779 #ifdef DEBUG
780    my_status("%s: In GenerateVis!",
781            funcName);
782 #endif
783    /* clear out depth visit arrays to all 0's */
784    for (level = oiTileSetInfo->minLevel;
785     level <= oiTileSetInfo->maxLevel;
786     level++)
787     {
788 #ifdef DEBUG
789    my_status("%s: Zeroing Level %d and %d",
790            funcName,
791            level,
792            sizeof(short) *
```

```
793        threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][level -
794            threeDWidget->oiMinLevel].numTile[0] *
795        threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][level -
796            threeDWidget->oiMinLevel].numTile[1]);
797 #endif
798        if(threeDWidget->depth == NULL)
799        {
800            my_status("%s: Whoops trying to access nil",
801                funcName);
802            usvsema(threeDWidget->visibilityLock[cache]);
803            return 0;
804        }
805        bzero(threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][level -
806                    threeDWidget->oiMinLevel].visited,
807            sizeof(short) *
808            threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][level -
809                    threeDWidget->oiMinLevel].numTile[0] *
810            threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][level -
811                    threeDWidget->oiMinLevel].numTile[1]);
812        }
813
814        /* SAVE THE CURRENT VIEW FOR THIS QUAD TREE */
815        memcpy(&threeDWidget->viewPoints[cache][threeDWidget->currQuadList[cache]],
816            &threeDWidget->view, sizeof(View));
817
818        ThreeDWidgetGenerateVisibleDem(threeDWidget, cache, threeDWidget->currQuadList
           [cache]);
819        visibleTree = ThreeDWidgetCalcVisibility(demTileSetInfo->xStart,
820                        demTileSetInfo->yStart,
821                        demTileSetInfo->maxLevel,
822                        (void *) threeDWidget,
823                        threeDWidget->viewMatrix[cache],
824                        CALC_VISIBILITY,
825                        cache);
826 #ifdef DEBUG
827        my_status("%s: Num = %d",
828            funcName, threeDWidget->numTile);
829        my_status("%s: Number of Visible Tiles = %d",
830            funcName, threeDWidget->numTile);
831 #endif
832
833        if(visibleTree)
834        {
835 #ifdef DEBUG
836        my_status("%s: Parsing Tree!", funcName);
837        my_status("%s: Before Num Tiles Visible = %d",
838            funcName,
839            ListLength(&threeDWidget->visibleList[cache][threeDWidget->currQuadList
               [cache]]));
840 #endif
841        visibleStruct =
842        ParseQuadTree(&threeDWidget->visibleList[cache][threeDWidget->currQuadList
           [cache]],
843                demTileSetInfo->minLevel,
844                demTileSetInfo->maxLevel,
845                oiTileSetInfo->minLevel,
846                oiTileSetInfo->maxLevel,
847                visibleTree);
848
849        if(visibleStruct && visibleStruct != (VisibleStruct *) TRUE)
850        {
851            ListAdd(&threeDWidget->visibleList[cache][threeDWidget->currQuadList[cache]],
852                visibleStruct);
853        }
854 #ifdef DEBUG
855        my_status("%s: After Num Tiles Visible = %d",
856            funcName,
```

```
857        ListLength(&threeDWidget->visibleList[cache][threeDWidget->currQuadList[cache]]))
           ;
858 #endif
859        FreeQuadTree(visibleTree);
860        ThreeDWidgetCreateRenderPrimitive(threeDWidget,
861                &threeDWidget->viewPoints[cache][threeDWidget->currQuadList[cache]],
862                    threeDWidget->currQuadList[cache], cache);
863        }
864        numTiles =
865            ListLength(&threeDWidget->visibleList[cache][threeDWidget->currQuadList
           [cache]]);
866
867        usvsema(threeDWidget->visibilityLock[cache]);
868
869        /* GET THE LOCK */
870        uspsema(threeDWidget->lock);
871
872        threeDWidget->nextDrawList[cache] = threeDWidget->currQuadList[cache];
873        threeDWidget->currQuadList[cache] = threeDWidget->nextQuadList[cache];
874        threeDWidget->nextQuadList[cache] = threeDWidget->nextDrawList[cache];
875 #ifdef DEBUG
876        my_status("%s: Q Done CR = %d NR = %d CQ = %d NQ = %d",
877            funcName,
878            threeDWidget->currDrawList[cache],
879            threeDWidget->nextDrawList[cache],
880            threeDWidget->currQuadList[cache],
881            threeDWidget->nextQuadList[cache]);
882 #endif
883        usvsema(threeDWidget->lock);
884        return numTiles;
885 }
886
887 /*
888  * Synopsis: ThreeDWidgetGenerateVisibleDem(ThreeDWidget * threeDWidget)
889  *
890  *
891  * Description: zeroes out 'computed' boolean of demVis array to set up
892  *     for sparse evaluation. Each cell is only computed when it is needed
893  *     since only a small amount (those in view) need to be evalutad
894  *     each frame.
895  *
896  * Externals:
897  *
898  *
899  * Returns:
900  *
901  * Author:
902  *     Nat Bletter
903  *
904  * Date: 1994
905  *
906  */
907 static void
908 ThreeDWidgetGenerateVisibleDem(ThreeDWidget * threeDWidget,
909                    int cache,
910                    int index)
911 {
912   TsTileSetInfo * tileSetInfo;
913   DemTileState *demVis;
914   int x,y;
915   int i;
916
917   tileSetInfo = TsGetTileSetInfo(TsDemType);
918
919   threeDWidget->refDemRes = tileSetInfo->maxLevel;
920   threeDWidget->refDemSize = tileSetInfo->tileWidth;
921
```

```
1849        return TRUE;
1850        }
1851
1852        divideThreshold = 128.0;
1853
1854 #ifdef OLDSUBDIV
1855        /* if tile is already less than 128 pixels (image size) don't subdivide */
1856        if(dist <= divideThreshold)
1857        {
1858        return FALSE;
1859        }
1860 #else
1861        minLevel = MAXFLOAT;
1862        xInc = tileSetInfo->tileWidth * power2[res];
1863        yInc = tileSetInfo->tileHeight * power2[res];
1864        for (x=xStart, i=0; i<2; i++, x+=xInc)
1865        {
1866            for (y=yStart, j=0; j<2; j++, y+=yInc)
1867            {
1868            if (((level = CalcOptimumOILevel(x, y, cache, index, threeDWidget))
1869             < minLevel) && (level>-1.0))
1870            {
1871                minLevel = level;
1872            }
1873            }
1874        }
1875        if (minLevel >= res)
1876        {
1877            return FALSE;
1878        }
1879 #endif
1880
1881        /*
1882         * IF THE CURRENT TILE IS WITHIN THE SUBDIVIDE THRESHOLD FOR OI TILES,
1883         * THEN THE NODE BECOMES AN OI LEAF
1884         *
1885         */
1886 #ifdef DEBUG
1887        my_status("%s: %d %f %f",
1888             funcName, res, dist, optimumLevel);
1889 #endif
1890        if((res + 1) <= tileSetInfo->minLevel)
1891        {
1892        return FALSE;
1893        }
1894        return TRUE;
1895 }
1896
1897 /*
1898  * Synopsis:
1899  *
1900  *
1901  * Description:
1902  *
1903  *
1904  * Externals:
1905  *
1906  *
1907  * Returns:
1908  *
1909  * Author:
1910  *      Stephen Lau
1911  *
1912  * Date:
1913  *
1914  */
1915 QuadTile *
```

```
1916 ThreeDWidgetGenerateRequests(ThreeDWidget * threeDWidget,
1917                  int cache)
1918 {
1919  QuadTile * quadTree = NULL;
1920  TsTileSetInfo * tileSetInfo;
1921
1922     if(!threeDWidget->managed)
1923     {
1924     return NULL;
1925     }
1926
1927     tileSetInfo = TsGetTileSetInfo(TsDemType);
1928     threeDWidget->numTile = 0;
1929     ThreeDWidgetGenerateVisibleDem(threeDWidget, cache, threeDWidget->currRequestList↵
    [cache]);
1930     quadTree = ThreeDWidgetCalcVisibility(tileSetInfo->xStart,
1931                      tileSetInfo->yStart,
1932                      tileSetInfo->maxLevel,
1933                      (void *) threeDWidget,
1934                      threeDWidget->bloatedViewMatrix[cache],
1935                      CALC_REQUESTS,
1936                          cache);
1937     return quadTree;
1938 }
1939
1940 /*
1941  * Synopsis:
1942  *
1943  *
1944  * Description:
1945  *
1946  *
1947  * Externals:
1948  *
1949  *
1950  * Returns:
1951  *
1952  * Author:
1953  *      Stephen Lau
1954  *
1955  * Date:
1956  *
1957  */
1958 static short *
1959 pointerDepthVisit(int res,
1960             int x,
1961             int y,
1962             ThreeDWidget *threeDWidget,
1963             volatile DepthVisit * depth)
1964 {
1965  static char * funcName = "pointerDepthVisit()";
1966  int level;
1967  int offset;
1968
1969 #ifdef DEBUG
1970     my_status("%s: In PointerDepth!",
1971             funcName);
1972 #endif
1973     level = res - threeDWidget->oiMinLevel;
1974 #ifdef DEBUG
1975     if (level < 0 ||
1976     x < depth[level].minTile[0] ||
1977     x > (depth[level].minTile[0] +
1978         depth[level].numTile[0]) ||
1979     y < depth[level].minTile[1] ||
1980     y > (depth[level].minTile[1] +
1981         depth[level].numTile[1]))
```

```
1982        {
1983        my_status("%s: level = %d, x = %ld, "
1984                "y = %ld, res = %ld, minlev = %ld, "
1985                "xmin = %ld xmax = %ld, ymin = %ld, ymax = %ld",
1986                funcName,
1987                level,
1988                x, y, res,
1989                threeDWidget->oiMinLevel,
1990                depth[level].minTile[0],
1991                depth[level].minTile[0] +
1992                depth[level].numTile[0],
1993                depth[level].minTile[1],
1994                depth[level].minTile[1] +
1995                depth[level].numTile[1]);
1996        }
1997 #endif
1998        offset = (x - depth[level].minTile[0]) +
1999            (y - depth[level].minTile[1]) *
2000            depth[level].numTile[0];
2001        if(offset >= blobby[level])
2002            {
2003 #ifdef DEBUG
2004        my_status("%s: Blobby! %d instead of %d at %d",
2005                funcName,
2006                offset,
2007                blobby[level],
2008                level);
2009 #endif
2010        return NULL;
2011            }
2012        return &depth[level].visited[offset];
2013
2014 }
2015
2016 /*
2017  * Synopsis: static QuadTile *
2018  *              ThreeDWidgetCalcVisibility(double, double, int, ThreeDWidget *, Matrix
                 viewMatrix)
2019  *
2020  * Description: given tile position and resolution, return whether to cull
2021  *      it or not. passed normal or bloated matrix depending on whether it
2022  *      was called by generateRequests or generateVisible.
2023  *
2024  *
2025  * Externals:
2026  *
2027  *
2028  * Returns:
2029  *
2030  * Author:
2031  *      Stephen Lau
2032  *
2033  * Date:
2034  *
2035  */
2036 static QuadTile *
2037 ThreeDWidgetCalcVisibility(double      xStart,
2038                double          yStart,
2039                int             res,
2040                ThreeDWidget * threeDWidget,
2041                Matrix viewMatrix,
2042                CalcVisibilityType stat,
2043                int cache)
2044 {
2045 double      midX, midY;
2046 QuadTile * node;
2047 int         i;
```

```
2048   double      dist;
2049   TsTileSetInfo * tileSetInfo;
2050   TsDataSetInfo * dataSetInfo;
2051   int tileX, tileY;
2052   DepthVisit depth;
2053   short * tmp = NULL;
2054
2055      tileSetInfo = TsGetTileSetInfo(TsDemType);
2056      dataSetInfo = TsGetDataSetInfo();
2057
2058      tileX = (xStart - tileSetInfo->xStart) /
2059          (dataSetInfo->tileWidth * power2[res]);
2060      tileY = (yStart - tileSetInfo->yStart) /
2061          (dataSetInfo->tileHeight * power2[res]);
2062
2063 #ifdef DEBUG
2064      my_status("%s: Tn Calc!",
2065              funcName);
2066 #endif
2067
2068      if(stat != CALC_REQUESTS)
2069      {
2070        /* check if tile is out of bounds */
2071        depth = threeDWidget->depth[cache][threeDWidget->currQuadList[cache]][res -
       threeDWidget->oiMinLevel];
2072        if (tileX < depth.minTile[0] || tileX > depth.maxTile[0] ||
2073            tileY < depth.minTile[1] || tileY > depth.maxTile[1])
2074        {
2075          return NULL;
2076        }
2077      }
2078
2079      if(!ThreeDWidgetVisible(xStart, yStart, res, tileX, tileY,
2080                  threeDWidget, &dist, viewMatrix, stat, cache))
2081      {
2082      return NULL;
2083      }
2084
2085      node = (QuadTile *) ListMemAlloc(sizeof(QuadTile));
2086
2087      node->x = tileX;
2088      node->y = tileY;
2089      node->res = res;
2090      node->flag = NULL;
2091
2092      if(stat != CALC_REQUESTS)
2093      {
2094        /* mark that we've come down this far in depth visit array */
2095        tmp = pointerDepthVisit(node->res, node->x, node->y, threeDWidget,
2096                threeDWidget->depth[cache][threeDWidget->currQuadList[cache]]);
2097        if(tmp)
2098        {
2099          *tmp = TRUE;
2100        }
2101 #ifdef DEBUG
2102      else
2103        {
2104          my_status("%s: Whoops nil tmp!",
2105                  funcName);
2106        }
2107 #endif
2108      }
2109
2110      for(i = 0; i < 4; i++)
2111      {
2112      node->child[i] = NULL;
2113        }
```

```
2114
2115        threeDWidget->numTile++;
2116
2117        if(stat == CALC_VISIBILITY)
2118        {
2119        if(!ThreeDWidgetSubdivide(node,
2120                        res, threeDWidget,
2121                        cache,
2122                        threeDWidget->currQuadList[cache],
2123                        xStart, yStart, dist))
2124        {
2125            node->flag |= TsOiLeaf;
2126            return node;
2127        }
2128        }
2129        else
2130        {
2131        if(!ThreeDWidgetSubdivide(node,
2132                        res, threeDWidget,
2133                        cache,
2134                        threeDWidget->currRequestList[cache],
2135                        xStart, yStart, dist))
2136        {
2137            node->flag |= TsOiLeaf;
2138            return node;
2139        }
2140        }
2141    res--;
2142    midX = (dataSetInfo->tileWidth * power2[res+1]) / 2.0 + xStart;
2143    midY = (dataSetInfo->tileHeight * power2[res+1]) / 2.0 + yStart;
2144
2145    node->child[0] = ThreeDWidgetCalcVisibility(xStart,
2146                        yStart,
2147                        res,
2148                        threeDWidget,
2149                        viewMatrix,
2150                        stat,
2151                        cache);
2152
2153    node->child[1] = ThreeDWidgetCalcVisibility(midX,
2154                        yStart,
2155                        res,
2156                        threeDWidget,
2157                        viewMatrix,
2158                        stat,
2159                        cache);
2160
2161    node->child[2] = ThreeDWidgetCalcVisibility(xStart,
2162                        midY,
2163                        res,
2164                        threeDWidget,
2165                        viewMatrix,
2166                        stat,
2167                        cache);
2168
2169    node->child[3] = ThreeDWidgetCalcVisibility(midX,
2170                        midY,
2171                        res,
2172                        threeDWidget,
2173                        viewMatrix,
2174                        stat,
2175                        cache);
2176    return node;
2177 }
2178
2179 /*
2180  * Synopsis:
```

```
2515
2516 /*
2517  * Synopsis:
2518  *
2519  *
2520  * Description:
2521  *
2522  *
2523  * Externals:
2524  *
2525  *
2526  * Returns:
2527  *
2528  * Author:
2529  *       Stephen Lau
2530  *
2531  * Date:
2532  *
2533  */
2534 void
2535 ThreeDWidgetCreateUnclippedTexCoords(ThreeDWidget * threeDWidget)
2536 {
2537  double texXOffset, texYOffset;
2538  int length = 0;
2539  int x, y;
2540
2541     texXOffset = (256.0 / 256.0) / threeDWidget->numPolys;
2542     texYOffset = (256.0 / 256.0) / threeDWidget->numPolys;
2543
2544     threeDWidget->tunclipped[length][1] = 1 / 256.0;
2545     for(y = 0; y < threeDWidget->numPolys; y++)
2546     {
2547     threeDWidget->tunclipped[length][0] =
2548        texXOffset * threeDWidget->numPolys;
2549     for(x = 0; x < threeDWidget->numPolys + 1; x++)
2550     {
2551         length++;
2552         threeDWidget->tunclipped[length][1] =
2553            threeDWidget->tunclipped[length-1][1] + texYOffset;
2554         threeDWidget->tunclipped[length][0] =
2555            threeDWidget->tunclipped[length-1][0];
2556         length++;
2557         threeDWidget->tunclipped[length][1] =
2558            threeDWidget->tunclipped[length-2][1];
2559         threeDWidget->tunclipped[length][0] =
2560            threeDWidget->tunclipped[length-1][0] - texXOffset;
2561     }
2562     threeDWidget->tunclipped[length][1] =
2563        threeDWidget->tunclipped[length-1][1];
2564     }
2565 }
2566
2567 /*
2568  * Synopsis:
2569  *
2570  *
2571  * Description:
2572  *
2573  *
2574  * Externals:
2575  *
2576  *
2577  * Returns:
2578  *
2579  * Author:
2580  *       Stephen Lau
2581  *
```

```
2582    * Date: June 1995
2583    *
2584    */
2585   static void
2586   ThreeDWidgetCreateRenderPrimitive(ThreeDWidget * threeDWidget,
2587                     View * view,
2588                     int            listIndex,
2589                     int cache)
2590   {
2591    char * funcName = "ThreeDWidgetCreateRenderPrimitive()";
2592    float *tcoords;
2593    double realOiX, realOiY;
2594    int x, y;
2595    int maxX, maxY;
2596    float texclip[2];
2597    double xOffset, yOffset;
2598    double texXOffset, texYOffset;
2599    float *normal;
2600    float *normaltmp;
2601    float maxDataX, maxDataY;
2602    short neighbor[2][2];
2603    DepthVisit depthVisit;
2604    short * visit;
2605    float * v;
2606    int length, totlen;
2607    float pt[3], clipcoord[3];
2608    TsTileSetInfo * demTileSetInfo, * oiTileSetInfo;
2609    TsDataSetInfo * dataSetInfo;
2610    TileSetTspec *       tspecInfo;
2611    SimpleTileSet * tspecLevel;
2612    VisibleStruct * visibleStruct;
2613    TsTileId * visibleDem;
2614    TsTileId * visibleOi;
2615    RenderPrimitive *prim;
2616
2617        demTileSetInfo = TsGetTileSetInfo(TsDemType);
2618        oiTileSetInfo = TsGetTileSetInfo(TsOiType);
2619        dataSetInfo = TsGetDataSetInfo();
2620
2621        /* find the maximum ranges of actual data in set */
2622        tspecInfo = TsGetTspecInfo(TsOiType);
2623        tspecLevel =
2624            &tspecInfo->tspecLevel.tspecLevel_val[oiTileSetInfo->minLevel];
2625        maxDataX = tspecLevel->maxValidPixel[0] * power2[oiTileSetInfo->minLevel] +
2626            oiTileSetInfo->xStart;
2627        maxDataY = tspecLevel->maxValidPixel[1] * power2[oiTileSetInfo->minLevel] +
2628            oiTileSetInfo->yStart;
2629
2630        /* GET THE FIRST VISIBLE TILE FROM THE TILE LIST */
2631        visibleStruct = (VisibleStruct *)
2632            ListHead(&threeDWidget->visibleList[cache][listIndex]);
2633        while(visibleStruct != NULL)
2634        {
2635        /* GET THE OI AND DEM TILES FROM THE STRUCTURE */
2636        visibleOi = &visibleStruct->oi;
2637        visibleDem = &visibleStruct->dem;
2638
2639        if(visibleOi->res == INVALID_RES)
2640        {
2641            visibleStruct->prim = NULL;
2642
2643            /* GET THE NEXT TILE IN THE LIST */
2644            visibleStruct = (VisibleStruct *)
2645                ListNext(&threeDWidget->visibleList[cache][listIndex]);
2646
2647            continue;
2648        }
```

```
2649        if(!visibleStruct->prim)
2650        {
2651            visibleStruct->prim = prim = (RenderPrimitive *)
2652                usmalloc(sizeof(RenderPrimitive), threeDWidget->terraArena);
2653            if(!prim)
2654            {
2655            my_status("%s: Error allocating struct for prim",
2656                funcName);
2657            return;
2658            }
2659        }
2660        else
2661        {
2662            prim = visibleStruct->prim;
2663        }
2664        totlen = length = 0;
2665        prim->cPrims = 0;
2666        v = prim->p[0];
2667        tcoords = prim->tclipped[0];
2668        normal = prim->n[0];
2669        /*
2670         * CALCULATE THE REAL COORDINATES IN LCS OR UTM COORDINATES
2671         * BASED UPON THE TILE COORDINATES.
2672         */
2673        realOiX = (visibleOi->x *
2674                (oiTileSetInfo->tileWidth * power2[visibleOi->res]) +
2675                demTileSetInfo->xStart + dataSetInfo->oiOffset[0]);
2676
2677        realOiY = (visibleOi->y *
2678                (oiTileSetInfo->tileHeight * power2[visibleOi->res]) +
2679                demTileSetInfo->yStart + dataSetInfo->oiOffset[1]);
2680        /*
2681         * SUBDIVIDE THE POLYGON INTO THE DEM POSTINGS.
2682         *
2683         */
2684        if(visibleDem->res != INVALID_RES)
2685        {
2686            maxY =  power2[7 - (visibleDem->res - visibleOi->res)];
2687            maxX =  power2[7 - (visibleDem->res - visibleOi->res)];
2688        }
2689        else
2690        {
2691            maxY =  1;
2692            maxX =  1;
2693        }
2694        xOffset = ((oiTileSetInfo->tileWidth * power2[visibleOi->res]) /
2695                maxX);
2696        yOffset = ((oiTileSetInfo->tileHeight * power2[visibleOi->res]) /
2697                maxY);
2698
2699 #ifdef DEBUG
2700        my_status("%s: OiRes = %d Polys = %d",
2701                funcName,
2702                visibleOi->res,
2703                threeDWidget->numPolys);
2704 #endif
2705        xOffset *= maxX / threeDWidget->numPolys;
2706        yOffset *= maxY / threeDWidget->numPolys;
2707 #ifdef DEBUG
2708        my_status("%s: IN HERE!", funcName);
2709 #endif
2710        /* check if neighbors are at same resolution */
2711        /* if we're at the edge of dataset, pretend adjacent tile is at */
2712        /* same resolution */
2713        depthVisit =
2714            threeDWidget->depth[cache][listIndex][visibleOi->res -
2715                        threeDWidget->oiMinLevel];
```

```
2716        if (visibleOi->x <= depthVisit.minTile[0])
2717            neighbor[0][0] = TRUE;
2718        else
2719        {
2720            visit = pointerDepthVisit(visibleOi->res,
2721                            visibleOi->x-1,
2722                            visibleOi->y,
2723                            threeDWidget,
2724                            threeDWidget->depth[cache][listIndex]);
2725            if(visit)
2726            {
2727            neighbor[0][0] = *visit &&
2728                (TsCheckBoundary(TsOiType,
2729                        visibleOi->x-1,
2730                        visibleOi->y,
2731                        visibleOi->res) == TS_RESIDENT);
2732            }
2733            else
2734            {
2735            my_status("%s: Visit = NULL 4", funcName);
2736            neighbor[0][0] = FALSE;
2737            }
2738        }
2739        if (visibleOi->x >= depthVisit.maxTile[0])
2740            neighbor[0][1] = TRUE;
2741        else
2742        {
2743            visit = pointerDepthVisit(visibleOi->res,
2744                            visibleOi->x+1,
2745                            visibleOi->y,
2746                            threeDWidget,
2747                            threeDWidget->depth[cache][listIndex]);
2748            if(visit)
2749            {
2750            neighbor[0][1] = *visit &&
2751                (TsCheckBoundary(TsOiType,
2752                        visibleOi->x+1,
2753                        visibleOi->y,
2754                        visibleOi->res) == TS_RESIDENT);
2755            }
2756            else
2757            {
2758            my_status("%s: Visit = NULL 3", funcName);
2759            neighbor[0][1] = FALSE;
2760            }
2761        }
2762        if (visibleOi->y <= depthVisit.minTile[1])
2763            neighbor[1][0] = TRUE;
2764        else
2765        {
2766            visit = pointerDepthVisit(visibleOi->res,
2767                            visibleOi->x,
2768                            visibleOi->y-1,
2769                            threeDWidget,
2770                            threeDWidget->depth[cache][listIndex]);
2771
2772            if(visit)
2773            {
2774            neighbor[1][0] = *visit &&
2775                (TsCheckBoundary(TsOiType,
2776                        visibleOi->x,
2777                        visibleOi->y-1,
2778                        visibleOi->res) == TS_RESIDENT);
2779            }
2780            else
2781            {
2782            my_status("%s: Visit = NULL 2", funcName);
```

```
2783              neighbor[1][0] = FALSE;
2784              }
2785          }
2786          if (visibleOi->y >= depthVisit.maxTile[1])
2787          {
2788              neighbor[1][1] = TRUE;
2789          }
2790          else
2791          {
2792              visit = pointerDepthVisit(visibleOi->res,
2793                              visibleOi->x,
2794                              visibleOi->y+1,
2795                              threeDWidget,
2796                              threeDWidget->depth[cache][listIndex]);
2797              if(visit)
2798              {
2799              neighbor[1][1] = *visit &&
2800                  (TsCheckBoundary(TsOiType,
2801                          visibleOi->x,
2802                          visibleOi->y+1,
2803                          visibleOi->res) == TS_RESIDENT);
2804              }
2805              else
2806              {
2807              my_status("%s: Visit = NULL 1", funcName);
2808              neighbor[1][1] = FALSE;
2809              }
2810          }
2811
2812          /* check if this tile is clipped, and figure out clipped coords */
2813          /* and tex coords */
2814          prim->clipped = FALSE;
2815          if ((pt[0] = realOiX + (xOffset * threeDWidget->numPolys)) > maxDataX)
2816          {
2817              clip(pt[0], maxDataX, &clipcoord[0], realOiX,
2818               1.0, &texclip[0], 0);
2819              prim->clipped = TRUE;
2820          }
2821          if ((pt[2] = realOiY + (yOffset * threeDWidget->numPolys)) > maxDataY)
2822          {
2823              clip(pt[2], maxDataY, &clipcoord[2], realOiY,
2824               1.0, &texclip[1], 0);
2825              prim->clipped = TRUE;
2826          }
2827
2828          pt[2] = realOiY;
2829
2830          for(y = 0; y < threeDWidget->numPolys; y++)
2831          {
2832              pt[0] = realOiX + (xOffset * threeDWidget->numPolys);
2833              for(x = 0; x < threeDWidget->numPolys + 1; x++)
2834              {
2835              if (prim->clipped)
2836              {
2837                  if (pt[0] > maxDataX)
2838                  {
2839                  v[0] = clipcoord[0];
2840                  tcoords[0] = texclip[0];
2841                  }
2842                  else
2843                  {
2844                  v[0] = pt[0];
2845                  tcoords[0] =
2846                      threeDWidget->tunclipped[totlen+length][0];
2847                  }
2848                  if (pt[2] > maxDataY)
2849                  {
```

```
2850                    v[2] = clipcoord[2];
2851                    tcoords[1] = texclip[1];
2852                    }
2853                else
2854                    {
2855                    v[2] = pt[2];
2856                    tcoords[1] =
2857                        threeDWidget->tunclipped[totlen+length][1];
2858                    }
2859                }
2860            else
2861                {
2862                v[0] = pt[0];
2863                tcoords[0] = threeDWidget->tunclipped[totlen+length][0];
2864                v[2] = pt[2];
2865                tcoords[1] = threeDWidget->tunclipped[totlen+length][1];
2866                }
2867
2868            v[1] = GetAverageDemVal(v[0],
2869                    v[2],
2870                    cache,
2871                    listIndex,
2872                    threeDWidget);
2873
2874            if((x == threeDWidget->numPolys &&
2875                (y % 2 == 1) && !neighbor[0][0]) ||
2876                (x == 0 && (y % 2 == 1) && !neighbor[0][1]))
2877                {
2878                v[1] =
2879                    ((GetAverageDemVal(v[0],
2880                            (v[2] - yOffset),
2881                        cache,
2882                        listIndex,
2883                        threeDWidget) +
2884                    GetAverageDemVal(v[0],
2885                            (v[2] + yOffset),
2886                        cache,
2887                        listIndex,
2888                        threeDWidget)) / 2.0);
2889                }
2890
2891            if(y == 0 && x % 2 == 1 && !neighbor[1][0])
2892                {
2893                v[1] =
2894                    ((GetAverageDemVal((v[0] - xOffset),
2895                            v[2],
2896                        cache,
2897                        listIndex,
2898                        threeDWidget) +
2899                    GetAverageDemVal((v[0] + xOffset),
2900                            v[2],
2901                        cache,
2902                        listIndex,
2903                        threeDWidget)) / 2.0);
2904                }
2905
2906 #ifdef DEBUG
2907            my_status("%s: x = %f, y = %f, z = %f",
2908                    funcName,
2909                    v[0],
2910                    v[1],
2911                    v[2]);
2912 #endif
2913            normaltmp = (float *)
2914                TsGetDEMNormal(visibleDem,
2915                    31 - x * 32/threeDWidget->numPolys,
2916                    y * 32/threeDWidget->numPolys);
```

```
2917        normal[0] = normaltmp[0];
2918        normal[1] = normaltmp[2];
2919        normal[2] = normaltmp[1];
2920        normal += 3;
2921
2922        prim->p[totlen+length+1][0] = v[0];
2923        prim->tclipped[totlen+length+1][0] = tcoords[0];
2924        v[2] -= view->eye[2];
2925        v[0] -= view->eye[0];
2926        v[1] -= view->eye[1];
2927        v[0] *= -1;
2928
2929        /* increment to next vertex */
2930        length++;
2931        v += 3;
2932        tcoords += 2;
2933
2934        pt[2] += yOffset;
2935
2936        if (prim->clipped)
2937        {
2938            if (pt[2] > maxDataY)
2939            {
2940            v[2] = clipcoord[2];
2941            tcoords[1] = texclip[1];
2942            }
2943            else
2944            {
2945            v[2] = pt[2];
2946            tcoords[1] =
2947                threeDWidget->tunclipped[totlen+length][1];
2948            }
2949        }
2950        else
2951        {
2952            v[2] = pt[2];
2953            tcoords[1] = threeDWidget->tunclipped[totlen+length][1];
2954        }
2955
2956        v[1] = GetAverageDemVal(v[0],
2957                    v[2],
2958                    cache,
2959                    listIndex,
2960                    threeDWidget);
2961        if((x == threeDWidget->numPolys && (y + 1) % 2 == 1 &&
2962            !neighbor[0][0]) ||
2963            (x == 0 && (y + 1) % 2 == 1 && !neighbor[0][1]))
2964        {
2965            v[1] =
2966                ((GetAverageDemVal(v[0],
2967                    (v[2] - yOffset),
2968                    cache,
2969                    listIndex,
2970                    threeDWidget) +
2971            GetAverageDemVal(v[0],
2972                    (v[2] + yOffset),
2973                    cache,
2974                    listIndex,
2975                    threeDWidget)) / 2.0);
2976        }
2977
2978        if((y + 1) == threeDWidget->numPolys && x % 2 == 1 &&
2979            !neighbor[1][1])
2980        {
2981            v[1] =
2982                ((GetAverageDemVal((v[0] - xOffset),
2983                    v[2],
```

```
2984                        cache,
2985                        listIndex,
2986                        threeDWidget) +
2987                GetAverageDemVal((v[0] + xOffset),
2988                        v[2],
2989                        cache,
2990                        listIndex,
2991                        threeDWidget)) / 2.0);
2992        }
2993        v[2] -= view->eye[2];
2994        v[0] -= view->eye[0];
2995        v[1] -= view->eye[1];
2996        v[0] *= -1;
2997        normaltmp = (float *)
2998            TsGetDEMNormal(visibleDem,
2999                    31-x * 32/threeDWidget->numPolys,
3000                    (y + 1) * 32/threeDWidget->numPolys);
3001        normal[0] = normaltmp[0];
3002        normal[1] = normaltmp[2];
3003        normal[2] = normaltmp[1];
3004        normal += 3;
3005        /* increment to next vertex */
3006        length++;
3007        v += 3;
3008        tcoords += 2;
3009        pt[2] -= yOffset;
3010        pt[0] -= xOffset;
3011        }
3012        pt[2] += yOffset;
3013
3014        /* end of strip */
3015        prim->lengths[prim->cPrims] = length;
3016        prim->cPrims++;
3017        totlen += length;
3018        length = 0;
3019    }
3020    /* GET THE NEXT TILE IN THE LIST */
3021    visibleStruct = (VisibleStruct *)
3022        ListNext(&threeDWidget->visibleList[cache][listIndex]);
3023    }
3024 }
3025
3026 /*
3027  * Synopsis:
3028  *
3029  *
3030  * Description:
3031  *
3032  *
3033  * Externals:
3034  *
3035  *
3036  * Returns:
3037  *
3038  * Author:
3039  *      Stephen Lau
3040  *
3041  * Date: June 1995
3042  *
3043  */
3044 static void
3045 ThreeDWidgetClearQuadList(ThreeDWidget * threeDWidget,
3046             ListStruct * listStruct)
3047 {
3048  VisibleStruct * visibleStruct;
3049
3050      /* GET THE FIRST VISIBLE TILE FROM THE TILE LIST */
```