# EXHIBIT 24

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC., <br><br> Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW** <br><br> [Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 24 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated: January 19, 2007                    By: _____/s/_____
                                                                Carolyn Chang
                                                        Attorneys for Defendants
                                                        KEYHOLE, INC., and GOOGLE INC.