# EXHIBIT 27

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * *

SKYLINE SOFTWARE SYSTEMS, INC.

            Plaintiff

   VERSUS                            CA-04-11129-DPW
                                    CA-06-10980-DPW
KEYHOLE CORPORATION
GOOGLE, INC.

            Defendants

* * * * * * * * * * * * * * * *

BEFORE THE HONORABLE DOUGLAS P. WOODLOCK

UNITED STATES DISTRICT COURT JUDGE

MOTION HEARING

NOVEMBER 1, 2006


APPEARANCES:

  H. JOSEPH HAMELINE, ESQ., IBRAHIM M. HALLAJ, ESQ. AND
  GERI L. HAIGHT, Mintz, Levin, Cohn, Ferris, Glovsky &
  Popeo, PC, One Financial Center, Boston, Massachusetts
  02111, on behalf of the Plaintiff

  CAROLYN CHANG, ESQ., Fenwick & West, LLP, Silicon Valley
  Center, 801 California Street, Mountain View, California
  94041, on behalf of Keyhole Corp. and Google, Inc.,
  Defendants

  DARRYL M. WOO, ESQ., Fenwick & West, LLP, 275 Battery
  Street, San Francisco, California 94111, on behalf of
  Keyhole Corp. and Google, Inc., Defendants


(Appearances continued next page)

```
 1
    APPEARANCES (Con'd):
 2
    NELSON G. APJOHN, ESQ., Nutter, McClennen & Fish, LLP,
 3  World Trade Center West, 155 Seaport Boulevard, Boston,
    Massachusetts  02210-2604, on behalf of Keyhole Corp.
 4  and Google, Inc., Defendants

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18                                  CourtroomNo.1 - 3rd Floor
                                    1 Courthouse Way
19                                  Boston, Massachusetts  02210
                                    2:40 P.M. - 5:00 P.M.
20

21

22         Pamela R. Owens - Official Court Reporter
              John Joseph Moakley District Courthouse
23                 1 Courthouse Way - Suite 3200
                    Boston, Massachusetts  02210
24

25
```

1        THE COURT: Well, okay. So, let's just perhaps
2   deal with your language. Because as I understand it, Skyline
3   doesn't want to be --
4        MR. WOO: I'm sorry, Your Honor?
5        THE COURT: -- doesn't believe that any new
6   language is necessary here. But I have as your language "An
7   object other than the renderer receiving or receives from the
8   renderer." Maybe I haven't put the emphasis on reciting that
9   accurately, but it's very difficult for me to understand what
10  that means. "An object other than the renderer, receiving from
11  the renderer."
12       MR. WOO: Yes.
13       THE COURT: Is that what it's meant to --
14       MR. WOO: That's the point, Your Honor. Something
15  other than the renderer receives from the renderer.
16       THE COURT: And you don't think that the
17  construction I have given so far is clear enough to deal with
18  that? I'm not wedded to it. I just -- your view is it's not
19  clear enough?
20       MR. WOO: Well, I think it is. But in light of the
21  way that Skyline argues that the renderer can provide to
22  itself, I think maybe it's not.
23       THE COURT: Well, I'm not sure Mr. Hameline said
24  that. Can the renderer provide to itself?
25       MR. HAMELINE: It depends on how you define

1 renderer.  I looked at --

2           THE COURT:  Yes, it does.

3           MR. HAMELINE:  So, what the patent is talking about
4 is data blocks, data coming in implemented in variables --

5           THE COURT:  Okay.  Yes, it can.  Yes, it can.  The
6 renderer can provide to itself.

7           MR. HAMELINE:  The renderer can provide to itself?
8 I don't know what that means.  It can't within the -- there is
9 a sense that data is being passed or variables are being passed
10 from method to method within the code.  I don't believe that --
11 depending on how you define renderer, I guess the answer is it
12 would have to be true, is renderer defined the same way.  So,
13 the answer would be no, it can't.  Because I'm defining
14 renderer consistent with method to method and function to
15 function, line to line, I would disagree with the definition of
16 renderer as an object.  But within the sort of tautology that
17 Your Honor is talking about, no, it can't provide -- if the
18 renderer is one line of code, it can't provide data to itself
19 to make a determination in that context.  So, I agree with you
20 and I apologize for the long-winded way of getting there.

21          MR. WOO:  And indeed, Your Honor, what Mr. Hameline
22 has just recited is precisely all that we are attempting to
23 accomplish by this proposed construction.  But once you decide
24 on what the renderer is, however you define it, that becomes an
25 object or a group or an aggregation or however you want to call

```
 1        MR. HAMELINE:  Thank you.
 2        THE COURT:  All right.  Thank you.
 3                   RECESSED AT 5:00 P.M.
 4
 5
 6                      CERTIFICATION
 7        I certify that the foregoing is a correct
 8   transcript of the record of proceedings in the above-entitled
 9   matter to the best of my skill and ability.
10
11   ___Pamela R. Owens___            ___1-18-07___
12   Pamela R. Owens                      Date
13   Official Court Reporter
```