# EXHIBIT 28

**Carolyn Chang**

From: Hameline, Joe [JHameline@mintz.com]
Sent: Tuesday, January 16, 2007 8:21 AM
To: Carolyn Chang; Haight, Geri
Subject: RE: Skyline v. Google: asserted claims

We agree that Skyline will not be asserting claims 2, 11, 13, 16, and 21 of the 189 Patent

---

From: Carolyn Chang [mailto:CChang@fenwick.com]
Sent: Thursday, January 11, 2007 7:08 PM
To: Carolyn Chang; Hameline, Joe; Haight, Geri
Subject: RE: Skyline v. Google: asserted claims

Joe and Geri -

Does Skyline have a position regarding this?

Carolyn

---

From: Carolyn Chang
Sent: Monday, January 08, 2007 9:53 AM
To: 'Hameline, Joe'; Haight, Geri
Subject: Skyline v. Google: asserted claims

Joe and Geri -

As you know, the expert reports of Dinesh Manocha only provide his infringement opinions with respect to claims 1, 3, 7, 8, 9, 12, 14, 18, 19, 22, 23, and 24. However, in response to interrogatories, Skyline has also identified claims 2, 11, 13, 16, and 21 as asserted claims.

Please let us know if Skyline is still asserting infringement of claims 2, 11, 13, 16, and 21 of the 189 patent.

Thanks,
Carolyn

Carolyn Chang, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
(650) 335-7654 - direct
(650) 938-5200 - facsimile

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

ATTENTION:
The information contained in this message may be legally privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.

1/16/2007

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.

---

IRS CIRCULAR 230 NOTICE

In compliance with IRS requirements, we inform you that any U.S. tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties or in connection with marketing or promotional materials.

---

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at ISDirector@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

1/16/2007