# EXHIBIT 30

Dockets.Justia.com

The Art and Interdisciplinary Programs of SIGGRAPH 95



COMPUTER GRAPHICS Annual Conference Series I 1995

A Publication of ACM SIGGRAPH

visual proceeding

GOOG0017566



The Art and Interdisciplinary Programs of SIGGRAPH 95

EDITED BY

**Ken O'Connell**
*Chair*

Art Gallery
Artist/Designer Sketches

**Isaac Victor Kerlow**
*Chair*

Interactive Entertainment

**Coco Conn, Andy Goodrich,
and Rob Hennigar**
*Co-Chairs*

Interactive Communities

**Joan Collins and
Frank Foster**
*Co-Chairs*

Computer Animation Festival/
Electronic Theatre

COMPUTER GRAPHICS Annual Conference Series · 1995

A Publication of ACM SIGGRAPH

GOOG0017567

VISUAL PROCEEDINGS

The Art and Interdisciplinary Programs
of SIGGRAPH 95

COMPUTER GRAPHICS

Annual Conference Series, 1995

The Association for
Computing Machinery, Inc.
1515 Broadway
New York, New York 10036 USA

ISBN 0-89791-702-2
ISSN 1069-5419
ACM Order No. 428951

Additional copies may be
ordered pre-paid from:

    ACM Order Department
    P.O. Box 12114
    Church Street Station
    New York, New York 10257 USA

Or, for information on accepted
European currencies and exchange
rates, contact:

    ACM European Service Center
    Avenue Marcel Thiry 204
    1200 Brussels, Belgium
    +32.2.774.9602
    +32.2.774.9690 fax
    acm_europe@acm.org

Credit card orders from the U.S.
and Canada:

    800.342.6626

Credit card orders from the New York
Metropolitan area and outside the U.S.:

    +1.212.626.0500

Single copy orders placed by fax:

    +1.212.944.1318

Credit card orders may also be
placed by mail.

Electronic mail inquiries may be directed
to acmhelp@acm.org

Please include your ACM member
number and the ACM order number
with your order.

Copyright © 1995 by the Association for Computing Machinery, Inc. (ACM). Copying without fee is permitted provided that copies are not made or distributed for profit or commercial advantage and credit to the source is given. Abstracting with credit is permitted. To copy otherwise, to republish, to post on servers, or to distribute to lists, requires prior specific permission and/or a fee. For other copying of articles that carry a code at the bottom of the first or last page, copying is permitted provided that the per-copy fee indicated in the code is paid through the Copyright Clearance Center, 222 Rosewood Drive, Danvers, Massachusetts 01923 USA. Request permission to republish from: Publications Department, ACM, Inc., +1 212 869.0481 fax, permission@acm.org.

GOOG0017568

3

ART GALLERY

85

INTERACTIVE ENTERTAINMENT

113

INTERACTIVE COMMUNITIES

161

COMPUTER ANIMATION FESTIVAL / ELECTRONIC THEATRE

264

GRAPHICSNET

GOOG0017569

The MAGIC project comprises three principal components: an interactive terrain visualization application (TerraVision), a high-speed distributed image storage system (ISS), and a high-speed internetwork to link the computing resources.

TerraVision allows a user to view and navigate through a landscape based on high-resolution aerial and satellite imagery. Locations of vehicles (for example, from training exercises) can be superimposed on the view of the terrain and updated in real time. The ISS, which stores, organizes, and retrieves the processed images and elevation data required by TerraVision, consists of multiple coordinated data servers distributed around a wide-area network.

The MAGIC internetwork consists of several LANs interconnected by a wide-area ATM over SONET backbone. The network provides trunk speeds of 2.4 Gbps and access speeds of 155 and 622 Mbps.

Interactive, real-time, data-intensive applications like TerraVision and distributed storage systems resembling the ISS will become more common as high-speed networks become the norm. The developers of the MAGIC project are exploring some of the challenges introduced by such systems and developing technology that will foster widespread deployment in the future.

MAGIC is an ARPA-funded collaboration of the EROS Data Center, Lawrence Berkeley Laboratory, the Minnesota Supercomputer Center, SRI International, the University of Kansas, MITRE, Sprint, USWest, Southwest Bell, Northern Telecom, and Splitrock Telecommunications

**Hanan M. Herzog**
Computer Systems Engineer
Mail Stop 50B-2239
Lawrence Berkeley Laboratory
1 Cyclotron Road
Berkeley, California 94720 USA
+1 510 486 4519
+1 510 486 6363 fax
herzog@lbl.gov
hanan@csua.berkeley.edu



TerraVision and the ISS Cooperate to Visualize Landscape

GOOG0017691

**T**_Vision is a broad-band application research project. It provides a distributed virtual globe as a multimedia interface to visualize any kind of data related to a geographic region. The virtual globe is modeled from high-resolution spatial data and textured with high-resolution satellite images

A T_Vision database and real-time rendering system has been developed to handle this huge amount of data. Seamless links between different levels of detail allow continuous zooming from a global view down to recognizable features of only a few centimeters in size. The virtual globe can display many types of data, including biological, sociological, economical, and others.

This project is based on the concept of a transparent and worldwide broad-band, networked topography and surface data bank. Because it is impossible for a single location to store and maintain the huge amount of high-resolution data necessary for such a visualization application, the system automatically establishes an ATM connection to the server that provides the most up-to-date and highest-resolution data required for the current field of view (and visualization layer). These remotely accessed data are integrated unobtrusively into the user's system on the fly. A special T_Vision user interface based on a large real globe ("earth-tracker") facilitates the user's navigation around the virtual globe, so the user has full control over which information to view, when, and at which location.

A successful ATM T_Vision test network between Tokyo and Berlin was established in October 1994. A third node will be added this year, in Sunnyvale, California USA.

**Gerd Grueneis**
ART+COM e.V.
Budapesterstrasse 44
D-10787 Berlin, Germany
+49.30.254173
+49.30.25417355 fax
gruen@artcom.de
http://www.artcom.de/projects/terra/

**Collaborators**

*Project Management*
Gerd Grueneis

*Ideas, Visual Database, and High Speed Networking*
Pavel Mayer

*Design and Concepts*
Joachim Sauter

*Ideas, Advanced Realtime Rendering, and Simulation*
Axel Schmidt

**Special Thanks**
Hans Hueber, Hero Ischibashi, Joerg Jacobs, Rolf Kruse, Uli Lipka, Dirk Luesebrink, Gert Monath, Dieter Sachse, Erick Schmitz, Andreas Schneider, Christoph Stratmann, Susi Traeger, Henrik Tramberand and the rest of ART+COM.

T_Vision is funded by DeteBerkon, Berlin and supported by Wethernews Inc. Tokyo.



GOOG0017699