# EXHIBIT 31

### ESnet
Energy Sciences Network (ESnet) provides leading edge technology services to DOE Scientific Research community and collaborators. First to implement wide-area ATM services (OC3, DS3, & NXDS1) in a production environment.

### NREN
NASA's National Research & Education Network (NREN) program component provides advanced networking capabilities to NASA science and research communities. Wide-area network services provided over commercial (non-experimental) OC3 ATM service.

### AAI
ACTS ATM Internetwork (AAI) Program established a fully integrated, terrestrial/satellite architecture that was first to demonstrate ATM signalling, multicast and service management. Wide-area terrestrial networking is provided by commercial DS3 and OC3 ATM services.

### MAGIC
Multidimensional Applications & Gigabit Internetwork Consortium (MAGIC) testbed provides 2.4 Gbps wide-area networking for real-time, interactive data exchange at gigabit-per-second rates among multiple distributed servers and clients.

### IWAY
IWAY is an applications oriented, high performance network linking dozens of the nations fastest computers and visualization environments. The IWAY project is a collaboration among several existing ATM production networks using commercial ATM services (ESnet, NASA NREN, AAI) and several non-production networks using experimental ATM services (MAGIC, vBNS, ATDnet, CASA).

### What Sprint's Infrastructure and know-how bring to SC-95
- Over 75% of SC 95's ATM wide-area connectivity!
- ATM SVC, ARP and Multicast Connectivity
- Wide-area ATM at OC3, DS3 and T1
- Commercial ATM connectivity to MAGIC Testbed
- Direct ATM Connectivity to NAP/Internet

Sprint. FORE

GOOG0026467