# EXHIBIT 33

Dockets.Justia.com

# 1995 MAGIC Technical Symposium

## August 1-2, 1995
## Minneapolis, MN



## Part 1: MAGIC Technical Presentations



J. LAU

EXHIBIT NO. 204

6-22-06

GOOG0021033

# 1995 MAGIC Technical Symposium

### August 1-2, 1995
### Minneapolis, MN



## Part 1: MAGIC Technical Presentations

GOOG0021034

## Table of Contents

### Part I: MAGIC Technical Presentations

1.  Keynote talk
    Greg Gum, Executive Director (US WEST)

2.  **The MAGIC Project:  Challenges, Accomplishments, and Future Directions**
    Ira Richer (MITRE)

3.  **Achieving Integrated Service Management**
    Renee Keffer (Sprint)

4.  **The Image Server System:  Experience and Issues with Network Distributed Storage Systems**
    Bill Johnston (Lawrence Berkeley National Laboratory)

5.  **Adventures in Image Preparation**
    Jay Feuquay (EROS Data Center)

6.  **Distributed Data Preparation on the MAGIC Network**
    Yvan Leclerc (SRI International)

7.  **TerraVision Architecture and Performance**
    Yvan Leclerc (SRI International)

8.  **IP/ATM Research with Multicast and RSVP**
    Ann Demirtjis (Sprint)

9.  **ATM Traffic Measurement Tools**
    Jack Pugaczewski (US WEST)

10. **Experiences with ATM Traffic Control in MAGIC**
    Victor Frost (University of Kansas)

11. **Experiences with a Workstation-Based HIPPI/ATM Gateway**
    Tim Salo (Minnesota Supercomputer Center, Inc.)

12. **Experiences with a 622 Mb/s ATM/SONET Gateway**
    Joe Evans (University of Kansas)

13. **IP/ATM Host Software:  Implementation Experience and Lessons Learned**
    Tim Salo (Minnesota Supercomputer Center, Inc.)

14. **Performance Tuning for IP/ATM Hosts**
    John Cavanaugh (Minnesota Supercomputer Center Inc.)

GOOG0021035

15. **Performance Evaluation in Wide Area Networks: Top-to-Bottom End-to-End Monitoring**
Brian Tierney (Lawrence Berkeley National Laboratory)

16. **Characterization of Over the Shoulder Tool: A Collaborative Application Enabled by the MAGIC High-Speed Network**
Victor Frost (University of Kansas)

17. **Network Performance Measurement Tools: NetSpec and ARTS**
Doug Niehaus (University of Kansas)

## Part II: Testbed Presentations

18. **Keynote talk**
Gary Minden (ARPA/CSTO)

19. **AAI**
Phil Dykstra (Army Research Laboratory)

20. **ATDnet**
Hank Dardy (Naval Research Laboratory)

21. **BAGNet**
Hon So (PacBell)

22. **BMAN**
Mike O'Brien (Sprint)

23. **CASA**
Wally St. John (Los Alamos National Laboratory)

24. **DARTnet-II**
Allison Mankin (ISI)

25. **I-WAY**
Linda Winkler (Argonne National Laboratory)

26. **JADE**
Joe Zdanowicz (Rome Labs)

27. **MAGIC-II**
Bill Johnston (Lawrence Berkeley National Laboratory)

28. **vBNS**
Bilal Chinoy (San Diego Supercomputer Center)

GOOG0021036

**1995 MAGIC Technical Symposium**



# TerraVision Architecture and Performance

## Yvan Leclerc
## SRI International

GOOG0021112



# TerraVision Architecture and Performance

**Yvan G. Leclerc** <leclerc@ai.sri.com>
**Stephen Q. Lau** <lau@ai.sri.com>
**Nat Bletter** <nat@od.sri.com>
**SRI International**

**1995 MAGIC Technical Symposium - 1 August 1995**

---

## Outline



- **TerraVision capabilities**

- **Challenges**

- **Solution**
  - architecture
  - real-time process flow graphs
  - advantages of current approach

- **Future work**

- **Conclusions**

ygl -8/1/95 - 2

GOOG0021113

# TerraVision Capabilities



- **TerraVision provides interactive visualization of terrain data with superimposed aerial and satellite imagery**
  - images and terrain data are accurately registered to a map
  - current image data set is at 1 meter ground resolution covering about 40 x 30 kilometers of Fort Irwin, or about 1 gigapixel of rectified imagery
  - current terrain data is at 30 meter ground resolution over the same area
- **Visualization includes:**
  - 2D pan and zoom of images
  - 3D "fly over" or "drive through"
  - superposition of building models and moving vehicles whose positions were acquired via GPS receivers

ygl -8/1/95 - 3

# Challenges



- **Provide high-speed rendering (15 to 30 frames per second) for very large data sets**
- **Provide real-time visualization with little apparent latency and high image quality given that**
  - the rate at which tiles arrive is unpredictable
  - the order in which tiles arrive is unpredictable

ygl -8/1/95 - 4

GOOG0021114

## Basic Solution



- **Large datasets are rendered at high speed by using a multi-resolution hierarchy of terrain elevation and imagery**
    - the amount of data required per frame is roughly constant
    - a high speed quad-tree search algorithm is used to find just the data required for a given frame
    - higher resolution data is used in foreground, lower resolution in background
- **Latency is minimized by de-coupling data I/O from graphics**
    - required data is requested at regular intervals
    - graphics rendering is done with whatever data is in memory
    - as data arrives, the rendered image quality improves
    - high-speed networks provide high image quality at all times

ygl -8/1/95 - 5



GOOG0021115





GOOG0021116





GOOG0021117





GOOG0021118





## Architecture



| Shared Memory | Processing Threads | |
|---|---|---|
| | Visibility Generator (QT search) | Free Running |
| | Graphics Renderer and Interface | |
| | Viewpoint and Tile Predictor (QT search) | Timer Based (~ 200 ms) |
| | Tile Requestor | |
| | Tile Receiver 1 | Blocking Reads |
| | Tile Receiver n | |

ygl -8/1/95 - 6

GOOG0021120





GOOG0021121



GOOG0021122



GOOG0021123



GOOG0021124



GOOG0021125



GOOG0021126

## Advantages of Current Approach



- Quad-tree-based rendering allows scene to be rendered quickly even when data is missing

- Separation of graphics and I/O allows fast response to user's movements even if network response is slow

- Separation of graphics and I/O allows high-speed transmission of data

- TerraVision can run on slower networks, but with reduced image quality

- High-speed networks provide high image quality at all times

ygl -8/1/95 - 7

## Future Work



- Improve performance and interface
  - optimize graphics performance
  - improve rendering of terrain shape
  - implement more sophisticated prediction algorithms to improve data through-put and hence image quality
  - introduce feedback mechanisms to provide more even graphics rates
  - provide more intuitive mechanism for high-speed fly-overs

- Refine timing graphs and logging capabilities

ygl -8/1/95 - 8

GOOG0021127

# Conclusions



- Basic TerraVision architecture is correct

- Remaining performance bottlenecks are primarily hardware related

- High-quality interactive visualization of large, distributed, terrain data sets is made possible by high-speed networks

**http://www.ai.sri.com/~magic/**

GOOG0021128