# EXHIBIT 34

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW** |
| Plaintiff, | |
| v. | [Consolidated with Civil Action No. 04-11129-DPW] |
| KEYHOLE, INC., and GOOGLE INC., | |
| Defendants. | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 34 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007

By: _____/s/_____
Carolyn Chang
Attorneys for Defendants
KEYHOLE, INC., and GOOGLE INC.