# EXHIBIT 36

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>　　　　Defendants. | **CONSOLIDATED CIVIL ACTION<br>NO. 06-10980-DPW**<br><br>[Consolidated with Civil Action<br>No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 36 TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

The original documents are maintained in the case file in the Clerk's Office.

Dated:  January 19, 2007			By:　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Carolyn Chang
　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　KEYHOLE, INC., and GOOGLE INC.