## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>       Defendants. | CIVIL ACTION NO. 06-10980 DPW |

### DEFENDANTS KEYHOLE, INC.'S AND GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION BASED ON THE PUBLIC USE OF TERRAVISION

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L.M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350
email: dwoo@fenwick.com

Pursuant to Fed. R. Civ. P. 56, Local Rule 7.1, and Local Rule 56.1 Defendants Keyhole, Inc. and Google Inc. ("Google") respectfully submit this Motion for Summary Judgment of Anticipation Based on the Public Use of TerraVision. Google respectfully moves for an order granting summary judgment that claims 1, 3, 12, and 14 of U.S. Patent No. 6,496,189 ("the '189 patent") are anticipated and therefore invalid. In addition, should the Court agree with Plaintiff Skyline Software Systems, Inc.'s ("Skyline's") interpretation of certain limitations of the '189 patent, Google also moves for summary judgment that claims 7, 8, 18, and 22 of the '189 patent are anticipated and therefore invalid.

As described in the supporting Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment of Anticipation Based on the Public Use of TerraVision, the accompanying Declaration of Carolyn Chang in Support of Defendants' Motions for Summary Judgment and all exhibits thereto, the Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Motions for Summary Judgment and all exhibits thereto, and the Separate Statement of Undisputed Facts in Support of Defendants' Motions for Summary Judgment, there is no genuine dispute of material fact that at least claims 1, 3, 12, and 14 of the '189 are anticipated by the public use of TerraVision, and that claims 7, 8, 18 and 22 of the '189 patent are anticipation by the public use of TerraVision if Skyline's interpretation of these claims is accepted.

**WHEREFORE,** Google requests that the Court grant this Motion and issue the Proposed Order attached hereto as Exhibit A.

**REQUEST FOR HEARING**

Pursuant to this Court's August 1, 2006 Scheduling Order, a hearing on this Motion for Summary Judgment of Noninfringement is scheduled for February 23, 2007 at 2:30 p.m.

Dated:  January 19, 2007                    Respectfully submitted,


By:      /s/ Darryl M. Woo
Darryl M. Woo
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: dwoo@fenwick.com

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, counsel for Defendants' contacted counsel for Plaintiff regarding the filing of this Motion, and counsel were unable to resolve or narrow the issues raised by this Motion.

Dated:  January 19, 2007                    Respectfully submitted,


By:      /s/Darryl M. Woo
Darryl M. Woo
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: dwoo@fenwick.com

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

## Certificate of Service

I hereby certify that, on January 19, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:    /s/Darryl M. Woo
       Darryl M. Woo