# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

**[PROPOSED] ORDER GRANTING DEFENDANTS KEYHOLE, INC.'S AND GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT OF ANTICIPATION BASED ON THE PUBLIC USE OF TERRAVISION**

Defendants Keyhole, Inc.'s and Google Inc.'s ("Google's") Motion for Summary Judgment of Invalidity having come before the Court based upon the papers submitted by the parties and the argument of counsel, the Court finds that:

1.     Claims 1, 3, 12, and 14 of U.S. Patent No. 6,496,189 ("the '189 patent") are anticipated by the public use of TerraVision, and are therefore, invalid;

2.     Claims 7, 8, 18, 22 of the '189 patent are anticipated by the public use of TerraVision and are therefore invalid under Skyline Software Systems, Inc.'s ("Skyline's") interpretation of the '189 patent claim limitations.

IT IS HEREBY ORDERED THAT

Google's Motion for Summary Judgment of Anticipation is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007     By: _____
                                        The Honorable Douglas P. Woodlock
                                        United States District Judge