**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) ) | |
| Plaintiff, ) ) | |
| v. ) | CIVIL ACTION NO. 06-CV-10980 DPW |
| ) KEYHOLE, INC. and GOOGLE INC., ) ) | |
| Defendants. ) ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING ITS OPPOSITION TO GOOGLE'S MOTION FOR <u>SUMMARY JUDGMENT ON INFRINGEMENT</u>**

Plaintiff Skyline Software Systems, Inc. ("Skyline") hereby submits this Assented to Motion for Leave to Exceed the Page Limitation Imposed By Local Rule 7.1(B)(4) regarding its simultaneously-filed Opposition to Google's Memorandum in Support of its Motion for Summary Judgment on Infringement. Pursuant to Local Rule 7.1(B)(4), "memoranda supporting or opposing allowances of motions shall not, without leave of court, exceed twenty pages, double-spaced."

As grounds for this Motion, Skyline states as follows:

1.  This patent infringement action involves U.S. Patent No. 6, 496,189 ("the '189 Patent"), which relates to Skyline's invention concerning the streaming and visualization of three-dimensional terrain data.

2.  Defendants Keyhole, Inc. and Google Inc. (together, "Google"), and their technical expert, have constructed numerous arguments in the affirmative motion for summary judgment, each of which Skyline must answer fully. This is most recently expressed in Google's 102 paragraphs of purportedly undisputed facts.

1

Dockets.Justia.com

3.	As a result of the extensive factual allegations made by Google in their affirmative motion for summary judgment on infringement and statement of facts as well as the legal arguments that Skyline must now set forth and argue against, Skyline's Opposition to Google's Motion In Support of Summary Judgment On Infringement exceeds the twenty-page limit imposed by Local Rule 7.1(B)(4).

4.	On February 2, 2007, Counsel for Skyline conferred with Counsel for Google, Saundra Riley, with respect to the instant Opposition in accordance with Local Rule 7.1(A)(2). Google assents to Skyline's request for leave to file an opposition to Google's Motion for Summary Judgment on Infringement in excess of twenty pages.

5.	Skyline respectfully requests that the Court grant it leave to file its Opposition to Google's Motion for Summary Judgment on Infringement, which exceeds the page limitation imposed by Local Rule 7.1(B)(4).

> Respectfully submitted,
>
> SKYLINE SOFTWARE SYSTEMS, INC.,
>
> By its attorneys,
>
> /s/  H. Joseph Hameline_____
> H. Joseph Hameline, BBO #218710
> Geri L. Haight, BBO #638185
> Mintz, Levin, Cohn, Ferris,
>   Glovsky and Popeo, P.C.
> One Financial Center
> Boston, MA  02111
> (617) 542-6000

February 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

> /s/ H. Joseph Hameline
>   H. Joseph Hameline

2

LIT 1602968v.1