# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) <br> Plaintiff, ) <br> v. ) <br> KEYHOLE, INC. and GOOGLE INC., ) <br> Defendants. ) | CIVIL ACTION NO.  06-10980-DPW |

### PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S
### ASSENTED-TO MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff Skyline Software Systems, Inc. ("Skyline") respectfully submits this Assented-To Motion to seal its forthcoming:

1. Memorandum in Opposition to Defendants' Motion for Summary Judgment of Invalidity;

2. Memorandum in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement;

3. Response to Defendants' Statement of Undisputed Facts; and,

4. Declaration of Geri L. Haight with supporting exhibits.

As grounds for this Motion, Skyline states that, in accordance with the Stipulated Protective Order endorsed by the Court on May 22, 2006, these documents will contain technical information that has been designated confidential or highly confidential by one or more of the parties hereto.

**WHEREFORE**, Skyline requests that the Court grant this Assented -To Motion to Seal.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that Counsel for Skyline conferred with counsel for Defendants in an attempt to resolve the issues raised by this motion and Defendants have ASSENTED hereto.

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

/s/  H. Joseph Hameline_____
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
February 2, 2007                                      (617) 542-6000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 2, 2007.

      /s/  H. Joseph Hameline

LIT 1602663v1