## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>  Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC. <br><br>  Defendants. | CIVIL ACTION NO. 06-10980 DPW |

### DEFENDANTS KEYHOLE, INC. AND GOOGLE INC.'S ASSENTED TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMIT

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L.M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
555 California St., 12th Floor
San Francisco, CA 94104
Tel. (415) 875-2300
Fax (415) 281-1350

Pursuant to Local Rule 7.1(B)(4), Defendants Keyhole, Inc. and Google Inc. ("Defendants") request leave to file their Memorandum of Points and Authorities in Opposition to Plaintiff Skyline Software Systems, Inc.'s Motion for Summary Judgment of Validity of Patent-In-Suit ("Opposition Memorandum"), which exceeds twenty (20) pages in length. Counsel for Plaintiff has assented to this Motion.

As grounds for this Motion, Defendants state that they were unable to adequately brief the necessary topics within the twenty-page limit set by the Court. Defendants' Opposition Memorandum explains Plaintiff's patented method, numerous prior art references, and how those references render Plaintiff's patent invalid, including fact-specific arguments regarding each prior art reference. As a result of the extensive factual background, experts' analyses, and the legal matters to be briefed, Plaintiff's opening memorandum comprised about forty pages. Given the length of Plaintiff's memorandum and the complexity of the issues, Defendants require more than twenty pages to adequately brief the topics and respond to Plaintiff's argument.

WHEREFORE, Defendants respectfully request that the Court grant their motion for leave to file their Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment of Validity of Patent-In-Suit, which exceeds the page limitation imposed by Local Rule 7.1(B)(4).

Dated:  February 2, 2007

Respectfully submitted,

By:     /s/ Saundra L. M. Riley
    Saundra L. M. Riley
    **FENWICK & WEST LLP**
    555 California St., 12th Floor
    San Francisco, CA  94104
    Tel.  (415) 875-2300
    Fax  (415) 281-1350
    email: sriley@fenwick.com

    Attorneys for Defendants and
    Counterclaimants
    KEYHOLE, INC. and GOOGLE INC.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants contacted counsel for Plaintiff regarding the filing of this Motion, and Plaintiff has assented to this Motion.

Dated:  February 2, 2007

Respectfully submitted,

By:      /s/ Saundra L. M. Riley
Saundra L. M. Riley
**FENWICK & WEST LLP**
555 California St., 12th Floor
San Francisco, CA  94104
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: sriley@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

**Certificate of Service**

I hereby certify that, on February 2, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:      /s/ Saundra L. M. Riley
Saundra L. M. Riley