# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

## DEFENDANTS KEYHOLE, INC. AND GOOGLE INC.'S
## ASSENTED TO MOTION TO FILE UNDER SEAL

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L.M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
555 California St., 12th Floor
San Francisco, CA 94104
Tel. (415) 875-2300
Fax (415) 281-1350

Pursuant to Local Rule 7.2, Defendants Keyhole, Inc. and Google Inc. respectfully submit this Motion to Seal the following documents:

1. Defendant's Opposition to Plaintiff's Motion for Summary Judgment of Infringement;

2. Separate Statement of Genuine Issues of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment of Infringement;

3. Separate Statement of Genuine Issues of Material Fact in Opposition to Plaintiff's Motion for Summary Judgment of Validity;

4. Declaration of Professor Steven K. Feiner, Ph.D. in Support of Defendants' Opposition to Plaintiff Skyline Software Systems, Inc.'s Motions for Summary Judgment of Infringement and Validity; and

5. Exhibits 1, 7, and 10 to the Declaration of Heather Mewes in Opposition to Skyline's Motions for Summary Judgment of Infringement and Validity.

As grounds for this Motion, Defendants state that, in accordance with the Stipulated Protective Order entered by the Court on May 22, 2006, these documents contain deposition excerpts and technical information that have been designated confidential or highly confidential by Defendants and Google Inc. and/or by Skyline.

**WHEREFORE,** Defendants request that the Court grant this Motion to Seal.

Dated: February 2, 2007                     Respectfully submitted,

By: _____/s/ Saundra L. M. Riley_____
Saundra L. M. Riley
**FENWICK & WEST LLP**
555 California St., 12th Floor
San Francisco, CA 94104
Tel. (415) 875-2300
Fax (415) 281-1350
email: sriley@fenwick.com

Attorneys for Defendants & Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants contacted counsel for Plaintiff regarding the filing of this Motion, and Plaintiff has assented to this Motion.

Dated:  February 2, 2007        Respectfully submitted,

By:      /s/ Saundra L. M. Riley
Saundra L. M. Riley
**FENWICK & WEST LLP**
555 California St., 12th Floor
San Francisco, CA  94104
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: sriley@fenwick.com

Attorneys for Defendants & Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

## Certificate of Service

I hereby certify that, on February 2, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:      /s/ Saundra L. M. Riley
Saundra L. M. Riley