Skyline Software Systems, Inc. v. Keyhole, Inc et al                                              Doc. 60 Att. 6

# EXHIBIT 6

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

SKYLINE SOFTWARE SYSTEMS, INC.,

    Plaintiff,

vs.                        No. 04-11129 DPW

KEYHOLE, INC., and GOOGLE, INC.,

    Defendants.

**CERTIFIED COPY**

**CONFIDENTIAL**

VIDEOTAPED DEPOSITION OF STEPHEN LAU, JR.

Volume I (Pages 1-150)

Wednesday, June 21, 2006

HIGHLY CONFIDENTIAL -- OUTSIDE COUNSEL ONLY

REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

**U.S. LEGAL**
*Support*
Certified Shorthand Reporters
180 Montgomery Street, Suite 2180
San Francisco, CA 94104
888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

```
 1           BE IT REMEMBERED that on Wednesday,
 2 June 21, 2006, commencing at the hour of 2:06 p.m.
 3 thereof, Pursuant to Subpoena in a Civil Case of
 4 STEPHEN LAU, JR., before me, SUSAN F. MAGEE, RPR,
 5 CLR, a Certified Shorthand Reporter in and for the
 6 State of California, there personally appeared
 7
 8                   STEPHEN LAU, JR.,
 9
10 called as a witness by the Defendants, who, being by
11 me first duly sworn, was thereupon examined and
12 testified further as hereinafter set forth.
13
14                      --o0o--
15
16
17
18
19
20
21
22
23
24
25
```

```
 1  I'm done --                                              02:21:42
 2          THE WITNESS:  Okay.
 3          MR. HAMELINE:  -- and then answer the            02:21:42
 4  question, and that's just preserving this for the        02:21:43
 5  record --                                                02:21:45
 6          THE WITNESS:  Okay.                              02:21:45
 7          MR. HAMELINE:  -- okay?                          02:21:46
 8          BY MR. WOO:  Q.  He's just preserving this       02:21:46
 9  for the record so --                                     02:21:47
10      A.  Okay.                                            02:21:48
11      Q.  -- you can just, you know, answer the            02:21:48
12  question after he's done.                                02:21:49
13          MR. HAMELINE:  But just one point in             02:21:51
14  connection with what we were saying before, for the      02:21:53
15  court reporter's ease, just wait until I'm done          02:21:55
16  talking until you begin.                                 02:21:57
17          THE WITNESS:  Okay.                              02:21:58
18          MR. HAMELINE:  Okay, thanks.                     02:21:59
19          MR. WOO:  Thanks.                                02:22:01
20          THE WITNESS:  I'm a newbie in terms of           02:22:01
21  depositions.                                             02:22:03
22          MR. HAMELINE:  Well --                           02:22:04
23          BY MR. WOO:  Q.  That's fine.  So where was      02:22:04
24  I?  Let's see.  Let me ask a different question.         02:22:07
25  Well, let me ask the same question.  As of the time     02:22:34
```

Page 22

```
 1 you left SRI in 1996, did you consider the work of      02:22:37
 2 on the development of TerraVision complete?             02:22:40
 3          MR. HAMELINE:  Objection.                      02:22:42
 4          THE WITNESS:  Yes.  The project, the first     02:22:42
 5 phase of the MAGIC 1 project was completed by the       02:22:45
 6 time I left SRI, and we were looking for funding for    02:22:49
 7 MAGIC 2, the continuation of this project.  And that    02:22:53
 8 funding had not been secured by the time that I left    02:22:58
 9 SRI, so yes.                                            02:23:01
10          By the end of the project because the MAGIC    02:23:03
11 project ended, TerraVision was complete and             02:23:06
12 fulfilled the requirements of the original MAGIC        02:23:08
13 project.                                                02:23:11
14          BY MR. WOO:  Q.  Tell us a little bit more     02:23:11
15 about what the MAGIC project was.                       02:23:12
16     A.   The MAGIC project was a DARPA-funded           02:23:15
17 program to create a high-speed network test bed.  At    02:23:18
18 the time there were several other high-speed network    02:23:26
19 test beds being created via other agencies, and this    02:23:29
20 was DARPA's own high-speed network test bed.  It was    02:23:32
21 to create an Internet spanning multiple cities and      02:23:37
22 multiple locations to test new technologies that        02:23:42
23 eventually would become part of the Internet to do      02:23:46
24 groundbreaking research in that area.  And one of       02:23:50
25 the areas of this groundbreaking research that they     02:23:53
```

| | | |
|---|---|---|
| 1 | to work on a wide variety of different | 02:53:06 |
| 2 | application -- network speeds, okay.  They were on | 02:53:10 |
| 3 | some networks where you would be able to fly faster | 02:53:14 |
| 4 | than the network could keep up, so in those cases | 02:53:18 |
| 5 | the person would see continuously a low resolution | 02:53:20 |
| 6 | of the terrain until they stopped -- you know, they | 02:53:25 |
| 7 | fly to a location where they're interested in, and | 02:53:27 |
| 8 | then they sit there and spin around, and then it | 02:53:30 |
| 9 | would come higher and higher resolution. | 02:53:34 |
| 10 |     MR. HAMELINE:  Move to strike. | 02:53:36 |
| 11 |     BY MR. WOO:  Q.  From where would the | 02:53:37 |
| 12 | high-resolution files come as between local client | 02:53:38 |
| 13 | remote server? | 02:53:42 |
| 14 |     A.  The local imagery -- the high-resolution | 02:53:43 |
| 15 | imagery would initially come from the image service | 02:53:45 |
| 16 | ISS remotely.  And then once they were -- if they | 02:53:48 |
| 17 | were still in memory, it would -- local memory, it | 02:53:52 |
| 18 | would try to use them from local memory.  It would | 02:53:55 |
| 19 | use them from local memory. | 02:54:01 |
| 20 |     Q.  Earlier you mentioned one of the problems | 02:54:01 |
| 21 | that you were trying to solve was the idea of | 02:54:51 |
| 22 | retrieving this earth imagery locally from some -- | 02:54:59 |
| 23 | from anywhere at a remote location. | 02:55:05 |
| 24 |     A.  Yeah. | 02:55:08 |
| 25 |     Q.  In a military operation, for example. | 02:55:08 |

| | | |
|---|---|---|
| 1 | Was that a problem that anyone else was | 02:55:13 |
| 2 | trying to solve as well? | 02:55:15 |
| 3 | MR. HAMELINE: Objection. | 02:55:16 |
| 4 | THE WITNESS: Yes. It was actually quite | 02:55:17 |
| 5 | funny because in 1995 -- actually, probably it was | 02:55:20 |
| 6 | earlier than that, a little bit earlier, early 1995 | 02:55:26 |
| 7 | we -- I ran across this other group in Germany, and | 02:55:30 |
| 8 | I -- to the life of me I don't remember exactly | 02:55:34 |
| 9 | where in Germany, but they had chosen the exact same | 02:55:37 |
| 10 | name that we had. Neither of us had knew of each | 02:55:41 |
| 11 | other's existence at all, and they had called their | 02:55:44 |
| 12 | application TerraVision also. And we compared | 02:55:48 |
| 13 | notes, and they were trying to solve the exact same | 02:55:50 |
| 14 | problem that we were. | 02:55:53 |
| 15 | BY MR. WOO: Q. What problem was that they | 02:55:56 |
| 16 | were trying to solve? | 02:55:59 |
| 17 | MR. HAMELINE: Objection. | 02:56:00 |
| 18 | THE WITNESS: Trying to do real-time fly | 02:56:01 |
| 19 | throughs or being able to navigate through large | 02:56:05 |
| 20 | image databases of terrain in real time or near real | 02:56:09 |
| 21 | time where the images were coming not necessarily | 02:56:12 |
| 22 | locally available. | 02:56:16 |
| 23 | BY MR. WOO: Q. When did this happen? | 02:56:16 |
| 24 | A. The demonstrations that we both ran across | 02:56:17 |
| 25 | each other was also in SIGGRAPH 1995 in Los Angeles, | 02:56:20 |

| | |
|---|---|
| 1  California; and it was absolutely hilarious because | 02:56:24 |
| 2  we actually had booths literally across the aisle | 02:56:26 |
| 3  from each other at that location, but we actually | 02:56:31 |
| 4  had found out about each other several months prior | 02:56:33 |
| 5  to that. | 02:56:36 |
| 6       Q.   And how did you find out? | 02:56:38 |
| 7       A.   You know, I really don't remember.  I think | 02:56:39 |
| 8  I was surfing the Web at that point, what existed as | 02:56:41 |
| 9  the Web at that time because we were looking for | 02:56:48 |
| 10 other applications with the name TerraVision because | 02:56:51 |
| 11 there was a place right down over here in | 02:56:53 |
| 12 San Francisco that had a company name called | 02:56:55 |
| 13 TerraVision or something like that, and they were a | 02:56:57 |
| 14 little garden shop, a flower shop, and . . . | 02:56:59 |
| 15      Q.   That's not quite the same thing. | 02:57:01 |
| 16      A.   Not quite the same thing.  So I thought, | 02:57:04 |
| 17 oh, it was kind of neat.  So if I remember right, | 02:57:05 |
| 18 it's like I was doing a search and found out about | 02:57:09 |
| 19 this other thing called TerraVision.  And I sent -- | 02:57:10 |
| 20 dropped them an e-mail message, and then I was like, | 02:57:12 |
| 21 wow, you guys -- we're doing almost exactly the same | 02:57:15 |
| 22 thing. | 02:57:17 |
| 23      Q.   Did you compare notes with the -- | 02:57:17 |
| 24      A.   Yeah. | 02:57:19 |
| 25      Q.   -- Germans about what they were doing? | 02:57:19 |

Page 47

```
 1    A.   Yeah.                                                 02:57:20
 2    Q.   And what did you find out about what they             02:57:22
 3  were doing compared to what you were doing?                  02:57:24
 4         MR. HAMELINE:   Objection.                            02:57:25
 5         MR. WOO:   Let me rephrase the question.              02:57:26
 6         BY MR. WOO:   Q.   What, if anything, did you         02:57:26
 7  find out about what they were doing compared to what         02:57:28
 8  you were doing?                                              02:57:31
 9         MR. HAMELINE:   Objection.                            02:57:31
10         THE WITNESS:   Sorry.                                 02:57:32
11         They had also built up a hierarchical                 02:57:33
12  structure for their data set too in terms of                 02:57:36
13  differing resolutions.  They were looking into doing         02:57:41
14  various types of overlays that we were not doing in          02:57:44
15  terms of clouds and stuff like that which we had not         02:57:47
16  focused on at all.  They had also done a concept of          02:57:50
17  what's called texture paging.  In other words, you           02:57:52
18  couldn't load all the images into memory at one time         02:57:55
19  because it was just too much.  So what they would do         02:57:58
20  is they would try to bring into memory the images            02:58:00
21  that were required to render the image in real time          02:58:04
22  for that area that you were looking at.  And --              02:58:09
23         BY MR. WOO:   Q.   Did their system also              02:58:13
24  fetch data from low res to high res?                         02:58:16
25    A.   Yes.  They did, yes.                                  02:58:18
```

1  arbitrarily.                                                04:04:33
2      Q.  Did that demonstration system also use the          04:04:41
3  coarse-to-fine strategy?                                    04:04:43
4      A.  Yes.                                                04:04:45
5      Q.  Okay.  In that same paragraph there's               04:04:45
6  reference to the Supercomputing '95 conference in           04:04:57
7  San Diego?                                                  04:05:00
8      A.  Yes.                                                04:05:01
9      Q.  What was that?                                      04:05:01
10     A.  Supercomputing is a conference for                  04:05:02
11 high-performance computing and networking.  It's            04:05:05
12 held annually, and that year it was held in -- I            04:05:07
13 believe, in November, fall of 1995 in San Diego at          04:05:10
14 the San Diego Convention Center.  It's a publicly           04:05:13
15 open conference, so anyone can attend.                      04:05:18
16     Q.  Do you have any estimate of how many people         04:05:20
17 might have attended that conference?                        04:05:22
18     A.  It was typically -- I think at that time it         04:05:23
19 was below 10,000, but I'm not exactly sure what the         04:05:26
20 numbers were.                                               04:05:29
21     Q.  How did the system -- strike that.                  04:05:36
22         How did the TerraVision system demonstrated         04:05:39
23 at the Supercomputing '95 conference in San Diego           04:05:44
24 compare to the one that was demonstrated at SIGGRAPH        04:05:47
25 '95 in Los Angeles?                                         04:05:52

```
 1  State of California      )  ss.
 2  COUNTY OF ALAMEDA        )
 3
 4         I, SUSAN F. MAGEE, RPR, CLR, a Certified
 5  Shorthand Reporter in and for the State of California
 6  and disinterested person, do hereby certify:
 7         That prior to being examined, the deponent
 8  named in the foregoing deposition was by me duly sworn
 9  to testify the truth, the whole truth, and nothing but
10  the truth;
11         That the said deposition was taken before me at
12  the time and place therein stated and was thereafter
13  transcribed into typewriting under my direction; that
14  the foregoing deposition is a true record of the
15  witness's testimony as reported by me; that the deponent
16  was given an opportunity to read, correct and sign the
17  deposition transcript.
18         I further certify that I am not related to any
19  party or counsel or attorney for any of the parties in
20  the foregoing deposition or in any way interested in the
21  outcome of the action herein.
22
23
24                    _____
25                    Susan F. Magee, RPR, CLR
                      CSR No. 11661
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

SKYLINE SOFTWARE SYSTEMS, INC.,

    Plaintiff,

vs.     No. 04-11129 DPW

KEYHOLE, INC., and GOOGLE, INC.,

    Defendants.

**CERTIFIED COPY**

**CONFIDENTIAL**

VIDEOTAPED DEPOSITION OF STEPHEN LAU, JR.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

Volume II (Pages 151-334)

Thursday, June 22, 2006

REPORTED BY:

SUSAN F. MAGEE, RPR, CLR, CSR No. 11661

**U.S. LEGAL**
*Support*
Certified Shorthand Reporters
180 Montgomery Street, Suite 218
San Francisco, CA 94104

888-575-3376 • Fax 888-963-3376
www.uslegalsupport.com

*Los Angeles • Orange County • San Diego • Inland Empire • Ventura • San Jose • San Francisco • Sacramento . . . and across the nation*

| | | |
|---|---|---|
| 1 | STEPHEN LAU, JR., | |
| 2 | having been previously duly sworn, testified as | |
| 3 | follows: | |
| 4 | | |
| 5 | EXAMINATION BY MR. WOO | |
| 6 | | |
| 7 | Q.  Mr. Lau, you understand you're still under | 02:07:06 |
| 8 | oath? | 02:07:08 |
| 9 | A.  Yes, I do. | 02:07:09 |
| 10 | THE VIDEOGRAPHER:  Thank you. | 02:07:10 |
| 11 | BY MR. WOO:  Q.  Now, before we started | 02:07:10 |
| 12 | this afternoon, I had the court reporter mark as | 02:07:16 |
| 13 | Exhibit 201 a multipage document bearing Control | 02:07:19 |
| 14 | Nos. GOOG 26931 through 27373.  I have that in front | 02:07:25 |
| 15 | of you. | 02:07:34 |
| 16 | I also have in front of you the original | 02:07:35 |
| 17 | bound volume of the same document, the 1994 MAGIC | 02:07:39 |
| 18 | Technical Symposium document from which Exhibit 201 | 02:07:46 |
| 19 | was duplicated. | 02:07:50 |
| 20 | So first of all, do you recognize Exhibit | 02:07:52 |
| 21 | 201 as a duplicate of the bound volume? | 02:07:55 |
| 22 | A.  I would assume so.  I would have to go | 02:07:58 |
| 23 | through it all and verify but yeah. | 02:08:01 |
| 24 | Q.  It appears to be -- | 02:08:03 |
| 25 | A.  It appears to be the same. | 02:08:05 |

| | | |
|---|---|---|
| 1 | there for demonstrations and also for images that | 02:58:07 |
| 2 | could not be made into the regular proceedings. | 02:58:10 |
| 3 | Q.  Was Exhibit 205 something that you obtained | 02:58:13 |
| 4 | at the SIGGRAPH '95 conference? | 02:58:16 |
| 5 | A.  Yes. | 02:58:19 |
| 6 | Q.  And was that maintained in your files as | 02:58:19 |
| 7 | part of the ordinary course of business at SRI? | 02:58:23 |
| 8 | A.  Yes. | 02:58:25 |
| 9 | MR. HAMELINE:  Objection. | 02:58:26 |
| 10 | THE WITNESS:  Sorry. | 02:58:26 |
| 11 | Yes. | 02:58:27 |
| 12 | BY MR. WOO:  Q.  Okay.  If you could turn | 02:58:28 |
| 13 | to the page marked GOOG 17699, about the middle of | 02:58:44 |
| 14 | the document, I think. | 02:58:54 |
| 15 | A.  Yes, okay. | 02:59:05 |
| 16 | Q.  The page at the top it says "T_Vision." | 02:59:06 |
| 17 | A.  Mm-hmm. | 02:59:11 |
| 18 | Q.  At the SIGGRAPH '95 show in Los Angeles, | 02:59:16 |
| 19 | you testified earlier about seeing a similar system | 02:59:19 |
| 20 | exhibited by a German company? | 02:59:23 |
| 21 | A.  Yes, by ART+COM. | 02:59:25 |
| 22 | Q.  Is the system that's described on this page | 02:59:27 |
| 23 | of Exhibit 205 that company? | 02:59:33 |
| 24 | A.  Yes.  Well, it's not a description of the | 02:59:38 |
| 25 | company. | 02:59:41 |

| | | |
|---|---|---|
| 1 | Q. Let me -- | 02:59:41 |
| 2 | A. It's a description -- | |
| 3 | Q. Yeah. Let me rephrase that. | 02:59:42 |
| 4 | Is the system that's described on the | 02:59:44 |
| 5 | page -- strike that. | 02:59:47 |
| 6 | Is the -- let me read this first. | 02:59:48 |
| 7 | Is the system that's described on this page | 03:00:06 |
| 8 | of Exhibit 205 the system that you referred to | 03:00:08 |
| 9 | earlier in your testimony about seeing across the | 03:00:10 |
| 10 | hall from you or the aisle from you at SIGGRAPH '95? | 03:00:15 |
| 11 | A. Yes, what -- it is. | 03:00:18 |
| 12 | Q. What do you recall of what this company -- | 03:00:20 |
| 13 | I believe it's called ART+COM? | 03:00:26 |
| 14 | A. ART+COM. | 03:00:27 |
| 15 | Q. What do you recall of what ART+COM | 03:00:28 |
| 16 | exhibited at SIGGRAPH '95 in Los Angeles? | 03:00:31 |
| 17 | A. They exhibited an application that was | 03:00:33 |
| 18 | scarying similar to TerraVision itself. In fact, | 03:00:38 |
| 19 | they actually originally named it TerraVision and | 03:00:42 |
| 20 | had to change it at the last minute to T_Vision. | |
| 21 | Q. Slow down a little bit. | |
| 22 | A. Sorry. In fact, they actually had to | 03:00:49 |
| 23 | change the name from TerraVision to T_Vision. They | 03:00:50 |
| 24 | demonstrated an application that was projected onto | 03:00:50 |
| 25 | a very large screen with a big, giant track ball | 03:00:53 |

1  about this big that you could roll around in, and          03:00:57
2  you could zoom from space literally all the way down       03:01:00
3  to a city.                                                  03:01:04
4          You could scroll -- roll this track ball           03:01:05
5  along, and you could zoom all the way in, and you'd        03:01:08
6  fly around the terrain and manipulate around.  And         03:01:11
7  the actual imageries was actually -- was coming from       03:01:14
8  across a network.                                           03:01:17
9          And very similar to TerraVision, as you            03:01:18
10 got -- it would start off with a low resolution, and       03:01:20
11 as you got closer to the terrain, it would go higher       03:01:23
12 and higher resolution, and it would also retrieve          03:01:27
13 imagery from across a network.                              03:01:30
14     Q.  Did you actually see the ART+COM                    03:01:32
15 demonstration -- or system in operation at the time?       03:01:34
16     A.  Yeah.  Many times.                                  03:01:36
17     Q.  They were right across the hall?                    03:01:38
18     A.  We were right across the hall, yes.                 03:01:40
19     Q.  Did the earth images in the ART+COM                 03:01:45
20 demonstration go from fuzzy to high resolution like        03:01:52
21 TerraVision?                                                03:01:57
22          MR. HAMELINE:  Objection.                          03:01:57
23          THE WITNESS:  Yes.                                 03:01:58
24          BY MR. WOO:  Q.  Did the ART+COM system            03:01:58
25 enable the user to fly over earth terrain?                  03:02:01

| | |
|---|---|
| 1    A.   Yes. | 03:02:03 |
| 2    Q.   What discussions did you have, if any, with | 03:02:04 |
| 3  ART+COM regarding the name change from TerraVision | 03:02:13 |
| 4  to T_Vision? | 03:02:16 |
| 5         MR. HAMELINE:  Objection. | 03:02:18 |
| 6         THE WITNESS:  Sorry. | 03:02:19 |
| 7         When we originally contacted them, we kind | 03:02:22 |
| 8  of compared notes as to when -- who had the name | 03:02:26 |
| 9  first, and it was decided that SRI actually came up | 03:02:28 |
| 10 with the name first, that we predated them by well | 03:02:30 |
| 11 over a year, possibly two years.  So they agreed to | 03:02:33 |
| 12 change the name to T_Vision. | 03:02:37 |
| 13        BY MR. WOO:  Q.  Oh, boy.  Let's see.  Now, | 03:03:14 |
| 14 if we could go back to Exhibit 6, the 189 Skyline | 03:03:16 |
| 15 patent.  If you could now turn to column 18 of that | 03:03:20 |
| 16 patent, Claim No. 12. | 03:03:26 |
| 17   A.   Yes. | 03:03:32 |
| 18   Q.   See that going all the way down to where it | 03:03:32 |
| 19 says 13? | 03:03:34 |
| 20   A.   Yes. | 03:03:35 |
| 21   Q.   Did TerraVision practice the steps -- | 03:03:36 |
| 22 strike that. | 03:03:46 |
| 23        As to Claim 12, did TerraVision have all | 03:03:46 |
| 24 the items that are listed in Claim 12? | 03:03:53 |
| 25        MR. HAMELINE:  Objection. | 03:03:56 |

1  State of California    )  ss.
2  COUNTY OF ALAMEDA      )
3
4       I, SUSAN F. MAGEE, RPR, CLR, a Certified
5  Shorthand Reporter in and for the State of California
6  and disinterested person, do hereby certify:
7       That prior to being examined, the deponent
8  named in the foregoing deposition was by me duly sworn
9  to testify the truth, the whole truth, and nothing but
10 the truth;
11      That the said deposition was taken before me at
12 the time and place therein stated and was thereafter
13 transcribed into typewriting under my direction; that
14 the foregoing deposition is a true record of the
15 witness's testimony as reported by me; that the deponent
16 was given an opportunity to read, correct and sign the
17 deposition transcript.
18      I further certify that I am not related to any
19 party or counsel or attorney for any of the parties in
20 the foregoing deposition or in any way interested in the
21 outcome of the action herein.
22
23
24      _____
25      Susan F. Magee, RPR, CLR
        CSR No. 11661