Skyline Software Systems, Inc. v. Keyhole, Inc et al
Case 1:06-cv-10980-DPW    Document 60-8    Filed 02/02/2007    Page 1 of 2
Doc. 60 Att. 7

# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEYHOLE, INC., and GOOGLE INC.,<br><br>　　　　　Defendants. | **CONSOLIDATED CIVIL ACTION**<br>**NO. 06-10980-DPW**<br><br>[Consolidated with Civil Action<br>No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 7 TO THE DECLARATION OF HEATHER N. MEWES IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT OF INFRINGEMENT AND VALIDITY**

The original documents are maintained in the case file in the Clerk's Office.

Dated: February 2, 2007          By: ___/s/Carolyn Chang___
　　　　　　　　　　　　　　　　　　　　Carolyn Chang
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　KEYHOLE, INC., and GOOGLE INC.