# EXHIBIT 9

Dockets.Justia.com

## AFFIDAVIT OF MARKE CLINGER

1.      I am currently a sales director at iDirect Technologies, a company which develops and markets satellite-based broadband access solutions targeted at the enterprise, government, carrier, and educational sectors that have the need for internet/intranet access.

2.      From approximately January 1995 to October 1995 I volunteered for ACM SIGGRAPH, a non-profit, volunteer organization providing world-wide and year-round programs for the computer graphics community. ACM SIGGRAPH hosts an annual conference on leading-edge theory and practice of computer graphics and interactive techniques.

3.      I was the Networking Chair for SIGGRAPH 95, the 1995 conference held by ACM SIGGRAPH. As the Networking Chair, I was responsible for managing a team that was responsible for building a network to meet the requirements of exhibitors at SIGGRAPH 95.

4.      In connection with my position as Networking Chair, I established GraphicsNet, a high-performance communications network for use by the SIGGRAPH 95 exhibitors. GraphicsNet was intended to allow SIGGRAPH 95 exhibitors to create joint exhibits and demonstrations with other exhibitors, to establish a data connection to extend demonstrations from remote locations, and to access the Internet.

5.      During my tenure with ACM SIGGRAPH, my team created many documents describing GraphicsNet and the network set-up at SIGGRAPH 95. We also prepared documents outlining the network needs of the SIGGRAPH 95 exhibitors. Many of those documents were created in electronic form, and I have maintained some on my personal computer.

6.      Attached as Exhibit A is a true and correct copy of a memorandum I prepared for exhibitors at SIGGRAPH 95, describing the capabilities of GraphicsNet. Copies of Exhibit A were distributed to SIGGRAPH 95 exhibitors to solicit their networking requirements. I maintained Exhibit A in electronic format on my personal computer, and have not altered the document.

7.      Attached as Exhibit B is a true and correct copy of a slide presentation prepared by Jeanette Dravk, the network architect and member of the GraphicsNet team. The presentation outlines the network set-up and IP addresses used by all the exhibitors at SIGGRAPH 95. This presentation is the network configuration document used by installers to configure the networking equipment at SIGGRAPH 95. To the best of my recollection, this presentation is an accurate representation of how the network was set up in the exhibition space at SIGGRAPH 95. I maintained Exhibit B in electronic format on my personal computer, and have not altered the document.

8.      Attached as Exhibit C is a true and correct copy of a spreadsheet Jeanette Dravk prepared, detailing the network set-up at the various exhibitor booths at SIGGRAPH 95. Exhibit C was distributed for use by installers configuring the networking equipment at SIGGRAPH 95. To the best of my recollection, the spreadsheet is an accurate reflection of the network set-up at SIGGRAPH 95, and sets forth the equipment and connections used by the exhibitors at the conference. I maintained Exhibit C in electronic format on my personal computer, and have not altered the document.

GOOG030131

9.      I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 21, 2006 in Mountain View, California.

DATE: *September 21, 2006*

_____

Marke Clinger

GOOG030132

**EXHIBIT B**

GOOG030137



GOOG030138



GraphicsNet 95          ATM and Ethernet Backbone

JD - 8/7/95 - 2

GOOG030139



GraphicsNet 95 | Interactive Communities Network

JD - 8/7/95 - 12

GOOG030149

**EXHIBIT C**

GOOG030175

Sheet1

| Interactive Communities | | | | |
|---|---|---|---|---|
| Device Name | Port | To | IP | Comments |
| tom-atm | B1 | AVA-200/SIGKids | n/a | 6-port TAXI-100 MMSCC |
| *156.153.32.15* | B2 | FREE | n/a | |
| tom-atm | B3 | FREE | n/a | |
| tom-atm | B4 | FREE | n/a | |
| tom-atm | B5 | FREE | n/a | |
| tom-atm | B6 | FREE | n/a | |
| tom-atm | C1+ | nermal-atm B1/GNet | 156.153.32.5 | 4-port OC-3c MMSCC |
| tom-atm | C2 | Magic Gigabit/Hall K | 156.153.32.119-120 | |
| tom-atm | C3 | Magic Gigabit/Hall K | 156.153.32.119-120 | |
| tom-atm | C4 | Telemedicine/Hall K | 156.153.32.122-123 | |
| tom-atm | D1 | T-Vision/Hall K | 156.153.32.121 | 4-port OC-3c MMSCC |
| tom-atm | D2 | gnkiosk2-atm/I.C. | 156.153.32.81 | |
| tom-atm | D3 | gnkiosk3-atm/I.C. | 156.153.32.82 | |
| tom-atm | D4+ | son-of-sam-eth | n/a | |
| | | | | |
| son-of-sam-eth | 5 | scarlet-eth BB/IC | 156.153.96.36 | |
| *156.153.96.16* | 6 | FREE | n/a | |
| bridging LAX-20 | 7 | pearl-eth BB/IC | 156.153.96.37 | |
| son-of-sam-eth | 8 | FREE | n/a | |
| son-of-sam-eth | 9 | lavender-eth BB/IC | 156.153.96.42 | |
| son-of-sam-eth | 10 | FREE | n/a | |
| son-of-sam-eth | 11 | MBone | 156.153.98.137 | |
| son-of-sam-eth | 12 | FREE | n/a | |
| son-of-sam-eth | 13 | MBone | 156.153.98.138 | |
| son-of-sam-eth | 14 | FREE | n/a | |
| son-of-sam-eth | 15 | FREE | n/a | |
| son-of-sam-eth | 16 | FREE | n/a | |
| son-of-sam-eth | 17 | FREE | n/a | |
| son-of-sam-eth | 18 | FREE | n/a | |
| son-of-sam-eth | 19 | FREE | n/a | |
| son-of-sam-eth | 20 | FREE | n/a | |
| son-of-sam-eth | 21 | tom-atm/IC | 156.153.32.15 | OC-3c MMST |
| | | | | |

GOOG030184