# EXHIBIT 10

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>        Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC., <br><br>        Defendants. | **CONSOLIDATED CIVIL ACTION NO. 06-10980-DPW** <br><br> [Consolidated with Civil Action No. 04-11129-DPW] |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT 10 TO THE DECLARATION OF HEATHER N. MEWES IN OPPOSITION TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT OF INFRINGEMENT AND VALIDITY**

The original documents are maintained in the case file in the Clerk's Office.

Dated: February 2, 2007                    By:    /s/Carolyn Chang
                                                          Carolyn Chang
                                                   Attorneys for Defendants
                                                   KEYHOLE, INC., and GOOGLE INC.