# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

                 Plaintiff,

      v.

KEYHOLE, INC., and
GOOGLE INC.

             Defendants.

CIVIL ACTION NO. 06-10980 DPW

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEYS OF RECORD FOR DEFENDANTS KEYHOLE, INC. AND GOOGLE INC.

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel.   (617) 439-2000
Fax   (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L.M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Tel.  (415) 875-2300
Fax  (415) 281-1350

CHANGE OF ADDRESS NOTICE
CASE NO. 06 -10980 DPW

Dockets.Justia.com

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF**

**RECORD**:

**PLEASE TAKE NOTICE** that effective immediately, the address of the San Francisco

Office of Fenwick & West LLP, counsel for Defendants Keyhole, Inc. and Google Inc. is as

follows:

> Fenwick & West LLP
> 555 California Street, 12th Floor
> San Francisco, CA 94104
> Telephone: 415-875-2300 (*unchanged*)
> Facsimile: 415-281-1350 (*unchanged*)

**PLEASE TAKE FURTHER NOTICE** that counsel's email addresses will remain

unchanged.


Dated:  February 5, 2007                    Respectfully submitted,

                                    By:      /s/ Saundra L. M. Riley
                                            Saundra L. M. Riley
                                            **FENWICK & WEST LLP**
                                            555 California Street, 12th Floor
                                            San Francisco, CA  94104
                                            Tel.  (415) 875-2300
                                            Fax  (415) 281-1350
                                            email: sriley@fenwick.com

                                            Attorneys for Defendants and
                                            Counterclaimants
                                            KEYHOLE, INC. and GOOGLE INC.


## Certificate of Service

I hereby certify that, on February 5, 2007, I caused a true and accurate copy of the

foregoing document to be served upon all counsel of record for each party by complying with

this Court's Administrative Procedures for Electronic Case Filing.


                                    By:      /s/ Saundra L. M. Riley
                                            Saundra L. M. Riley