THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  06-10980-DPW |
| KEYHOLE, INC. and GOOGLE INC., | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S**
**ASSENTED-TO MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Skyline Software Systems, Inc. ("Skyline") respectfully submits this Assented-To Motion to seal its forthcoming:

1. Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment of Validity of the Patent-In-Suit;

2. Reply Memorandum in Support of Plaintiff's Motion for Summary Judgment of Infringement;

3. Declaration of Dinesh Manocha, Ph.D. in Further Support of Plaintiff's Motions for Summary Judgment of Invalidity and Infringement; and

4. Exhibits 57, 58, and 59 to the Declaration of Geri L. Haight, Esq. in Support of Plaintiff's Reply Memoranda in Support of Plaintiff's Motions for Summary Judgment of Invalidity and Infringement.

As grounds for this Motion, Skyline states that, in accordance with the Stipulated Protective Order endorsed by the Court on May 22, 2006, these documents will contain technical information that has been designated confidential or highly confidential by one or more of the parties hereto.

**WHEREFORE**, Skyline requests that the Court grant this Assented-To Motion to Seal.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that Counsel for Skyline conferred with counsel for Defendants, Saundra Riley, on February 9, 2007, who provided assent to this Motion on behalf of Defendants.

                    Respectfully submitted,

                    SKYLINE SOFTWARE SYSTEMS, INC.,

                    By its attorneys,

                    /s/ _Geri L. Haight_____
                    H. Joseph Hameline, BBO #218710
                    Geri L. Haight, BBO #638185
                    Mintz, Levin, Cohn, Ferris,
                      Glovsky and Popeo, P.C.
                    One Financial Center
                    Boston, MA  02111
February 9, 2007          (617) 542-6000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 9, 2007.

                    /s/ _Geri L. Haight_____
                    Geri L. Haight

LIT 1603690v.1