# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 06-CV-10980 DPW |
| KEYHOLE, INC. and GOOGLE INC., | ) |
| Defendants. | ) |

### PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO EXCEED PAGE LIMITATION REGARDING ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF THE PATENT-IN-SUIT

Plaintiff Skyline Software Systems, Inc. ("Skyline") hereby submits this Assented-to Motion for Leave to Exceed the Page Limitation Imposed By Local Rule 7.1(B)(4) regarding its Reply Memorandum in Support of its Motion for Summary Judgment of Validity of the Patent-In-Suit. Pursuant to Local Rule 7.1(B)(4), "memoranda supporting or opposing allowances of motions shall not, without leave of court, exceed twenty pages, double-spaced."

As grounds for this Motion, Skyline states as follows:

1. This patent infringement action involves U.S. Patent No. 6,496,189 ("the '189 Patent"), which relates to Skyline's invention concerning the streaming and visualization of three-dimensional terrain data.

2. Skyline's Motion addresses the invalidity arguments asserted by Defendants Keyhole, Inc. and Google Inc. (together, "Google") based on over ten prior art references. Skyline addresses each of these references in its Motion and, by necessity, in its Reply Brief. Google makes various fact-specific arguments concerning each piece of allegedly invalidity prior art, each of which Skyline must answer fully.

1

3. As a result, Skyline's Reply Memorandum In Support of Summary Judgment On Validity exceeds the twenty-page limit imposed by Local Rule 7.1(B)(4) by less than five pages.

4. On February 9, 2007, Counsel for Skyline, Geri L. Haight, contacted Counsel for Google, Saundra Riley, with respect to the instant Motion in accordance with Local Rule 7.1(A)(2). Google assents to Skyline's request for leave to file a Reply Memorandum in Support of its Motion for Summary Judgment on Validity of the Patent-In-Suit in excess of twenty pages.

5. Skyline respectfully requests that the Court grant it leave to file its Reply Memorandum In Support of Its Motion for Summary Judgment on Validity of the Patent-In-Suit, which exceeds the page limitation imposed by Local Rule 7.1(B)(4).

> Respectfully submitted,
>
> SKYLINE SOFTWARE SYSTEMS, INC.,
>
> By its attorneys,
>
> /s/ Geri L. Haight_____
> H. Joseph Hameline, BBO #218710
> Geri L. Haight, BBO #638185
> Mintz, Levin, Cohn, Ferris,
>   Glovsky and Popeo, P.C.
> One Financial Center
> Boston, MA 02111
> (617) 542-6000

February 9, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 9, 2007.

                                                /s/ Geri L. Haight
                                                     Geri L. Haight