IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC. and GOOGLE INC., <br><br> Defendants. | CIVIL ACTION NO. 06-CV-10980 DPW |

### DECLARATION OF GERI L. HAIGHT, ESQ., IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDA IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT OF INVALIDITY AND INFRINGEMENT

I. Geri Haight, on oath depose and state that:

I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and I submit this declaration in support of Plaintiff Skyline Software Systems, Inc.'s Reply Memoranda in Support of Plaintiff's Motions For Summary Judgment Of Invalidity And Infringement. I previously submitted a declaration in support of these Motions on January 19, 2007.

1. Attached hereto as **Exhibit 56** is a true and accurate copy of *Defendants' Responsive Claim Construction Brief* dated March 25, 2005.

2. Attached hereto as **Exhibit 57** is a true and accurate copy of relevant excerpts of the deposition of Stephen K Feiner, Ph.D. dated January 11, 2007 (*filed under seal*).

3. Attached hereto as **Exhibit 58** is a true and accurate copy of relevant excerpts of the deposition of Michael T. Jones dated June 26, 2006 (*filed under seal*).

4. Attached hereto as **Exhibit 59** is a true and accurate copy of relevant excerpts of the deposition of François Bailly dated September 12, 2006 (*filed under seal*).

Signed under the pains and penalties of perjury this 9th day of February, 2007.

_____
Geri L. Haight

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 9, 2007.

/s/ Geri L. Haight
Geri L. Haight

LIT 1601379v.1

LIT 1604044v.1