# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

## JOINT PROPOSED AGENDA FOR HEARING ON FEB. 23, 2007

Plaintiff Skyline Software Systems, Inc. ("Skyline") and Defendants Keyhole, Inc. and Google, Inc. ("Google"), pursuant to the Court's request, submit the following Joint Proposed Agenda for the oral argument on pending motions for summary judgment set to be heard on February 23, 2007 at 9:00 a.m.

**I.  Infringement**

    A.  Defendants Keyhole, Inc.'s and Google Inc.'s Motion for Summary Judgment of Noninfringement (Docket No. 9, filed Jan. 19, 2007)

        1.  Google Earth Client

            a.  All Asserted Claims

            b.  Claims 3 and 14 (download order)

            c.  Claims 7-9, 18-19, and 22-24 (excess blocks)

        2.  Google Earth Fusion, Google Earth Server, Geo Coder Server

    B.    Plaintiff Skyline Software Systems, Inc.'s Motion for Summary Judgment of Infringement (Docket No. 30, filed Jan. 19, 2007)[1]

        1.    Direct Infringement

            a.    Claims 1 and 12

        2.    Contributory Infringement/Inducement

## II. Invalidity

    A.    Plaintiff Skyline Software Systems, Inc.'s Motion for Summary Judgment of Validity (Docket No. 11, filed Jan. 19, 2007)

        1.    TerraVision

        2.    T_Vision

        3.    Migdal/Cosman

    B.    Defendants Keyhole, Inc.'s and Google Inc.'s Motion for Summary Judgment of Anticipation Based on the Public Use of TerraVision (Docket No. 45, filed Jan. 19, 2007)

        1.    Claims 1, 3, 12 and 14

        2.    Claims 7, 18 (excess blocks)

        3.    Claims 8, 22 (Internet)

Further, the parties intend to use visual aids, including Powerpoint presentations, and may also show audio-visual materials that were submitted as evidence.

Dated: February 21, 2007            Respectfully submitted,

                              By:    /s/Darryl M. Woo

                              Darryl M. Woo, admitted *pro hac vice*
                              Michael J. Sacksteder, admitted *pro hac vice*
                              Heather N. Mewes, admitted *pro hac vice*
                              Carolyn Chang, admitted *pro hac vice*
                              Saundra L. M. Riley, admitted *pro hac vice*
                              **FENWICK & WEST LLP**

---

[1] Docket No. 15 is Skyline's Assented-to Motion for Leave to Exceed Page Limitation, and is not a Motion for Summary Judgment of Infringement as indicated on the docket. No argument is necessary on this motion.

555 California Street, 12th Floor
San Francisco, CA 94104
Tel. (415) 875-2300
Fax (415) 281-1350
email: dwoo@fenwick.com

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel. (617) 439-2000
Fax (617) 310-9000

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.


By: _____/s/Geri L. Haight_____


H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Flavio Rose (*pro hac vice*)
Ibrahim M. Hallaj, BBO #661333
**MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO P.C.**
One Financial Center
Boston, MA 02111
Tel.: (617) 542-6000
Fax: (617) 542-2241

Attorneys for Plaintiff SKYLINE SOFTWARE
SYSTEMS, INC.


**Certificate of Service**

    I hereby certify that, on February 21, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.


By: _____/s/ Darryl M. Woo_____
        Darryl M. Woo