# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 06-CV-10980 DPW |
| KEYHOLE, INC. and GOOGLE INC., | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF WITHDRAWAL OF IBRAHIM M. HALLAJ

I, Ibrahim M. Hallaj, hereby withdraw my appearance as one of the attorneys representing Plaintiff Skyline Software Systems, Inc. Plaintiff continues to be represented by attorneys H. Joseph Hameline, Geri L. Haight and Flavio M. Rose of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Respectfully submitted,

/s/ Ibrahim M. Hallaj
Ibrahim M. Hallaj, BBO #661333
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
February 23, 2007    (617) 542-6000

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on February 23, 2007.

  /s/ Ibrahim M. Hallaj
Ibrahim M. Hallaj

1