# MINTZ LEVIN

Geri L. Haight | 617 348 1675 | glhaight@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

February 22, 2007

BY HAND DELIVERY

Civil Clerk's Office
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Skyline Software Systems, Inc., Plaintiff
             v. Keyhole, Inc. and Google, Inc., Defendants
             U.S.D.C. (MA) C.A. No. 06-10980-DPW

Dear Sir/Madam:

    Enclosed please find a demonstrative video of Google Earth for the Summary Judgment hearing scheduled for tomorrow (2/23/07) at 9:00 a.m. in the above-referenced matter.

    Thank you for your attention to this matter.

Skyline Software Systems, Inc. v. Keyhole, Inc et al    Doc. 76

Very truly yours,

Geri L. Haight

Enclosures
cc:    Nelson G. Apjohn, Esq.

Active 3977542v.1