IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

**[PROPOSED FORM OF]
JUDGMENT
IN FAVOR OF DEFENDANTS**

Pursuant to the Order of the Court dated April _____, 2007,

JUDGMENT IS HEREBY ENTERED in favor of defendants Google Inc. and Keyhole, Inc., and against plaintiff Skyline Software Systems, Inc. on each of Counts I, II and III of the First Amended Complaint, and on the Second Counterclaim on noninfringement, the remaining First Counterclaim on invalidity being dismissed without prejudice as moot, each party to bear its own costs and attorneys' fees, pursuant to Rule 54 of the Federal Rules of Civil Procedure. The parties reserve all rights of appeal.

Dated: April _____, 2007

_____
Clerk of the Court

[ALTERNATIVE] [The Court, having found pursuant to the Order of the Court dated April __, 2007, that there is no just reason for delay, and in accordance with Fed.R.Civ.P. 54(b),

having expressly directed the Clerk of this Court to enter judgment,

JUDGMENT IS HEREBY ENTERED in favor of defendants Google Inc. and Keyhole, Inc., and against plaintiff Skyline Software Systems, Inc. on each of Counts I, II and III of the First Amended Complaint, and on the Second Counterclaim on noninfringement, the remaining First Counterclaim on invalidity being dismissed without prejudice as moot, each party to bear its own costs and attorneys' fees. The parties reserve all rights of appeal.]

Dated: April __, 2007

_____
Clerk of the Court