## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 06-10980 DPW |

### DEFENDANTS KEYHOLE, INC. AND GOOGLE INC.'S
### ASSENTED TO MOTION TO SEAL PORTIONS OF FEB. 23, 2007
### SUMMARY JUDGMENT HEARING TRANSCRIPT

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Heather N. Mewes, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L. M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Tel. (415) 875-2300
Fax (415) 281-1350

Pursuant to Local Rule 7.2, Defendants Keyhole, Inc. and Google Inc. respectfully move to seal portions of the February 23, 2007 summary judgment hearing transcript reflecting information relating to the internal operation of Google Earth.  Specifically, Defendants move to seal the following portions of the transcript:  8:22–70:22 & 74:9–81:12.

As grounds for this Motion, Defendants state that, in accordance with the Stipulated Protective Order entered by the Court on May 22, 2006, the transcript reflects deposition testimony and technical information that has been designated highly confidential by Defendants.  The confidentiality of these materials was addressed on the record at the summary judgment hearing and Skyline's CEO who was excused from the courtroom for this portion of the hearing (*see* Transcript at 3:21-5:3).

**WHEREFORE,** Defendants request that the Court grant this Motion to Seal.


Dated:  April 6, 2007                        Respectfully submitted,


                                             By:      **/s/ HEATHER N. MEWES**
                                                  Heather N. Mewes
                                                  **FENWICK & WEST LLP**
                                                  555 California Street, 12th Floor
                                                  San Francisco, CA  94104
                                                  Tel.  (415) 875-2300
                                                  Fax  (415) 281-1350
                                                  email: hmewes@fenwick.com

                                                  Attorneys for Defendants and
                                                  Counterclaimants
                                                  KEYHOLE, INC. and GOOGLE INC.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants' contacted counsel for Plaintiff regarding the filing of this Motion, and Plaintiff has assented to this Motion.

Dated: April 6, 2007                    Respectfully submitted,

By:     **/s/ HEATHER N. MEWES**
Heather N. Mewes
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: hmewes@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

### Certificate of Service

I hereby certify that, on April 6, 2007, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:     **/s/ HEATHER N. MEWES**
Heather N. Mewes