# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>KEYHOLE, INC., and <br>GOOGLE INC. <br><br>　　　　Defendants. | CIVIL ACTION NO. 06-10980 DPW |

## [PROPOSED] ORDER GRANTING ASSENTED TO MOTION TO SEAL PORTIONS OF FEB. 23, 2007 SUMMARY JUDGMENT HEARING TRANSCRIPT

Defendants Keyhole, Inc. and Google Inc.'s Assented to Motion to Seal Portions of Feb. 23, 2007 Summary Judgment Hearing Transcript having come before the Court, based upon the papers submitted by Defendants, the Court finds that the following portions of the February 23, 2007 summary judgment hearing transcript shall be sealed: 8:22–70:22 & 74:9–81:12.

IT IS HEREBY ORDERED THAT

Defendants' Motion to Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____, 2007      By: _____
　　　　　　　　　　　　　　　　　　　　The Honorable Douglas P. Woodlock
　　　　　　　　　　　　　　　　　　　　United States District Judge