UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.
    Plaintiff,

    v.                              CIVIL ACTION
                                  NO. 06-10980-DPW
KEYHOLE INC. ET AL
    Defendant

## JUDGMENT

WOODLOCK, DJ

In accordance with this Court's order allowing the Joint Status Report and Stipulated Request for Entry of Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

> JUDGMENT IS HEREBY ENTERED in favor of defendants Google Inc. and Keyhole, Inc., and against plaintiff Skyline Software Systems, Inc. on each of Counts I, II and III of the First Amended Complaint, and on the Second Counterclaim on noninfringement, the remaining First Counterclaim on invalidity being dismissed without prejudice as moot, each party to bear its own costs and attorneys' fees, pursuant to Rule 54 of the Federal Rules of Civil Procedure. The parties reserve all rights of appeal.

DATE: April 11, 2007        /s/ Michelle Rynne
                                      Deputy Clerk