IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE, INC. and GOOGLE INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NOS. 04-11129-DPW<br>& 06-CV-10980 DPW |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Skyline Software Systems, Inc. ("Skyline") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from: (1) the Memorandum and Order dated March 24, 2006 in Civil Action No. 04-11129-DPW regarding claim construction (Docket No. 96); (2) the Memorandum and Order dated November 16, 2006 in Civil Action No. 06-CV-10980 DPW (Docket No. 5) regarding claim construction; (3) the Memorandum and Order dated March 7, 2007 in Civil Action No. 06-CV-10980 DPW denying Skyline's Motion for Summary Judgment of Infringement and granting Defendants Keyhole, Inc.'s and Google Inc.'s Motion for Summary Judgment of Non-Infringement (Docket No. 77) and (4) the Judgment dated April 11, 2007 in favor of Defendants. Civil Action Nos. 04-11129-DPW and 06-CV-10980 DPW were consolidated pursuant to the Court's Order dated November 27, 2006 (Docket No. 140).

1

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By their attorneys,

/s/ *Geri L. Haight*
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Flavio Rose (*pro hac vice*)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.: (617) 542-6000
Fax: (617) 542-2241

Dated: April 26, 2007          Counsel for Plaintiff Skyline Software Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic File ("NEF") and paper copies will be sent to those indicated as non-registered participants, if any, on April 26, 2007.

/s/ *Geri L. Haight*
Geri L. Haight

4026584v.1