# MINTZ LEVIN

One Financial Center
Boston, MA  02111
617-542-6000
617-542-2241 fax
www.mintz.com

Judith B. Ercolini, Legal Specialist | 617 348 4953 | jbercolini@mintz.com

May 14, 2007

BY HAND DELIVERY

Michelle Rynne, Session Clerk
  for the Honorable Judge Woodlock
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:   *Skyline Software Systems, Inc. v. Keyhole, Inc. and Google, Inc.*
            USDC-MA Civil Action No. 06-10980-DPW

Dear Ms. Rynne:

    It has come to our attention today that upon e-filing the Notice of Appeal on April 26, 2007, in the above-referenced matter, we erroneously selected Notice of Appeal "generally" rather than Notice of Appeal to the Federal Circuit. The ECF Help Desk suggested we notify you to make the correction to the docket. Our apologies for this error. As stated in the Notice the appeal is to the United States Court of Appeals for the Federal Circuit. A copy of the Notice is enclosed for your convenience.

    Please contact me if you have any questions. Thank you for your attention to this matter.

                        Very truly yours,

                        */s/ Judith S. Ercolini*

                        Judith B. Ercolini
                        Legal Specialist

Enclosure
cc:   Nelson G. Apjohn, Esq.
       Geri L. Haight, Esq.

ACTIVE 4043861v.1