AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _28:1331 Fed Question: Trademark_

v.

Plaintiff(s) _Skyline Software Systems, Inc._   Defendant(s) _Keyhole, Inc._

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _06-cv-10980_   Date of Judgment or Order _3/4/2006  11/16/2006  3/7/2007_ _4/11/2007_

Cross or related appeal? _____   Date of Notice of Appeal _4/27/2007_

Appellant is: ✓ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid?  ___ Yes  ___ No
       U.S. Appeal?  ✓ Yes  ___ No
       In forma pauperis?  ___ Granted  ___ Denied
                          ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.)

_Skyline Software Systems, Inc._
_Mintz Levin Cohn Ferris_
_H. Joseph Hameline_
_One Financial Place_
_Boston, MA 02111 (617-542-6000)_

_Keyhole, Inc._
_Fenwick & West LLP_
_Carolyn C. Chang_
_801 California Street_
_Mountain View, CA 94041_
_617-443-0008_

COURT REPORTER (Name and telephone): _Pamela Owens_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.