# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
CLERKS OFFICE

**NOTICE OF DOCKETING**

2007 JUN -5  P 1: 43

## 2007-1366 - SKYLINE SOFTWARE V KEYHOLE

U.S. DISTRICT COURT
DISTRICT OF MASS.

Date of docketing: 05/30/2007

Appeal from: United States District Court / District of Massachusetts
case no. 06-CV-10980

Appellant(s): Skyline Software Systems, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should review the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Massachusetts
    Geri L. Haight
    Carolyn Chang

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1366

SKYLINE SOFTWARE SYSTEMS, INC.,

Plaintiff-Appellant,

v.

KEYHOLE, INC. and GOOGLE, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Massachusetts in case no. 06-CV-10980, Judge Douglas P. Woodlock.

Authorized Abbreviated Caption[2]

SKYLINE SOFTWARE v KEYHOLE, 2007-1366

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.